UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

PROTECTING ACCESS TO RETAIL
PHARMACY, LLC d/b/a TRUST, LLC;
[*Caption continues with additional plaintiffs on pages 23 through 52*],

Plaintiffs,

v.

PRIME THERAPEUTICS, LLC,

Defendant.

NO.

**COMPLAINT**

**DEMAND FOR JURY TRIAL**

## I.    INTRODUCTION

1.    Plaintiffs Protecting Access to Retail Pharmacy, LLC d/b/a TRUST, LLC ("TRUST LLC"), and the almost 5,000 pharmacies as indicated in Appendix A,[1] (collectively, "Plaintiffs") bring this action against Defendant Prime Therapeutics, LLC ("Prime" or "Defendant") for violations of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, and breach of contract.

2.    Prime has entered into an unlawful price-fixing agreement (the "Agreement") with its co-conspirator, Express Scripts, Inc. ("Express Scripts" or "Co-Conspirator") that has resulted in damages suffered by pharmacies across the United States, including Plaintiffs. The Agreement enabled Prime to impose reimbursement rates and fees on Plaintiffs that are less favorable than they otherwise would be—in violation of the antitrust laws and in breach of the

---

[1] To be more precise, the pharmacy plaintiffs consist of the business entities that control the legal rights to the individual pharmacy locations and NCPDP numbers listed in Appendix A.

COMPLAINT - 1

contracts between Prime and Plaintiffs. Plaintiffs seek treble damages, costs, attorneys' fees, and other monetary relief for Prime's violations of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1. Additionally, Plaintiffs seek damages for Prime's breach of contract.

## II.    PROCEDURAL BACKGROUND

3.    Plaintiff TRUST LLC is a Virginia limited liability company formed in 2023 by the National Community Pharmacists Association.

4.    There are approximately 19,000 independent pharmacies in the United States. Nearly 5,000 of them initiate this action through TRUST LLC, to which they have assigned their claims described herein. In the alternative, each independent pharmacy is named as a plaintiff in case Prime challenges the validity of the assignments.

5.    Prime enters Pharmacy Participation Agreements ("PPAs" or "Contracts") with pharmacies, which govern the terms of participation in Prime's pharmacy networks. Prime presents its PPAs to pharmacies on a "take it or leave it" basis.

6.    Effective December 1, 2024, Prime issued a uniform Dispute Resolution Amendment to its PPA ("Amendment"). The Amendment purported to impose a mandatory arbitration clause requiring that disputes between Prime and any participating pharmacy be arbitrated before JAMS.

7.    Prime characterized the Amendment as creating "a uniform dispute resolution process across all our networks to build consistency with our pharmacy partners."

8.    On October 20, 2025, TRUST LLC filed a Demand for Arbitration in JAMS per Prime's Dispute Resolution Amendment.

9.    At Prime's request, on October 31, 2025, TRUST LLC provided Prime with a list of pharmacy assignees and exemplar assignment agreements.

10.    On November 7, 2025, TRUST LLC provided Prime with a complete set of the executed assignments.

11.    Prime then objected that JAMS was not the proper forum.

COMPLAINT - 2

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

12.     Prime told JAMS in writing that "a substantial number" of TRUST LLC's assignors are not bound by Prime's Amendment and must instead pursue their claims before the American Arbitration Association ("AAA").

13.     Prime did not identify the pharmacies that it claimed were required to pursue their claims through AAA.

14.     Prime indicated that it may have multiple arbitration agreements with individual pharmacy locations and refused to say which of its own agreements would govern, further muddying the process of identifying the appropriate dispute resolution forum.

15.     On April 1, 2026, TRUST LLC filed a Demand for Arbitration in AAA.

16.     Prime has since indicated that it will contest AAA as the proper forum for the action as well.

17.     Prime has refused to commit to any dispute resolution forum or legal process for the pharmacies initiating this litigation, either individually or through TRUST LLC.

18.     Prime's conduct appears designed to prevent pharmacies from vindicating their legal rights—first by resisting arbitration in JAMS, then signaling its intent resist arbitration in AAA, and offering no alternative path forward.

19.     Rather than contest Prime's arbitration clauses—which Plaintiffs believe are unconscionable—TRUST LLC initiated arbitration to minimize the burden on the judiciary and the parties of determining the appropriate forum for resolving this legal dispute. However, Prime has been uncooperative. It has complicated the dispute resolution process rather than simplified and streamlined it, as arbitration is supposed to do—even though Prime in reality imposed the arbitration clauses on Plaintiffs.

20.     Having attempted to comply with Prime's mandatory arbitration requirement and been stymied, TRUST LLC and the plaintiff pharmacies file this action to vindicate their rights under antitrust and contract law.

COMPLAINT - 3

### III.   NATURE OF THE CASE

21.   This antitrust action arises out of Defendant Prime's horizontal conspiracy with its direct competitor, Express Scripts (together, the "Co-Conspirators"), to fix pharmaceutical reimbursement rates and related fees in violation of the Sherman Antitrust Act.

22.   Pharmacies play a crucial role in the American healthcare system. They dispense medications, counsel patients, review prescriptions for safety and efficacy, compound medications, and manage medication therapy.

23.   Approximately 92% of Americans have health insurance, including prescription drug coverage. To serve these patients, pharmacies must contract with the patient's pharmacy benefit manager ("Pharmacy Benefit Manager" or "PBM"), which in turn has contracted with the patient's health insurance plan to coordinate prescription drug benefits.

24.   A pharmacy must agree to a PBM's drug-reimbursement rates and its various fees to serve the PBM's patients.

25.   In recent years, the national PBM industry has become increasingly concentrated. PBMs have come under intense scrutiny for driving up the costs of prescription drugs across the United States. Today, just six PBMs—including Prime and Express Scripts—control 95% of all prescriptions filled in the nation. The "Big Three" PBMs—Express Scripts, CVS Caremark, and OptumRx—control more than 80% of the prescriptions filled in the U.S. Each generates tens of billions of dollars in annual revenues.

26.   If pharmacies are to effectively serve their patients, they have little choice but to contract with each of the Big Three. Express Scripts is one of the two largest PBMs, managing pharmaceutical benefits for over 100 million health-plan members. Due to its size and control of access to many millions of patients who need their prescriptions filled, Express Scripts is able to use its market power to impose anti-competitive reimbursement rates and supracompetitive fees on pharmacies.

27.   PBMs without Express Scripts' market power—including Prime—ordinarily must offer more competitive reimbursement rates and fees to attract business from pharmacies.

COMPLAINT - 4

28.    However, in 2019, Prime entered into a price-fixing agreement ("Agreement") with Express Scripts that enabled Prime to (1) deflate the rates at which the pharmacies are reimbursed for filling prescriptions and dispensing pharmaceuticals to health-plan members (hereinafter, "Reimbursement Rates") and (2) inflate fees pharmacies are charged, including (a) for so-called direct and indirect remuneration ("DIR") to provide services for patients whose plans contract with the Co-Conspirators ("DIR Fees"), and/or (b) for certain pharmaceutical claim-processing services ("Transaction Fees"); ("Transaction Fees" and/or "DIR Fees" are referred to hereinafter as "Fees").  The Agreement allowed Prime to impose Reimbursement Rates and Fees that are less favorable to pharmacies than they otherwise would be, matching Express Scripts' Reimbursement Rates and Fees.

29.    As part of the Agreement, Prime and Express Scripts regularly share confidential pricing information to ensure price parity and eliminate normal market forces.

30.    Through the unlawful Agreement, Prime was able to reduce its Reimbursement Rates and raise its Fees to the levels of the more powerful Express Scripts. In effect, Prime rented Express Scripts' market power.

31.    This blatant price-fixing Agreement has eliminated the normal market forces and has allowed Prime to enjoy excess revenues at the expense of pharmacies. Co-Conspirator Express Scripts demanded and receives a share of those revenues. Together, Prime and Express Scripts unlawfully extract supracompetitive revenue via the price-fixing Agreement.

32.    The Agreement is a naked restraint of trade. Except for the unlawful restraints, Prime and Express Scripts have not combined or integrated any meaningful assets or business functions. The only material change in the relationship between Prime and Express Scripts is that Prime's pharmacy Reimbursement Rates and Fees are now set at Express Scripts' Reimbursement Rates and Fees.

33.    The Agreement is a per se violation of § 1 of the Sherman Antitrust Act.

COMPLAINT - 5

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

34.     It also constitutes a Rule of Reason violation of § 1 because it unreasonably restricts competition by exercising market power on Prime transactions to deflate Reimbursement Rates and inflate Fees.

35.     Additionally, Prime and Plaintiffs entered into Contracts setting forth the Reimbursement Rates and Fees owed by the parties each year.

36.     As a result of Prime's price-fixing conspiracy with Express Scripts, Prime reduced the Reimbursement Rates and raised the Fees imposed on Plaintiffs—in direct violation of the terms set forth in Prime's Contracts.

## IV.     PARTIES

37.     Plaintiff TRUST LLC is a Virginia limited liability company formed in 2023 by the National Community Pharmacists Association. Of the approximately 19,000 independent pharmacies in the United States, approximately 5,000 of them initiate this litigation through TRUST LLC, to which they have assigned their claims described herein or, in the alternative, initiate this litigation on their own behalf.

38.     The majority of the Plaintiff pharmacy locations listed in Appendix A are owned by independent pharmacies that have assigned their claims to TRUST LLC and appointed TRUST LLC as their attorney-in-fact, authorizing it to file legal complaints on their behalf.  The remaining Plaintiff pharmacy locations, as indicated in Appendix A, have not assigned their claims to TRUST LLC and bring their claims against Prime individually.

39.     TRUST LLC asserts claims against Prime on behalf of those pharmacy locations listed in Appendix A that have assigned their claims to it.

40.     In the alternative, the assignor pharmacies in Appendix A bring their claims against Prime individually.

41.     Defendant Prime, a PBM, is a limited liability company organized under the laws of Delaware, with its principal place of business located in Eagan, Minnesota. Prime manages pharmacy benefits for approximately 33 million people in the United States.

COMPLAINT - 6

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

42. Co-Conspirator Express Scripts, a non-party, is a corporation organized under the laws of Delaware, with its principal place of business located in St. Louis, Missouri. It is one of the two largest PBMs in the country.

## V. JURISDICTION, VENUE, AND INTERSTATE COMMERCE

43. Plaintiffs bring this action pursuant to Section 4 of the Clayton Act, 15 U.S.C. § 15(a), to obtain damages from Prime's ongoing violations of Section 1 of the Sherman Act, 15 U.S.C. § 1. This Court has subject matter jurisdiction over Plaintiffs' antitrust claims pursuant to 28 U.S.C. §§ 1331 and 1337(a).

44. This Court has supplemental jurisdiction over Plaintiffs' contract claims pursuant to 28 U.S.C. § 1367.

45. This Court has personal jurisdiction over the Defendant pursuant to, among other statutes, Section 12 of the Clayton Act, 15 U.S.C. § 22.

46. Venue is proper in this Court pursuant to, among other statutes, Section 12 of the Clayton Act, 15 U.S.C. § 22, and 28 U.S.C. § 1391 because Prime regularly transacts business within this district, a substantial portion of the affected interstate trade and commerce discussed below has been carried out in this district, and Prime resides in this district.

47. The services at issue in this case are sold in interstate commerce. The unlawful activities alleged in this Complaint have occurred in, and have had substantial effect upon, interstate commerce in the United States.

## VI. FACTUAL BACKGROUND

48. The U.S. pharmacy market consists of retail, mail-order, specialty/central fill pharmacies, epharmacies, healthsystem/hospital-based pharmacies, long-term care, and closed-door pharmacies. Retail pharmacies account for the largest segment of the U.S. pharmacy market by both number of participants and sales revenue.

49. A retail pharmacy dispenses medications to the general public at retail prices. Generally, the definition of retail pharmacy excludes the following type of pharmacies: mail

COMPLAINT - 7

order, nursing home, long-term care facility, hospital-based, clinics, charitable or not-for-profit, government, or pharmacy benefit managers.2

50.     Historically, many retail pharmacies were locally owned. But now, large chains such as CVS, Walgreens, Walmart, Kroger, and Publix are the largest pharmacies nationally ("Large Chain Pharmacies"). Large Chain Pharmacies have increased their market share dramatically over the last fifteen years.

51.     The remainder of retail pharmacies are generally classified as independent. An independent pharmacy is a privately-owned, retail business that is not affiliated with a large corporate chain or publicly traded company. The market share of independent pharmacies has shrunk by 50% over the last two decades.

52.     Plaintiffs are pharmacies located throughout the country and vary in size and structure.

53.     TRUST LLC pharmacies are independent pharmacies. Most of the TRUST LLC pharmacy owners control two or fewer locations. Some of TRUST LLC pharmacies have been forced to close during the operative time period, in large part due to the unreasonable ESI-based reimbursement rates and unconscionable DIR fees and related payment terms imposed on them by Prime.

54.     Independent pharmacies are vital to the communities they serve. There are roughly 19,000 independent community pharmacies. These are locally owned, family run, small businesses. The average independent pharmacy employs 10 people and fills roughly 60,000 prescriptions per year. More than half of their patients depend on Medicare and Medicaid. 65 percent of independent pharmacies serve communities with fewer than 50,000 residents. Roughly a third serve communities with fewer than 10,000 residents. 60 percent of independent pharmacies provide monetary support to community-based organizations, with 61 percent of them giving more than $3,000 annually. And more than half of all independent pharmacists are members of local business groups.

COMPLAINT - 8

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

55.     Perhaps nothing illustrated the vital role that independent pharmacies play in their communities more than the COVID-19 pandemic. According to the Centers for Disease Control, local retail pharmacies delivered more than 300 million doses of vaccine for the COVID-19 virus. In fact, according to IQVIA, a medical data firm, most COVID-19 shots administered to American adults were received in local pharmacies. Thousands of the pharmacies that participated in the Federal Retail Pharmacy Program were independently owned community pharmacies. It is no exaggeration to say that local independent pharmacies were at the center of the largest medical mobilization in history.

56.     According to the Gallup organization, pharmacists rank among the top five most trusted professionals. Higher than medical doctors. Higher than military officers. Higher than clergy. One reason may be the unusual frequency with which Americans visit their local pharmacist. According to the National Institute of Health, patients see their local pharmacist more than twice as often as they see their physician. And when they visit, they receive healthcare extending far beyond prescription drugs. Local independent pharmacists provide many critical healthcare services, including medicine consultations, adherence services, long-term care services, point-of-care testing, diabetes counseling, and home delivery. Americans regard their local pharmacist as a familiar, friendly, convenient source of healthcare counseling and services.

57.     Between 2003 and 2018, 1,231 of the 7,624 independent rural pharmacies in the United States closed. That left 630 rural communities that had at least one retail pharmacy in 2003 with none in 2018. Since 2018, many more pharmacies have closed, forcing rural populations to travel greater distances to obtain vital medications.

58.     Because of the loss of these independent pharmacies, over 40% of counties in the United States are considered "pharmacy deserts," where most people must travel significant distances to reach the nearest pharmacy.6 This can be insurmountable for people who lack transportation, time, or both, especially the poor and the elderly.

59.     PBMs such as Prime and Express Scripts function as aggregators of market power in the distribution of prescription drugs. PBMs administer, on behalf of private and public health

COMPLAINT - 9

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

insurance plans, the acquisition of prescription drugs from drug manufacturers, and negotiate the Reimbursement Rates pharmacies are paid and Fees pharmacies pay for dispensing those medications to health insurance plan members. Insurance plans hire PBMs to administer prescription drug benefits provided to their members.

60.     PBMs were initially founded to process pharmaceutical claims for healthcare plans. In the late 1980s, PBMs began to create more significant "pharmacy benefit" services by developing a system for reimbursement of drug claims, claim processing, and drug dispensing control. PBMs contract with drug manufacturers and pharmacies to create these distribution, reimbursement, and claim-processing services. PBMs negotiate with drug manufacturers to have their drugs included in the PBMs' formularies, and they contract with pharmacies to distribute drugs and services to plan members subject to Reimbursement Rates and Fees negotiated by the PBMs.

61.     Reimbursement to pharmacies generates revenues for PBMs. Health plans own or hire PBMs to negotiate drug pricing with manufacturers, and to determine the amount pharmacies will be reimbursed for drugs. For a time, PBMs used a series of rebates and fees along the supply chain to charge plans more for prescription drugs than the amount they reimburse pharmacies. In other words, PBMs retained a portion of the payments they received from health plans to reimburse pharmacies. That was known as the PBMs' "spread." Effective January 1, 2010, CMS finalized a rule prohibiting Part D plan sponsors and their contracted PBMs from including PBM spread in the prices for drugs covered under the Part D benefit. But since then, PBMs have found other ways to achieve similar harms to competitive pricing—and, indeed, more significant harms.

62.     Market consolidation and vertical integration have transformed PBMs into entities with outsized market power and soaring profits.

63.     The trend toward vertical integration has magnified the Big Three PBMs' market power. Each of them is now affiliated with a dominant health insurer: Express Scripts (PBM) is

COMPLAINT - 10

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

affiliated with Cigna (health insurer); CVS Caremark (PBM) is affiliated with Aetna (health insurer); and OptumRx (PBM) is affiliated with United Healthcare (health insurer).

64. The Big Three's market consolidation and vertical integration have given them control over access to large networks of customers (insured patients). Consequently, pharmacies cannot realistically avoid doing business with the dominant PBMs, including Express Scripts. Doing so would deprive a pharmacy of access to the overwhelming majority of prescription drug transactions. If Plaintiffs refused to do business with Express Scripts, patients whose plans use Express Scripts could not use their insurance to fill covered prescriptions at those pharmacies.

65. Even before the anticompetitive Agreement, Express Scripts exerted significant leverage over Plaintiffs based on its substantial share of PBM-controlled prescriptions—up to 38%, depending on the metric—and its control over access to more than 100 million insured customers who purchase prescription drugs. In addition, Prime controls approximately 10% of PBM-controlled prescriptions depending on the metric. Collectively, this gives Prime and ESI market power. Pharmacies, including Plaintiffs must either bow to Express Scripts' aggregated demand and accept the Reimbursement Rates and Fees that Express Scripts imposes or effectively lose access to more than 100 million pharmacy patients.

## VII.   PRIME'S UNLAWFUL HORIZONTAL AGREEMENT

66. Prime has capitalized on Express Script's market power to enter into an anticompetitive Agreement to fix its Reimbursement Rates and Fees for pharmacies.

67. Prime previously imposed Reimbursement Rates that were higher, and Fees that were lower, than the Express Scripts' Reimbursement Rates and Fees, giving Prime a competitive advantage in seeking business from pharmacies, including Plaintiffs.

68. Through the Agreement, Prime agreed to rent Express Scripts' network. For those transactions, rather than allowing normal market forces to set prices, Prime would lower its Reimbursement Rates and raise its Fees to match those of Express Scripts. Prime agreed to set its Reimbursement Rates and Fees based on Express Scripts' schedules.

COMPLAINT - 11

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

69.     Prime and Express Scripts agreed that Prime's Reimbursement Rates and Fees on the relevant transactions would no longer be at the levels Prime negotiated on its own with pharmacies. Instead, Prime's Reimbursement Rates and Fees would be set at the amounts pharmacies are forced to accept from Express Scripts.

70.     Express Scripts, due to the large number of covered lives it represents, enjoys substantial market power in setting Reimbursement Rates and Fees. The Agreements allow Prime to effectively rent Express Scripts' substantial market power to impose lower Reimbursement Rates and higher Fees on independent pharmacies, including Plaintiffs, than the pharmacies would otherwise accept.

71.     This price-fixing Agreement enabled Prime to obtain greater revenues from pharmacies, including Plaintiffs, than competition otherwise would allow. In exchange, Express Scripts received from Prime a share of those unlawfully high revenues. For each pharmacy transaction that Prime processes using Express Scripts' price and fee schedules, Prime pays a portion of its compensation to Express Scripts. In other words, Express Scripts and Prime use the Agreements to unlawfully extract revenues from pharmacies, including Plaintiffs, which Prime and Express Scripts then share.

72.     Other than fixing prices, the Agreement does not provide for Prime and Express Scripts to undertake any joint commercial activity. The Agreement does not produce any efficiencies that could justify the unadorned price fixing. Prime and Express Scripts simply agreed that Prime will impose Express Scripts' relatively low Reimbursement Rates and high Fees, and that Prime will pay a portion of its additional revenues to Express Scripts.

73.     The Agreement fixes prices, pure and simple.

74.     Prime and Express Scripts entered into an agreement to fix Reimbursement Rates and certain Fees. The Agreement, effective April, 2020, for private health plans and Medicaid, and January, 2021 for Medicare, provides that Prime's Reimbursement Rates and Fees are fixed at Express Scripts' Reimbursement Rates and Fees. The Agreement is ongoing.

COMPLAINT - 12

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

75. Prime and Express Scripts both benefit from the lower Reimbursement Rates and higher Fees that Prime imposes on pharmacies by, in effect, renting Express Scripts' market power.

76. Aside from the Agreement to fix prices, Prime and Express Scripts continue to work independently with pharmacies, including Plaintiffs. Prime has disavowed any intention of combining business functions with Express Scripts so as to potentially increase efficiency or economies of scale.

77. Although Prime's Reimbursement Rates and Fees are now established by the Express Scripts price schedule, Prime advised pharmacies, including Plaintiffs, on February 28, 2020 that Prime "will continue to process claims on behalf of our Benefit Sponsors." The only participation in the process by Express Scripts is to add an Express Scripts network identifier to the Prime computer system so that the Express Scripts Reimbursement Rates and Fees will be imposed on the Prime transactions.

78. Prime has stated that it will continue to process all Prime claims, continue to handle its own billing and benefits management, and continue to perform all other PBM functions. Indeed, Prime stated in a January 2, 2020 press release that it "will continue to operate our claims processing platform as well as manage and deliver a wide range of services to our clients and their members, including network management, formulary management, and clinical programs."

79. Prime's CEO, Ken Paulus, confirmed these facts in a September 28, 2021 interview published in Managed Healthcare. Paulus acknowledged that, other than using Express Scripts prices, "we didn't really change anything at Prime. We still process our own claims. We own the claim system. We do all our own Pas [prior authorizations], contact center, utilization management—we do everything ourselves. So it's been a fairly elegant solution for us as a way to save significant dollars, but do so without giving up our strategic optionality, which is continuing to run our own business." Paulus concluded by stating, "we're basically still doing all the functions of the PBM except for the procurement."

COMPLAINT - 13

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

## VIII.    ANTICOMPETITIVE EFFECTS

80.     The Agreement is a per se violation of § 1 of the Sherman Antitrust Act. It is also a Rule of Reason violation of § 1 because it unreasonably restricts competition by exercising market power to (1) suppress Reimbursement Rates, and (2) inflate Fees.

81.     Plaintiffs were injured by this anticompetitive conduct. The Agreement impairs free-market forces that otherwise would determine the Co-Conspirators' prices. As a result, Plaintiffs receive lower Reimbursement Rates and pay higher Fees on transactions with the Co-Conspirators than they otherwise would. The unlawful Agreement also injures competition by reducing consumer choice, suppressing the output of pharmacy services, and decreasing the quality of pharmacy services, all without any offsetting procompetitive benefits.

82.     By obstructing the free-market forces that otherwise would determine Reimbursement Rates and Fees, the unlawful Agreement misallocates resources and suppresses the supply of pharmacy services to Prime's health-plan members and to the patients served by those plans.

## IX.    MARKET POWER

83.     Express Scripts and Prime collectively have market power over independent pharmacies, including Plaintiffs.

84.     Express Scripts, like other large PBMs, uses its market power to force pharmacies to accept lower Reimbursement Rates and higher Fees than the pharmacies otherwise would. The greater the number of plan members that a PBM represents, the greater its market power. Pharmacies, including Plaintiffs, must either bow to Express Scripts' demands on Reimbursement Rates and Fees or effectively lose access to many millions of plan members. Plaintiffs, and other pharmacies, have no realistic option other than to accept Express Scripts' terms because they cannot reasonably operate if they are cut off from such a large segment of potential customers.

85.     Moreover, pharmacy customers are locked into the insurance coverage that they have purchased. That includes both a healthcare plan and the PBM that has contracted with that

COMPLAINT - 14

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

plan. By the time a customer arrives at a pharmacy counter to obtain prescription drugs, the PBM that will process that transaction is set. The claim is processed through the PBM automatically. The pharmacy cannot seek better Reimbursement Rates or Fees from a different PBM. A pharmacy can refuse to contract with a PBM, but the predictable result is that the customers in that PBM's network will take their prescription drug business to other pharmacies. In other words, a pharmacy cannot "shop" a PBM—that decision is made by the patient before the patient enters the pharmacy.

86.     Express Scripts' market power is demonstrated by its imposing Reimbursement Rates that are below, and Fees that are above, competitive levels. Before Prime entered into the unlawful Agreement, Prime's Reimbursement Rates were greater, and its Fees were lower, than those of Express Scripts. The competitive level for Reimbursement Rates was at least as high, and for Fees was at least as low, as the rates Prime charged before the unlawful Agreement.

87.     Moreover, and within the last five years, Express Scripts has reduced its Reimbursement Rates by more than 10%, and increased its Fees by more than 10%, without a basis in its relevant costs.

88.     In addition, since at least the date of the unlawful Agreement, Express Scripts has enjoyed supracompetitive profits. Its market power over independent pharmacies is a principal source of those supracompetitive profits.

89.     Express Scripts' market power is further illustrated by its ability to impose onerous terms on pharmacies, including noncompetitive Reimbursement Rates and Fees.

90.     Through the price-fixing agreement, Prime rents Express Scripts' market power to impose lower Reimbursement Rates and higher Fees than Prime would have imposed in a competitive world. Collectively, Prime and Express Scripts have even greater market power and the ability to restrain competition.

91.     If it were necessary to establish market power indirectly, by defining a relevant market, the relevant market here is the national market to fill PBM-covered patient prescriptions and for related services (the "PBM Network Market"), or narrower markets therein. A PBM with

COMPLAINT - 15

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

market power in the PBM Network Market can profitably deflate Reimbursement Rates to pharmacies below competitive levels and inflate Fees to pharmacies above competitive levels. Pharmacies generally must either accept the terms that Express Scripts imposes for transactions involving patients with health-care plans in its network or forgo reimbursement from the relevant plans. As a result, Express Scripts has much greater market power than its market share would ordinarily indicate. Through Prime's price-fixing Agreement with Express Scripts, Prime rents Express Scripts market power to pay lower Reimbursement Rates and charge higher Fees to Plaintiffs, and other independent pharmacies, than it would in a competitive world.

92.     An automotive repair shop, for example, may be able to avoid paying inflated prices to a car-part manufacturer by purchasing parts from a rival manufacturer. It may lose few, if any, customers and sales by doing so. The same cannot be said for pharmacies, including Plaintiffs.

93.     Pharmacies generally cannot switch between PBMs with similar ease to serve their customers. If a pharmacy were to decline to contract with Express Scripts, patients subject to the Express Scripts network would be forced to switch insurance providers to use their insurance at that pharmacy. Express Scripts thus has substantial market power in imposing deflated Reimbursement Rates and inflated Fees on pharmacies.

94.     The relevant geographic market is the United States, or narrower markets therein. Even before the anticompetitive Agreement described in this Demand, Express Scripts enjoyed significant market power due to its substantial market share—up to 38%, depending on the metric—and its control over access to more than 100 million insured consumers who purchase prescription drugs.

95.     As a result of the Agreement, Prime can and does decrease its Reimbursement Rates and increase its Fees to match Express Scripts' Reimbursement Rates and Fees, essentially allowing Prime to rent Express Scripts' market power.

96.     The unlawful Agreement augments Express Scripts' already substantial market power, increasing its market share by adding the covered patients and the transactions of Prime.

COMPLAINT - 16

## X.    CONTINUING VIOLATION

97.    Prime's conduct also constitutes a continuing violation of the antitrust laws. Though formed in 2019, Prime and Express Scripts' Agreement has continued through the present. Prime continues to engage in the anticompetitive conduct described herein and has taken no affirmative steps to withdraw from it.

98.    Every claim processed by Prime subject to its unlawful Agreement with Express Scripts constitutes an overt act that inflected new and accumulating injury on Plaintiffs.

## XI.    PRIME'S BREACH OF CONTRACT

99.    Prime and Plaintiffs entered into contracts that set forth the Reimbursement Rates and Fees owed by the parties each year.

100.    As a result of Prime's price-fixing conspiracy with Express Scripts, Prime reduced the Reimbursement Rates and raised the Fees imposed on Plaintiffs—in direct violation of the terms set forth in its contracts.

## XII.    COMMON ALLEGATIONS

101.    Plaintiffs consist of thousands of pharmacies that are geographically dispersed across the United States.

102.    Each Plaintiff brings claims that are typical of the claims of all Plaintiffs. Each Plaintiffs' interests are not antagonistic to the claims of other Plaintiffs, and Plaintiffs have no materials conflicts with any other Plaintiffs.

103.    Plaintiffs were damaged by the same wrongful conduct of Prime arising from Prime's unlawful Agreement with its Co-Conspirator Express Scripts. On Prime transactions, Plaintiffs were subject to (1) artificially deflated Reimbursement Rates and (2) artificially inflated Fees.

104.    These harms arise out of and relate to Prime's Agreement with Express Scripts in violation of the Sherman Act. Plaintiffs do not assert any claims, and do not seek any damages, based on transactions for which Express Scripts has been retained as the PBM for a health plan.

COMPLAINT - 17

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

105.   Plaintiffs are represented by counsel who are experienced and competent in the prosecution of class action, mass action, and other complex litigation, particularly involving antitrust claims.

106.   Questions of law and fact are common to all Plaintiffs. These common questions include:

  a.   Whether Prime breached its contracts with Plaintiffs;

  b.   Whether and to what extent Prime and its Co-Conspirator Express Scripts engaged in contracts, combinations, conspiracies, or agreements to restrain competition, including by artificially deflating Reimbursement Rates and artificially inflating Fees, for Plaintiffs;

  c.   The anticompetitive effects of the contracts, combinations, conspiracies, or agreements;

  d.   Whether Prime's conduct caused anticompetitive Reimbursement Rates, Fees, or both;

  e.   Whether, and to what extent, the conduct of Prime and its Co-Conspirator Express Scripts caused antitrust injury to the Plaintiffs; and

  f.   Whether the contracts, combinations, conspiracies, or agreements violated Section 1 of the Sherman Act, 15 U.S.C. § 1.

107.   These common questions do not vary among the Plaintiffs, so the Court and the jury may resolve these issues without reference to the individual circumstances of any Plaintiff.

## XIII.   CAUSES OF ACTION

**A.   Claim 1: Violations of Section 1 of the Sherman Antitrust Act**

108.   Plaintiffs incorporate by reference the allegations contained in preceding paragraphs of this Demand as though fully set forth herein.

109.   Prime and Express Scripts, both PBMs, are direct business competitors that formed a horizontal Agreement to fix Reimbursement Rates and Fees for pharmacies, including Plaintiffs, on Prime transactions.

COMPLAINT - 18

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

110. That Agreement is a *per se* violation of Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1.

111. That Agreement also violates Section 1 of the Sherman Antitrust Act, 15 U.S.C. § 1, under the Rule of Reason. The Agreement's intended and actual effect is to deflate the Reimbursement Rates below competitive levels and to inflate Fees above competitive levels.

112. The Agreement misallocates economic resources by artificially deflating Reimbursement Rates and artificially inflating Fees for Plaintiffs on Prime transactions.

113. The Agreement reduces consumer choice of pharmacies, the quality and convenience of pharmacy services, and the output of pharmacy services to consumers.

114. The Agreement does not integrate any economic functions that could plausibly create any economic efficiencies or economies of scale and does not produce any procompetitive effects. Even if the Agreement had produced any such effects, they could easily be achieved by significantly less restrictive means than the horizontal aggregation of market power and the suppression of horizontal price competition, and any procompetitive effects are substantially outweighed by the Agreement's anticompetitive effects.

115. Whether Prime's conduct is judged under the *per se* rule or the Rule of Reason, the direct and proximate result of that unlawful conduct is that Plaintiffs have been injured by artificially deflated Reimbursement Rates and artificially inflated Fees on Prime transactions.

**B.    Claim 2: Breach of Contract**

116. Plaintiffs incorporate by reference the allegations contained in preceding paragraphs of this Demand as though fully set forth herein.

117. Prime and Plaintiffs entered into contracts which set forth the Reimbursement Rates and Fees owed by the parties related to the pharmacies' filling and dispensing services for Prime health plan members.

118. As a result of Prime's conspiracy with Express Scripts, Prime began imposing Reimbursement Rates and Fees on Plaintiffs that were less favorable to the pharmacies than those set forth in contracts.

COMPLAINT - 19

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

119.   Accordingly, there was a contract between Prime and Plaintiffs.

120.   Prime breached its obligations under the contract by imposing lower Reimbursement Rates and higher Fees than those set forth in the contract.

121.   Plaintiffs were damaged by Prime's breach.

## XIV.   REQUEST FOR RELIEF

WHEREFORE, Plaintiffs respectfully request that judgment be entered in its favor and against Prime, and that the Court enter an Order:

A.   Determining that Prime has violated Section 1 of the Sherman Antitrust Act on account of the acts alleged herein;

B.   Issuing judgment against Prime for treble the damages sustained by Plaintiffs as provided under Section 4 of the Clayton Act;

C.   Provide for pre-judgment and post-judgment interest, to the extent legally available, at the highest applicable legal rate;

D.   Ordering that Plaintiffs recover costs of suit, including reasonable attorneys' fees and costs as provided by Section 4 of the Clayton Act;

E.   Ordering that Plaintiffs recover breach of contract damages; and

F.   Granting such other and further relief as the Court deems just and proper.

//

//

//

//

//

//

//

//

//

//

COMPLAINT - 20

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

RESPECTFULLY SUBMITTED AND DATED this 2nd day of July, 2026.

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
    Beth E. Terrell, WSBA #26759
    Email: bterrell@terrellmarshall.com

By: /s/ Amanda M. Steiner, WSBA #29147
    Amanda M. Steiner, WSBA #29147
    Email: asteiner@terrellmarshall.com

By: /s/ Blythe H. Chandler, WSBA #43387
    Blythe H. Chandler, WSBA #43387
    Email: bchandler@terrellmarshall.com

    1700 Westlake Avenue North, Suite 300
    Seattle, Washington 98109
    Telephone: (206) 816-6603

    Joshua P. Davi, *Pro Hac Vice Forthcoming*
    Email: jdavis@bergermontague.com
    Kyla J. Gibboney, *Pro Hac Vice Forthcoming*
    Email: kgibboney@bergermontague.com
    Julie A. Pollock, *Pro Hac Vice Forthcoming* Email:
    jpollock@bergermontague.com
    Matt Summers, *Pro Hac Vice Forthcoming*
    Email: msummers@bergermontague.com
    Jessica M. Seigel, *Pro Hac Vice Forthcoming*
    Email: jseigel@bergermontague.com
    BERGER MONTAGUE PC
    505 Montgomery Street, Suite 625
    San Francisco, California 94111
    Telephone: (800) 424-6690

    Michael J. Kane, *Pro Hac Vice Forthcoming*
    Email: mkane@bergermontague.com
    Jacob M. Polakoff, *Pro Hac Vice Forthcoming*
    Email: jpolakoff@bergermontague.com
    BERGER MONTAGUE PC
    1818 Market Street, Suite 3600
    Philadelphia, Pennsylvania 19103
    Telephone: (215) 875-3000

COMPLAINT - 21

Andrew Hurst, *Pro Hac Vice Forthcoming*
Email: ahurst@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL
    & BERKOWITZ, PC
901 K Street, Northwest, Suite 900
Washington, District of Columbia 20001
Telephone: (202) 326-5016

Ashley Gibson, *Pro Hac Vice Forthcoming*
Email: abgibson@bakerdonelson.com
BAKER, DONELSON, BEARMAN, CALDWELL
    & BERKOWITZ, PC
633 Chestnut Street, Suite 1900
Chattanooga, Tennessee 37450
Telephone: (423) 752-4403

John Roberti, *Pro Hac Vice Forthcoming*
Email: jroberti@zlrp.com
ZAIGER LINDEN PEPE & ROBERTI LLC
1629 K Street, Northwest, Suite 300
Washington, District of Columbia 20006
Telephone: (202) 978-2375

*Counsel for Plaintiffs*

COMPLAINT - 22

0424 INC, DBA LINCOLN PARKWAY PHARMACY; 1492 PHARMA GROUP CORP DBA MARCO DRUGS AND COMPOUNDING; 167TH ST PHARMACY; 18TH STREET APOTHECARY; 1934 DELMAR PHARMACY; 2010 PHARMACY; 2310 BROAD STREET LLC; 30A INNOVATIONS, LLC DBA FREEDOM PHARMACY; 321 HEALTH PHARMACY INC; 3M RX LLC; 405 86TH ST PHARMACY INC ;GLOBE DRUG & SURGICAL; 406 RX, PLLC DBA COLSTRIP FAMILY PHARMACY; 406 RX, PLLC DBA CULBERTSON FAMILY PHARMACY; 406 RX, PLLC DBA DOWNTOWN FAMILY PHARMACY; 406 RX, PLLC DBA HARDIN FAMILY PHARMACY; 406 RX, PLLC DBA KEYSTONE FAMILY PHARMACY; 406 RX, PLLC DBA ROUNDUP FAMILY PHARMACY; 406 RX, PLLC DBA SERVICE FAMILY PHARMACY; 406 RX, PLLC DBA THREE FORKS FAMILY PHARMACY; 412 FAMILY PHARMACY; 420 2ND AVE DRUG CORP DBA HALPERN PHARMACY; 447 PHARMACY ,DBA LEO HOPP PHARMACY; 4GUYZ LLC DBA PRESTON FAMILY PHARMACY; 731 PHARMACY CORP DBA IVAN PHARMACY ; 75 BURNSIDE DRUG & SURGICAL INC DBA BURNSIDE ; 986 PHARMACY #8031; 986 PHARMACY 8024; 986 SPECIALTY PHARMACY PASADENA INC; A & F PHARMACY; A & S DRUGS LLC DBA A AND S DRUGS ; A&B SUNSET PHARMACY; A&W PHARMACY, INC.; A-1 DME, L.L.C. D/B/A A-1 PHARMACY HAMMOND; A-1 PHARMACY METAIRIE, L.L.C.; A1CARE PHARMACY; AARX LLC DBA KLINGER PHARMACY; AARX LLC DBA RINGS PHARMACY; ABBEVILLE PHARMACY LLC; ABINGTON PHARMACY; ABTS PHARMACY LLC; ACADEMY PHARMACY LLC; ACCESS OAKTOWN INC DBA:ACCESS PHARMACY; ACCOKEEK DRUG AND HEALTH CARE INC; ACCUSERV PHARMACY; ACCUSERV PHARMACY; ACCUSERV PHARMACY; ACE MEDICAL PHARMACY ; ACH PHARMACY INC DBA AMERICAN CARE PHARMACY; ACHOR FAMILY PHARMACY LLC; ACKAL'S COMMUNITY PHARMACY; ACKERMAN DISCOUNT DRUGS; ACME PHARMACY LLC DBA THE MEDICINE SHOPPE # 1306; ACQUAVIVA'S PHARMACY; ACTIVE CARE PHARMACY; ACTON PHARMACY INC.; ACTS PHARMACY AND HEALTHCARE SERVICES, LLC; AD ASTRA PHARMACY, DBA KELLSTROM PHARMACY; AD ASTRA PHARMACY, DBA KELLSTROM PHARMACY LTC; ADAIR DRUG, LLC; ADAIRSVILLE DRUG; ADAMS CUMBERLAND PHARMACY; ADAMS DRUG STORE, INC; ADAMS DRUGS; ADAMS DRUGS; ADAMS DRUGS; ADAMS DRUGS; ADAMS DRUGS; ADAMS DRUGS; ADAMS DRUGS; ADAMS DRUGS; ADAMS DRUGS ; ADAMS DRUGS ; ADAMS FAMILY PHARMACY, INC; ADAMS FAMILY PHARMACY, TOO, INC; ADAMS PHARMACY AND HOME CARE INC; ADAMS PHARMACY, INC.; ADAY ENTERPRISES, INC. DBA CROSSROADS PHARMACY; ADD DRUG; ADIRONDACK PHARMACY, INC.; ADVANCE CARE RX LLC; ADVANCE PHARMACY; ADVANCE SJ PHARMACY; ADVANCED CARE PHARAMCY OF OMRO; ADVANCED HEALTH PHARMACY; ADVANCED MEDICAL GROUP, LLC D/B/A LANGLEY DRUG; ADVANCED MEDICAL GROUP, LLC D/B/A MEDICINE MART; ADVANCED MEDICAL GROUP, LLC D/B/A THOMAS DRUG STORE ON GORDON AVE ; ADVANCED MEDICAL GROUP, LLC D/B/A THOMAS DRUG STORE ON SOUTH BROAD STREET ; ADVANCED MEDICAL GROUP, LLC D/B/A WRENS DR; AEV INC DBA BEACON PRESCRIPTIONS; AGATENO TECHNOLOGIES LLC/DBA EXPRESS CARE PHARMACY; AHNEFELD PHARM LLC; AIRLINE DRUG; AJAJ INC DBA WESTRIVER PHARMACY; AKERS UNITED DRUG; ALACO DISCOUNT PHARMACY #4; ALAMO HEALTH LLC; ALBERTS PHARMACY; ALBRECHT'S PHARMACY; ALEDO MEDICINE STORE PHARMACY; ALETHEIA DRUG, INC. (DBA HEMMINGSEN DRUG STORE); ALEXANDER PHARMACY LLC; ALFRED PHARMACY, INC; ALGOOD FAMILY PHARMACY ; ALINA ZALA INC; ALL CARE PHARMACY; ALL CARE PHARMACY -LTC; ALL WELLNESS PHARMACY; ALLCARE PHARMACY; ALLCARE PHARMACY ; ALLCARE PHARMACY, LLC; ALLCURE CORPORATION DBA ROSSI PHARMACY; ALLEGHENY APOTHECARY; ALLENTOWN VILLAGE PHARMACY INC DBA VILLAGE PHARMACY; ALLIANCE COMMUNITY PHARMACY; ALLIANCE SPECIALTY PHARMACY LLC; ALLIANT LTC PHARMACY LLC ; ALPHA CARE PHARMACY ; ALPHA PHARMACY; ALTA CARE PHARMACY; ALTAMA PHARMACY ; ALTON DRUG STORE; ALTOONA PHARMACY; ALTRU CLINIC PHARMACY-FAMILY MEDICINE CENTER, INC.; ALVARADO COMMUNITY PHARMACY; ALWOOD PHARMACY; AMANA PHARMACY; AMBE INC. DBA-ABC DISCOUNT PHARMACY; AME PHARMACY ; AMELIA PHARMACY, INC.; AMERICAN HOME PHARMACY; AMERICAN PHARMACY OF ILLINOIS; AMERICA'S # 1 HEALTH STORE DBA HOMETOWN RX; AMEX PHARMACY #7, INC; AMEX PHARMACY NO.3 INC DBA AMEX PHARMACY #3; AMICARE PHARMACY INC; AMT GROUP LLC D/B/A HELPING HAND FAMILY PHARMACY; ANAHEIM HILLS MEDICAL PHARMACY; ANAHEIM PHARMACY; ANCHOR HOME MEDICAL & PHARMACY ; ANCHOR HOME MEDICAL & PHARMACY ; ANDERSON BROS FLORIN SQUARE PHARMACY INC; ANDERSON DRUG; ANDERSON FAMILY PHARMACY, INC DBA BASALT CLINIC PHARMACY; ANDERSON PHARMACIST GROUP; ANDERSON PHARMACY; ANDERSON PHARMACY; ANDERSON PHARMACY; ANDERSON PHARMACY; ANDERSON PHARMACY/ JOHN M; ANDERSONPHARMACY INC DBA HAISCH PHARMACY; ANDERSON-ROGERS PHARMACY LLC DBA ORCHARDS DRUG; ANDERSONRX; ANDERSON'S PHARMACY; ANDREW KWONG DBA GATEWAY CIRCLE PHARMACY; ANDREWS

COMPLAINT - 23

PRESCRIPTION SHOP, LLC DBA PRESCRIPTION SHOP; ANGELOS PHARMACEUTICAL SERVICES, INC; ANGIER FAMILY PHARMACY LLC; ANNAPOLIS PROFESSIONAL PHARMACY; ANSARI FAMILY INC DBA COMMUNITY RX PHARMACY; ANSON PHARMACY; ANTIETAM APOTHECARY INC. DBA WAYNESBORO APOTHECARY AND DBA ANTIETAM PHARMACY; ANTWERP PHARMACY; AP EQUITY LLC; APB & J CORP; APEX CARE PHARMACY 2; APEXRX, LLC (DBA CARE PLUS PHARMACY); APNA RX INC (DBA APNA RX); APNAR PHARMACY; APOTHE-CARE; APOTHECARE ; APOTHECARE PHARMACY OF ELIZABETHTOWN, PSC; APOTHECARE PHARMACY OF MORGAN LLC; APOTHECARY PHARMACY ; APOTHECARY SHOPPE PHARMACY; APOTHECARY SHOPPE, INC; APOTHECARY SOLUTIONS INC DBA REMINGTON DRUG CO; APOTHESHOPPE LLC D/B/A MEDICINE SHOPPE #45; APPALACHIAN APOTHECARY INC DBA KIM'S PHARMACY; APPALACHIAN RX LLC; APPLE DISCOUNT DRUG; ARACOMA DRUG COMPANY; ARBOR LAKES PHARMACY; ARCH PHARMACY; ARCHANA CORPORATION DBA LEOS LAKESIDE PHARMACY; ARCHDALE DRUG CO., INC.; ARCHDALE DRUG CO., INC. DBA DEEP RIVER DRUG; ARDEN MEDICAL PHARMACY; ARDENT PHARMACY INC. DBA: BENJAMIN'S PHARMACY & SURGICAL; AR-EX PHARMACY; ARGENTA DRUG COMPANY ; ARIA PHARMACY SERVICES LLC ; ARIANNA MEDICAL PHARMACY INC.; ARKANSAS VALLEY ACCUMED; ARLINGTON PHARMACY, INC.; ARLINGTON PRESCRIPTION PHARMACY; ARMITAGE PHARMACY INC; ARMOR DRUGS LLC DBA HOGAN'S PHARMACY; ARMUCHEE PHARMACY, LLC; ARNOLD DRUG COMPANY; ARNOLD PROFESSIONAL PHARMACY; ARNZEN DRUG; ARNZEN SUPER DRUG, INC; ARNZEN'S GLENWOOD PHARMACY; AROOSTOOK APOTHECARY, LLC D/B/A CITY DRUG STORE & ASHLAND DRUG STORE; ARP INC. DBA MEDICINE AND MORE; ARROWHEAD DRUGS; ARTEMIS PHARMACY INC; ARTH LLC; ARTHUR AVENUE PHARMACY; ASH FLAT PHARMACY INC. ; ASHCRAFT PHARMACY; ASHEVILLE HIGHWAY PHARMACY INC DBA ATCHLEY DRUG CENTER; ASHKIN LLC ; ASHLAND PHARMACY, INC.; ASHVILLE DRUGS, INC; ASM DRUGS INC/FARMACIA CENTRAL; ASPEN RIDGE PHARMACY LLC; ASPIRE RX INC DBA THE PRESCRIPTION SHOP; ASTON PHARMACY HOME HEALTH CENTER; ASTORIA PHARMACY; ASTORINO FAMILY PHARMACY LLC; ATHENS PHARMACY ; ATKINS PHARMACY SERVICES, INC.; ATLANTIS PHARMACY, LLC; ATLAS DRUG; ATTICA PHARMACY, INC.; AUBURN PHARMACY & COMPOUNDING CENTER; AUBURN PHARMACY LLC.; AUM PHARMACEUTICALS INC.; AUM PHARMACY; AURORA PROFESSIONAL PHARMACY, INC.; AVALON PHARMACY , INC DBA AVALON DISCOUNT DRUGS; AVERY PHARMACY; AVICURE PHARMACY INC. NEW LIFE PHARMACY (DBA); AVK RX INC; AVONELLE INC DBA TOM'S RIVERSIDE PHARMACY; AVONORA INC; AVS RX INC D/B/A RUBIN CHEMISTS; AXLINE ADVANCED; AXLINE PHARMACY; AXLINE PHARMACY; AXLINE PHARMACY; AXLINE PHARMACY; AXLINE PHARMACY; AXLINE PHARMACY; AXLINE PHARMACY, INC; AYNOR FAMILY PHARMACY ; AYUSH LLC.; AZAAL DISCOUNT PHARMACY; AZAAL PHARMACY 2 ; AZALEA HEALTHCARE INC DBA 986 PHARMACY #8012; AZALEA HEALTHCARE INC DBA 986 PHARMACY #8012; B & B DISCOUNT DRUGS LLC; B & B PHARMACY, INC.; B & C DRUG CO; B & K PRESCRIPTION SHOP INC; B&G PHARMACY SERVICES, INC.; B&T PORT RICHMOND PHARMACY INC; B&T WEST BRIGHTON PHARMACY INC; BABIS PHARMACY; BACHMAN DRUG, INC.; BACK HOME PHARMACY INC DBA HOPEWELL DRUG; BADGER HEALTH CORP; BADGER MANAGEMENT LLC DBA LEE'S MARKETPLACE FOXBORO PHARMACY; BAGGETT PHARMACY INC; BAILEY'S PHARMACY INC. ; BAINBRIDGE PHARMACY INC; BAKER EXPRESS PHARMACY, LLC; BAKER PHARMACY INC.; BAKER'S FAMILY PHARMACY; BALA VIRISAAR PHARMACY INC (FREEDOM DRUGS DBA) ; BALDWIN WOODS PHARMACY; BALLWEG FAMILY PHARMACY INC; BANDY'S LONG TERM CARE PHARMACY ; BANDY'S PHARMACY; BANDY'S PHARMACY II; BANDY'S PHARMACY II; BANDY'S PHARMACY II; BANDY'S PHARMACY II; BANDY'S PHARMACY II; BANGOR DRUG COMPANY; BANGOR DRUG LTC; BANNER DRUG DOWNTOWN STATESVILLE; BANNER DRUG OF HARMONY; BANP ENTERPRISES LLC DBA FAMILY PHARMACY OF POTTSBORO; BARBOURVILLE PRESCRIPTION CENTER; BARDONIA PHARMACY LLC; BARDWELL PHARMACY; BARNES DRUG STORES OF VALDOSTA, INC; BARNES PHARMACY; BARNETT DRUGS; BARNEY'S PHARMACY ; BARNEY'S PHARMACY ; BARNEY'S PHARMACY ; BARNEY'S PHARMACY ; BARNEY'S PHARMACY ; BARNEY'S PHARMACY ; BARNEY'S PHARMACY AT FURYS FERRY; BARRETT DRUG CENTER; BARRON HOMETOWN PHARMACY LLC; BARR'S PHARMACY OF BLANCHESTER ; BARR'S PHARMACY OF HILLSBORO; BARR'S PHARMACY OF SABINA; BARR-THORN ENTERPRISES, INC D/B/A NOVA PHARMACY; BARRY'S DRUG CENTER, INC; BARTLE'S PHARMACY; BASCOM PHARMACY; BATH HOMETOWN PHARMACY, INC.; BATH RX INC NCPA ID #1215872; BATSON'S DRUG STORE; BATTLEFIELD DISCOUNT DRUGS; BATTS DRUG COMPANY INC; BATTS DRUG COMPANY MANSFIELD LLC; BAXLEY WELLNESS PHARMACY; BAY PHARMACY; BAY PHARMACY; BAY PHARMACY DBA/LAKE PHARMACY; BAY STREET PHARMACY, INC; BAYFIELD PHARMACY; BAYOU PHARMACY LLC ; BAYSIDE PHARMACY INC.; BAYSIDE PHARMACY, LP; BAYVIEW

COMPLAINT - 24

PHARMACY ; BBK GLOBAL CORP DBA ALLURE PHARMACY; BBRX PHARMACY INC.; BBRX PLUS INC.; BCRX INC DBA BOULDER CREEK PHARMACY; BCS HEALTH LLC DBA EAST TROY PHARMACY; BEACH PHARMACY; BEACH RX, INC (DBA BEACH PHARMACY); BEACH RX, INC (DBA BEACH PHARMACY); BEACON HEALTH CARE SOLUTIONS INCORPORATED; BEACON MEDICATION SERVICES; BEACON PRESCRIPTIONS; BEACON PRESCRIPTIONS - SOUTHINGTON ; BEAR DRUGS INC; BEASLEY DRUG COMPANY; BEASLEY'S PHARMACY; BEAVER VALLEY PHARMACY SERVICES INC; BECKMAN'S GREENE STREET PHARMACY INC; BEDARD PHARMACY; BEDARD PHARMACY, INC.; BEDDINGFIELD DRUGS LLC; BEDEI COMPOUNDING PHARMACY SERVICES; BEDFORD DRUG; BEDFORD ROAD PHARMACY, INC DBA PHARMACARE OF CUMBERLAND; BEDFORD ROAD PHARMACY, INC DBA PHARMACARE OF CUMBERLAND; BEDFORD ROAD PHARMACY, INC DBA PHARMACARE OF CUMBERLAND-WILLOWBROOK; BEDFORD ROAD PHARMACY, INC DBA PHARMACARE OF FROSTBURG; BEDFORD ROAD PHARMACY, INC DBA PHARMACARE SOUTH CUMBERLAND; BEDFORD ROAD PHARMACY, INC DBA THE MEDICINE SHOPPE OF FORT ASHBY; BEDFORD ROAD PHARMACY, INC DBA THE MEDICINE SHOPPE OF GEORGES CREEK; BEDFORD WELLNESS PHARMACY; BEE RIDGE PHARMACY ; BEK SERVICES, LLC (DBA KLEIN'S PHARMACY #4); BELEW DRUG ASHEVILLE HIGHWAY; BELEW DRUG CHOTO; BELEW DRUG WASHINGTON PIKE; BELEW DRUG,INC; BELLA VISTA PHARMACY; BELLDINA'S HEALTH MART PHARMACY; BELL-EDGE DRUGS INC; BELLEROSE RX INC (DBA PHAMCO DRUGS & SURGICALS); BELLEVILLE PHARMACY; BELLS DEPOT, LLC DBA RAINES PHARMACY; BELLS DRUGS, INC; BELMAR TOWN PHARMACY; BEMIS DRUG LLC; BENNETT'S HOMETOWN PHARMACY - BLACKSHEAR , LLC; BENNETT'S HOMETOWN PHARMACY, LLC; BENNETT'S HOMETOWN PHARMACY-FOLKSTON; BENNETT'S HOMETOWN PHARMACY-WAYNESVILLE; BENSON DRUG COMPANY, INC. -SAV-MOR #17; BENTON DISCOUNT PHARMACY INC; BENZER CO 1 LLC DBA BYERS PHARMACY; BENZER FL6 LLC DBA BEST PHARMACY; BEREA DRUG; BERKLEY MEDICAL CENTER PHARMACY; BERKSPHARMACY LLC; BERRY DRUG; BERRY PHARMACIST GROUP, LLC DBA MASON FAMILY DRUG ; BERTHOUD DRUG; BERTOLINO'S PHARMACY LLC; BERTRAM GEORGETOWN PHARMACY; BERTRAM PHARMACY; BERTRAM RIPLEY PHARMACY; BERTRAM SARDINIA PHARMACY; BERTRAND'S PHARMACY INC.; BEST CHOICE PHARMACY AND IRVINE PHARMACY; BEST LIFE RX LLC DBA CLAYTON PHARMACY; BESTYET PHARMACY LLC; BETHANY HOME DISCOUNT PHARMACY; BETSY LAYNR PHARMACY; BETTER CARE PHARMACY; BEVERLY GLEN PHARMACY, INC.; BEX RX PHARMACY; BFPRX LLC DBA HIGHLAND PHARMACY; BHP LAX LLC; BIEN PHARMACY; BIG BROTHERS PHARMACY; BIG C SCOTTSBORO LLC; BIG C SKYLINE LLC; BIG SKY PHARMACY; BIG SPRING PHARMACY; BIG STATE DRUG - IRVING, TX; BIGFORK DRUG INC.; BIGHORN VALLEY PHARMACY; BILGIN INC DBA CENTER PHARMACY II; BILLS PILLS DBA MEDICINE SHOPPE 1441; BILLS PILLS DBA MEDICINE SHOPPE 1441; BIOACCESS PHARMACY; BIRCH PHARMACEUTICAL LLC; BIRITE QUALITY PHARMACY; BISSELL PHARMACY ; BITCH CREEK CORPORATION DBA TOWNSEND DRUG; BITTERROOT DRUG INC; BI-WIZE PHARMACY; BLACK DRUGS LLC DBA GARRO DRUGS; BLACK RIVER PHARMACY LLC; BLACK ROCK PHARMACY, INC.; BLACKHAWK PHARMACY, INC D/B/A EVANS CROSSING PHARMACY; BLACKSHEAR DRUG COMPANY; BLAIR PHARMACY; BLAKE PHARMACY; BLAKE PHARMACY; BLAKELY PHARMACY DBA HALL DRUG CO ; BLANCO PHARMACY & WELLNESS; BLANE MANAGEMENT, LLC DBA DOVER FAMILY PHARMACY; BLANKS PHARMACIES, INC; BLDL INDUSTRIES DBA LAURA'S PHARMACY; BLENDE DRUG INC; BLM PHARMACY INC DBA BRIGHT LA MIRADA PHARMACY; BLOUNT DISCOUNT PHARMACY; BLOUNT DISCOUNT PHARMACY-LTC; BLOUNT DISCOUNT PHCY @ BLOUNT MEMORIAL; BLOUNT DISCOUT PHARMACY-WEST; BLSRPH, INC. DBA: VILLAGE PRESCRIPTION CENTER; BLUE EARTH DRUG; BLUE EARTH DRUG-LTC; BLUE HILL PHARMACY LLC; BLUE RIVER PHARMACY; BLUEGRASS FAMILY PHARMACY, INC; BLUEGRASS PHARMACY; BLW INC DBA HOMETOWN DRUGS; BLYTHEWOOD PROFESSIONAL DRUG CO. INC. DBA BLYTHEWOOD PHARMACY; BOALSBURG APOTHECARY; BOATWRIGHT DRUG CO.,INC.; BOAZ DISCOUNT DRUGS; BOBO'S DRUGS INC DBA DAVIS ISLANDS PHARMACY; BOBS PHARMACY LLC DBA GARROS DRUGS; BOILING SPRINGS PHARMACY; BON AMI PHARMACY; BOND COUNTY PHARMACY LLC; BONFIGLIO DRUG, INC; BONHAMTOWN PHARMACY; BONO FAMILY PHARMACY; BOOK'S PHARMACY LTD.; BOONE AND DAVIS PHARMACIES, INC; BOONE DRUG AT GREENWAY; BOONE DRUG AT KING STREET; BOONE DRUG AT NEW MARKET; BOONE DRUGS, INC.; BOONEVILLE DISCOUNT DRUGS; BORDELON'S SUPER SAVE ; BORDEN S FAMILY PHARMACY DBA: OUR FAMILY PHARMACY; BOSCOBEL PHARMACY ; BOUVIER PHARMACY, INC; BOWEN PHARMACY; BOWLING FAMILY PHARMACY LLC; BOYD'S PHARMACY OF BORDENTOWN; BOYD'SPHARMACY OF FLORENCE INC; BOYD'S PHARMACY OF MANSFIELD; BOYD'S PHARMACY OF MEDFORD ; BOYD'S PHARMACY OF PEMBERTON; BOYT DRUGS; BOZEMAN CHP PHARMACY; BRADFORD DRUGSTORE, INC.;

COMPLAINT - 25

BRADFORD PHARMACY LLC D/B/A BRADFORD FAMILY PHARMACY; BRADY'S PHARMACY; BRAINERD PHARMACY; BRANDON DISCOUNT DRUGS; BRANNON STAND DRUGS, INC; BRASHEAR'S PHARMACY; BRASHEAR'S PHARMACY; BRASSTOWN@GMAIL.COM; BRAUNAGEL AND BRAUNAGEL, INC. DBA/ ALITONS PHARMACY HOME HEALTHCARE CENTERS.; BREHME DRUG INC; BRENHAM DRUG PARTNERS, DBA NORMAN'S PHARMACY; BRENT AIR PHARMACY; BRENT E. HICKEY OF CIRCLE H HEALTHCARE, PLLC DBA LITTLE DRUG FAMILY WELLNESS CENTER; BRENT'S PHARMACY; BRENT'S PHARMACY & DIABETES CARE; BRET E ROBERTSON; BREVARD PHARMACY LLC; BREWER FAMILY PHARMACY; BREWERTON PHARMACY INC.; BREWSTER FAMILY PHARMACY; BREWTON MEDICAL CENTER PHARMACY PC; BRICK CITY DRUGS, LLC; BRIDGE STREET PHARMACYINC; BRIGHTMED PHARMACY; BRIGHTON EGGERT PHARMACY ; BRINKLEY FAMILY PHARMACY, LLC; BRISTOL MEDICAL PHARMACY; BROAD AVE PHARMACY LLC ; BROAD STREET PHARMACY ; BROADMOOR DRUG CENTER, INC.; BROADNECK PHARMACY; BROADS & LEHIGH PHARMACY; BROADWAY PHARMACY III INC; BROKEN ARROW FAMILY DRUG; BROKEN ARROW FAMILY DRUG NORTH; BRONSON CITY PHARMACY ; BROOKLERE PHARMACY 102; BROOKLERE PHARMACY 104; BROOKLERE PHARMACY 301; BROOKLYN CENTER PHARMACY; BROOKLYN FAMILY PHARMACY; BROOKSHIRE BROTHERS PHARMACY OF KIRBYVILLE; BROSSART INC. DBA BROSSART PHARMACY; BROTHERS PHARMACY; BROTHERS PHARMACY; BROULIM'S PHARMACY #10 - SODA SPRINGS; BROULIM'S PHARMACY #12 - AFTON; BROULIM'S PHARMACY #14 - ALPINE; BROULIM'S PHARMACY #16 - BROADWAY ; BROULIM'S PHARMACY #17 - 17TH STREET; BROULIM'S PHARMACY #2 - MONTPELIER; BROULIM'S PHARMACY #4 - THAYNE; BROULIM'S PHARMACY #5 -SAINT ANTHONY; BROULIM'S PHARMACY #6 - REXBURG; BROULIM'S PHARMACY #7 - DRIGGS; BROULIM'S PHARMACY #8 - AMMON; BROULIM'S PHARMACY #9 - SHELLEY; BROULIM'S PHARMACY (BROULIM SUPERMARKETS, LLC); BROWN & WELIN PHARMACY; BROWN AND ANDREWS, INC DBA BEST DISCOUNT PHARMACY 4505383; BROWN DRUG COMPANY; BROWN DRUGS INC. DBA LUMBER CITY DRUGS; BROWN PHARMACY LLC; BROWN'S DRUG; BROWNPHARMACY LLC DBA MARKET STREET PHARMACY; BROWN'S PHARMACY - IRVING, TX; BROWNS PHARMACY LLC; BROWNS PRESCRIPTION PHARMACY INC; BROWNS PRESCRIPTION PHARMACY INC, FORMERLY BROWNS PRESCRIPTION PHARMACY OF DEPOSIT INC.; BROWN'S PROFESSIONAL SERVICES, INC. DBA ADVANCED CARE PHARMACY SERVICES; BROWNSTONE RX LLC; BROWNSVILLE COMMUNITY PHARMACY,INC; BRUCE AND HUMAN DRUG - WILLS POINT, TX; BRUCKNER PLAZA PHARMACY ; BRUNDAGE WAYMART PHARMACY ; BRUNER MONETT PHARMACY; BRUNSON'S PHARMACY, LLC; BRUNSWICK FAMILY PHARMACY; BRUNSWICK PHARMACY ; BRYSON CITY PHARMACY ; BSD INC DBA SAVE DISCOUNT DRUGS; BSIG RX, LLC DBA VAIL VALLEY PHARMACY; BT DRUGS INC; BTCN,LLC DBA DULANEY VALLEY HEALTH MART PHARMACY ; BUCKEYE PHARMACY; BUENA SALUD PHARMACY; BUFFALO CLINICAL SERVICES, INC DBA UNION MEDICAL PHARMACY; BUFFALO CLINICAL SERVICES, INC. DBA/UNION MEDICAL PHARMACY; BUFFALO PHARMACIES INSTITUTIONAL; BUFFALO PHARMACIES, INC.; BUFFALO PHARMACIES, INC.; BUFORD STREET DRUG STORE ; BULLDOG PHARMACY, LLC; BUNDY FAMILY PHARMACY (DBA, SULLIVAN PHARMACY); BUNKER HILL PHARMACY INC; BUNTING FAMILY PHARMACY; BURBANK PHARMACY LLC; BURGESS DRUG STORE #2; BURGESS DRUG STORE #3; BURGESS DRUG STORE #4; BURGIO'S PHARMACY; BURY DRUG, INC. DBA CARRBORO FAMILY PHARMACY; BUSHONG FAMILY PHARMACY, LLC; BUTLER DRUG STORE; BUTLER PHARMACIES - VILLAGE APOTHECARE INC DBA EAST GATE PHARMACY; BUTLER'S APOTHECARY; BUTTE SILVER BOW PRIMARY HEALTH CARE CLINIC, INC. DBA BLACKTAIL PHARMACY; BUTTE SILVER BOW PRIMARY HEALTH CARE CLINIC, INC. DBA COMMUNITY HEALTH CENTER (CHC) PHARMACY; BUY LOW PHARMACY; BUY-RITE PHARMACY; BUY-RITE PHARMACY II; BUY-RITE PHARMACY III; BUY-RITE PHARMACY IV; BUY-RITE PHARMACY V; BVMPHARMACYLLC DBA MEDICAP PHARMACY (8197); BVP, LLC DBA: CITY DRUG OF BRIDGER VALLEY; BYRD-WATSON DRUG #2; BYRD-WATSON TIMES SQUARE DRUG CO DBA BYRD-WATSON PHARMACY ; BYRON DRUGS; BYRON PHARMACY; BYRON SNYDERS PHARMACY; C & C PHARMACY, INC; C & D DRUG STORE, INC; C AND C DRUGS INC; C AND C PHARMACIES DBA BRIGHAM COMMUNITY PHARMACY; C AND C PHARMACY, LLC; C AND M HEALTH, INC DBA WOODARD DRUG STORE; C& H PHARMACY INC DBA: HUNNINGTON PHARMACY ; C&G HEALTH SOLUTIONS LLC D/B/A ASTI'S SOUTH HILLS PHARMACY; C&J'S NORTHSIDE PHARMACY, INC; C&W PHARMACY DBA HEALTH-CARE PHARMACY; C.A. KUYKENDALL INC DBA VILLAGE PHARMACY; CACHE VALLEY PHARMACARE LLC; CADE'S PHARMACY,LLC; CADUCEUS PHARMACY II LLC; CAIN'S DRUG STORE INC; CALDWELL DISCOUNT DRUG CO; CALDWELL PHARMACY LLC; CALEBS HOMETOWN PHARMACY, LLC; CALICARE PHARMACY; CALIFORNIA DRUGS, INC. DBA CENTRAL DRUGS ; CALMONT PHARMACY INC ; CALVERT CITY PHARMACY ; CAMBRIA PHARMACIES

COMPLAINT - 26

INC.; CAMBRIA PHARMACIES INC.; CAMBRIA PHARMACIES INC.; CAMCOR INC DBA VALLEY INTEGRATIVE PHARMACY; CAMDEN PHARMACY INC; CAMDEN VILLAGE PHARMACY; CAMERON FAMILY PHARMACY; CAMPBELL DRUG; CAMPBELL'S HOMETOWN PHARMACY; CAMPBELL'S NEPTUNE PHARMACY; CAMPBELLS PHARMACY; CAMPTON PHARMACARE, INC.; CAMPTON PHARMACIST GROUP; CANADIAN VALLEY RX INC.; CANANDAIGUA THE MEDICINE SHOPPE ; CANBY DRUG & GIFTS; CANNON DRUGS; CANNON PHARMACY; CANTU'S PHR; CAPE COD HEALTHCARE PHARMACY AT CAPE COD HOSPITAL; CAPE COD HEALTHCARE PHARMACY AT FALMOUTH HOSPITAL; CAPE RX LLC, DBA CAPE PHARMACY; CAPITAL CITY PHARMACY; CAPRX, INC (CENTRAL AVENUE PHARMACY); CARAWAY'S PHARMACY; CARDINAL DRUGSTORE; CARDINAL PHARMACY, LLC; CARE PHARMACY; CARE PHARMACY ; CARE-FILL LTC; CAREMARK SRX INC., DBA- J&N PHARMACY; CAREMAX PHARMACY 725 LLC; CAREPLUS PHARMACY; CAREPOINT PHARMACY AND MEDICAL SUPPLIES, LLC; CARLBERT DRUGS, INC DBA BUCKLEY'S DRUG STORE; CARLIE C'S IGA; CARLIE C'S PHARMACY #835; CARLIE C'S PHARMACY #870; CARLIE C'S PHARMACY #885; CARLIE C'S PHARMACY #830; CARLINVILLE HEALTH &RX SERVICES DBA SULLIVAN DRUGS OF CARLINVILLE ; CARLISLE DRUG CO. DBA HOMETOWN PHARMACY; CARL'S DRUG STORE; CARMICHAELS OF COVINGTON; CARMICHAELS VITAL CARE PHARMACY DBA WALTON DRUG COMPANY INC; CAROLINA FOREST PHARMACY ; CARROLL DRUG STORE, INC; CARROLL PHARMACY; CARROUTHRX, LLC DBA MISSION FILLED DRUG COMPANY ; CARTER'S AT STONEBRIDGE; CARTER'S INC DBA CARTER'S DRUG STORE; CARTERS PHARMACY GA LLC; CARTERS PHARMACY GA LLC; CASE DRUG CO.; CASH SAVER PHARMACY #33; CASH SAVER PHARMACY #34; CASHIERS VALLEY PHARMACY; CASSON PHARMACY ; CASTLE MOUNTAIN DRUG PLLC; CASTOR PHARMACY & SURGICAL SUPPLIES LLC; CATE PHARMACY INC.; CATONSVILLE PHARMACY LLC; CATOOSA FAMILY PHARMACY; CATOOSA FAMILY PHARMACY; CAVALIER PHARMACY, LLC DBA CAVALIER PHARMACY; CAVE CITY PRESCRIPTION CENTER, INC; CBEDRUGS, LLC DBA PARKER ROAD DRUGSTORE ; CCPB, LLC, DBA CLINTON COUNTY PHARMACY AND WAYNE COUNTY PHARMACY; CDE, LLC DBA CITY DRUG ; CDL CENTRAL DRUG, INC (LTC); CDL CENTRAL DRUG, INC.; CDS #10 PHARMACY; CDS #10 PHARMACY LLC; CEDAR PHARMACY NOLA ; CEDARBURG PRESCRIPTION CENTER INC.; CEDARVILLE HONETOWN PHARMACY; CELINA DRUG; CELLERARI PHARMACY INC; CENTER DRUGS LLC; CENTER PHARMACY; CENTRAL DRUG CO PEERLESS CROSSING; CENTRAL CITY CLINIC PHARMACY, INC; CENTRAL CITY FAMILY PHARMACY, INC; CENTRAL DRUG CO; CENTRAL DRUG STORE; CENTRAL PHARMACY; CENTRAL PHARMACY GROUP INC; CENTRE HALL PHARMACY LLC ; CENTURY MEDICINES; CERES DRUG STORE; CHAD'S PAYLESS PHARMACY, INC; CHAFFEE DRUG STORE; CHAMBERS RX LLC DBA CHAMBERS APOTHECARY; CHANCY DRUGS ADEL; CHANCY DRUGS HAHIRA; CHANCY DRUGS LAKE PARK; CHANCY DRUGS LTC; CHANCY DRUGS MOULTRIE; CHANCY DRUGS NORTH VALDOSTA; CHANCY DRUGS VALDOSTA; CHANEY FAMILY PHARMACY LLC DBA CORNER DRUG; CHAPEL PHARMACY INC ; CHAPIN PHARMACY; CHAPMAN DRUG COMPANY, INC.; CHAPMAN HEALTHCARE PHARMACY INC; CHARLEY'S PHARMACY; CHARLIE'S PHARMACY OF MULLENS, LLC; CHEEK AND SCOTT DRUGS INC.; CHEEK AND SCOTT DRUGS INC.; CHEEK AND SCOTT DRUGS INC.; CHEFFY DRUGS LLC; CHELSEA FAMILY PHARMACY; CHELSEA PHARM INC D/B/A MARGOLIS PHARMACY; CHELSEA PHARM INC D/B/A MARGOLIS PHARMACY; CHELSEA ROYAL CARE PHARMACY, INC.; CHELTEN DRUGS; CHERRY CREEK PHARMACY, INC; CHERRY PHARMACY INC.; CHERRYVALE PHARMACY; CHESTER DISCOUNT PHARMACY LLC; CHILDRESS OUTPOST PHARMACY INC.; CHILLICOTHE FAMILY PHARMACY; CHILLICOTHE FAMILY PHARMACY LTC; CHINO HILLS PROFESSIONAL PHARMACY; CHINO PLAZA PHARMACY; CHINOOK HEALTH; CHOICE CITY DRUG, ; CHOICE CRITICAL CARE LTC PHARMACY NCPA # 1236598; CHOUTEAU FAMILY PHARMACY; CHRIS ISBELL PHARMACY LLC: JOHNNY'S HOMETOWN PHARMACY; CHRIS' PHARAMCY; CHRIS' PHARMACY AND SONS TOO; CHRISTOFANO ASSOCIATES LLC DBA HAYDENS PHARMACY; CHRISTOPHER AM BASSOLINO PHARMACY CORP; CHURCH & SCOTT, INC; CHURCH SQUARE PHARMACY INC; CHURCHILL PHARMACY HOLDING INC.; CIRCLEVILLE APOTHECARY; CITIMED PHARMACY LLC; CITIZENS PHARMACY; CITY CENTER DRUG INC; CITY CENTER DRUGS, LLC; CITY DRUG COMPANY ; CITY DRUG COMPANY, INC; CITY DRUG STORE OF JACKSBORO, INC; CITY DRUGS OF CURWENSVILLE ; CITY PHARMACY; CITY PHARMACY; CITYRX LLC DBA CITY PHARMACY; CIVA DRUGS CORP DBA BRENTWOOD PHARMACY; CJ PHARMACY; CK PHARMA LLC, ANCLOTE PHARMACY; CK PHARMACIES, LLC; CK PHARMACY - MOUNDRIDGE ; CK PHARMACY PEABODY; CLARION PHARMACY; CLARK COUNTY PHARMACY; CLARK DRUG COMPANY, LLC.; CLARK DRUGS, INC DBA CLARK DRUGS; CLARK LOWCOST PHARMACY; CLARK'S FAMILY PHARMACY; CLARK'S PHARMACY; CLARK'S PHARMACY OF SALTVILLE, INC; CLARKSVILLE FAMILY PHARMACY, INC.; CLAYPOOL HILL PHARMACY; CLAYTON

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

DRUG; CLAYTON DRUG; CLAYTON PHARMACY; CLAYTON PHARMACY SERVICES, INC. ; CLAYWELL, INC; CLEAR SPRING PHARMACY; CLEARSPRING PHARMACY, LTD; CLEARSPRING PHARMACY, LTD; CLEARWATER CANYON PHARMACY, LLC; CLEBURNE PHARMACY, LLC; CLEVELAND HEIGHTS PHARMACY ; CLEVELAND LOWCOST PHARMACY; CLEVELAND WORX LLC DBA PREFERRED CHEROKEE PHARMACY ; CLINIC DRUG STORE, INC; CLINIC DRUG STORE, INC.; CLINIC PHARMACY; CLINIC PHARMACY; CLINIC PHARMACY; CLINIC PHARMACY; CLINIC PHARMACY OF CORDELL, INC. ; CLINIC PHARMACY POWDERLY ; CLINIC PHARMACY SOUTH ; CLINIC PHARMACY, INC; CLINICAL CARE PHARMACY OF OWASSO, INC; CLINTON BUTLER LLC DBA CLINTON DRUG; CLINTON DRUG STORE; CLINTON PHARMACY; CLINTON PHARMACY, INC.; CLINTON PHARMACY, LLC DBA CLINTON DRUG COMPANY; CLIO COMMUNITY PHARMACY; CLOVER PHARMACY; CMV PHARMACY INC; CMV PHARMACY INC; CMV PHARMACY INC; CMV PHARMACY INC, FORMERLY PINE HILL HOMETOWN PHARMACY INC; CMVO LLC D.B.A CROSSROADS PHARMACY; COAL GROVE PHARMACY ; COASTAL DRUG COMPANY; COASTAL PHARMACY AND COMPOUNDING, INC.; COATS PHARMACY INC; COBB'S WESTSIDE PHARMACY, INC; COBIGRED INC; COCOA BEACH DISCOUNT PHARMACY ; COKER-HAMPTON DRUG CO; COLBURN'S NORTHPORT PHARMACY, INC; COLBY PHARMACY; COLE CAMP PHARMACY; COLEMAN BUTLER FT SMITH LLC DBA COLEMAN PHARMACY; COLE-MCGILL ENTERPRISES, INC D/B/A LIBERTY FAMILY PHARMACY; COLER DRUG MCCONNELSVILLE, LTD; COLFAX PHARMACY; COLISEUM PARK PROFESSIONAL PHARMACY; COLLEGE PHARMACY INC. DBA PRINCE PHARMACY; COLLIER DRUG - CAVE SPRINGS; COLLIER DRUG - CENTERTON; COLLIER DRUG - DICKSON; COLLIER DRUG - ELKINS; COLLIER DRUG - FARMINGTON; COLLIER DRUG - HARBER; COLLIER DRUG - PRAIRIE GROVE; COLLIER DRUG - WILLOW CREEK; COLLIER PHARMACY SERVICES; COLLINSVILLE FAMILY PHARMACY LC; COLLINWOOD DRUGS; COLOMBO'S PHARMACY; COLONIA NATURAL PHARMACY; COLONIAL HEIGHTS PHARMACY; COLONIAL PHARMACY; COLONIAL PHARMACY; COLONY DISCOUNT DRUGS, INC.; COLQUITT PHARMACY LLC; COLTRX LLC; COLTS NECK PHARMACY; COLUMBIA RIVER PHARMACY DBA MALLEY'S COMPOUNDING PHARMACY; COLUMBIA RX LLC ; COLUMBIANA FAMILY DRUG, INC.; COLUMBINE DRUG; COMMONSHARE INC.; COMMONWEALTH PHARMACY; COMMUNITY DISCOUNT PHARMACY, INC.; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACIES, LLC; COMMUNITY PHARMACY; COMMUNITY PHARMACY; COMMUNITY PHARMACY; COMMUNITY PHARMACY; COMMUNITY PHARMACY; COMMUNITY PHARMACY; COMMUNITY PHARMACY; COMMUNITY PHARMACY ; COMMUNITY PHARMACY LLC; COMMUNITY PHARMACY OF DELTONA; COMMUNITY PHARMACY OF GREENEVILLE LLC; COMMUNITY PHARMACY OF STERLINGTON LLC; COMMUNITY PHARMACY OF WINNSBORO; COMMUNITY PRESCRIPTION CENTER INC DBA MAN PHARMACY ; CONCORD PHARMACY INC.; CONCOURSE DRUGS INC. DBA FRIENDLY PHARMACY ; CONDO PHARMACY, INC; CONFUCIUS PHARMACY INC.; CONGER DRUG INC. DBA REEDS PHARMACY; CONGRESS STREET PHARMACY; CONLIN'S PHARMACY INC. DBA RESIDENT CARE PHARMACY; CONLIN'S PHARMACY, INC.; CONRAD-MARR DRUG ; CONWAY APOTHECARY INC ; CONWAY OUTPATIENT PHRAMACY; CONWAY PHARMACY LLC D/B/A CONWAY PHARMACY; CONWAY'S DANVILLE PHARMACY; CONWAY'S EASTSIDE PHARMACY; CONWAY'S EASTSIDE PHARMACY; CONWELL'S PHARMACY; COOK DISCOUNT DRUGS, INC; COOKE'S PHARMACY; COOKS PHARMACY; COOKS PHARMACY OF KINGSTON INC; COOPER DRUG STORE; COPPERS PHARMACY ; CORBIN PHARMACY, INC.; CORDES PHARMACY; CORKREANS THE PHARMACIST INC; CORNER DRUG & GIFT, INC.; CORNER DRUG CO.; CORNER DRUG STORE; CORNER DRUG STORE; CORNER DRUG STORE OF STURGIS, LLC; CORNER DRUGS, INC; CORNER PHARMACY LLC; CORNERSTONE DRUG & GIFT, INC; CORNERSTONE PHARMACY; CORNERSTONE PHARMACY AT CHENAL, LLC; CORNERSTONE PHARMACY AT GREERS FERRY, LLC; CORNERSTONE PHARMACY CONWAY, LLC; CORNERSTONE PHARMACY JACKSONVILLE LLC ; CORNERSTONE PHARMACY JFK, LLC; CORNERSTONE PHARMACY KENNETT; CORNERSTONE PHARMACY LAKEWOOD, LLC; CORNERSTONE PHARMACY MAIN LLC ; CORNERSTONE PHARMACY OF BELLA VISTA LLC; CORNERSTONE PHARMACY OTTER CREEK; CORNERSTONE PHARMACY OTTER CREEK, LLC; CORNWELL PHARMACY; CORONA VALLEY PHARMACY; COTTRELL'S HOMETOWN PHARMACY PC; COUNSEL RX INC DBA MEDICINE SHOPPE OF BELLEVUE; COUNSEL RX INC DBA MEDICINE SHOPPE OF BELLEVUE; COUNTRY MART PHARMACY #2151; COUNTS FAMILY PHARMACY; COWAN DRUGS ; COWAN PHARMACY LLC D/B/A CONYERS PHARMACY; COX FAMILY PHARMACY, INC.; COX FAMILY PHARMACY, INC.; COX FAMILY PHARMACY, INC.; COX FAMILY PHARMACY, INC.; CPHARMA, INC DBA CULL FAMILY PHARMACY; CR

COMPLAINT - 28

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

CARE PHARMACY ; CRAB ORCHARD PHARMACY, INC.; CRAIG'S DRUG STORE, INC.; CRAMERTON DRUG; CRANDON PHARMACY; CRANE PHARMACY; CREATIVE CARE PHARMACY; CREEKSIDE PHARMACY; CRESCENT CENTER DRUGS; CRESETTI DRUG CORP; CRESTLINE PHARMACY; CRESTWOOD PHARMACY; CRIMSON CARE PHARMACY GROUP I., LLC; CRIMSON CARE PHARMACY GROUP II., LLC; CRISFIELD DISCOUNT PHARMACY; CROFTON PHARMACY; CROMER MEDICAL SERVICES/DBA LOREX DRUGS; CROSS BAY CHEMIST OF OZONE PARK CORP ; CROSS PLANS PHARMACY LLC; CROSSBAY CHEMISTS CORP. D/B/A CROSS BAY CHEMIST; CROSSNORE DRUG; CROSSROADS PHARMACY SERVICES LLC; CROW DRUG, INC.; CROWN RX INC (DBA PHAMCO DRUGS); CRX, INC. , DBA CROSSROADS PHARMACY; CRYSTAL CITY APOTHECARY LLC DBA WAVERLY PHARMACY; CRYSTAL RUN PHARMACY LLC; CSRX INC; CUB DRUG INC; CUDD COMPANY LLC DBA ASBURY PHARMACY; CUMBERLAND HEALTH SERVICES, INC. IAEGER PHARMACY; CUMBERLAND PHARMACY, INC.; CUNNINGHAM PHARMACY GULFBANK; CUNNINGHAM PHARMACY NORTHWES; CUNNINGHAM PHARMACY OR CUNNINGHAM AIRLINE PHCY; CURA PHARMACY ; CURANT HEALTH FLORIDA, LLC; CURANT HEALTH GEORGIA, LLC ; CURRIE'S FAMILY CARE PHARMACY OF ABERDEEN,?MS.; CURRY DISCOUNT PHARMACY; CURRY'S FAMILY PHARMACY; CURRY'S FAMILY PHARMACY; CURTIN DRUG; CURTIS PHARMACY; CURTIS PHARMACY; CURTIS PHARMACY; CURTIS PHARMACY; CURTIS PHARMACY INC DBA HARRISBURG PHARMACY; CUSHING FAMILY PHARMACY; CUSTOM PLUS PHARMACY; CUSTOM PLUS PHARMACY LONG TERM CARE; CUSTOM RX PHARMACY; CV KASIAR LTD, DBA BECK'S DRUGS; CYPRESS CENTER PHARMACY INC; CYPRESS PHARMACY; CZUP-FOWLER LTD, DBA HOFFMAN'S PHARMACY; D AND B PHARMACY CORPORATION; D AND G ADVENTURES, INC DBA PHARMVILLE DRUG; D AND H PRESCRIPTION DRUG COMPANY INC; D AND L STRATEGIES, LLC DBA HOMINY DRUG AND GIFT; D&B DEVELOPMENT GROUP, LLC DBA BOND'S DRUG; D&H PRESCRIPTION DRUG COMPANY INC; D&N CORP DBA VALUE MART PHARMACY; D.J.K.L., INC DBA MARION FAMILY PHARMACY; D.K. DOKIMOS INC, DBA DOKIMOS EAST MAIN PHARMACY; D.L. BAKER DRUG COMPANY INC DBA CORNERSTONE PHARMACY ROSE CITY ; D2RX, LLC; DADEVILLE PHARMACY LLC; DAKES DRUGS STORE; DAKOTA DRUG CO OF STANLEY; DAKOTA PHARMACY OF BISMARCK, INC.; DALCOMA SPECIALTY PHARMACY ; DALHERN PHARMACY; DALLAS AVENUE PHARMACY ; DALLAS EXPRESS PHARMACY. INC; DALLAS PRESCRIPTION SHOP; DALLAS PRESCRIPTION SHOP ; DALTON DRUG CO, INC; DALY DRUG; DAMIANO PHARMACY; DANDURAND COMPOUNDING INC; DANDURAND DRUG COMPANY INC; DANDURAND INC; DANDURAND PHARMACY INC; DANDURAND WELLNESS INC; DANICO PRESCRIPTIONS INC. D.B.A. BEACON PRESCRIPTIONS; DANIEL REIF INC. DBA THE MEDICINE SHOPPE #0188; DANIELS' PHARMACY OF BARNWELL; DANIELS' PHARMACY OF BLACKVILLE; DANIELS' PHARMACY OF DENMARK; DANVILLE PHARMACY; DANVILLE PHARMACY LLC; DANVILLE VALUE PHARMACY DBA GOOD NEIGHBOR PHARMACY ; DAO PHARMACY INC DBA RIOS PHARMACY ; DAP, INC DBA BURKE'S MAIN ST PHARMACY; DARBY'S MEDICAL CENTER PHARMACY; DARBY'S VILLAGE PHARMACY, INC.; DARLEY PHARMACY; DARLING APOTHECARY DBA DARLING'S SUGAR GROVE PHARMACY; DARLING'S ERIE PHARMACY; DARLING'S OIL CITY PHARMACY; DAUNER PHARMACIES CHTD. DBA/MANKATO PROFESSIONAL PHARMACY; DAVID ADEOYE FRIENDLY PHARMACY DEALE LLC; DAVID CITY DISCOUNT PHARMACY; DAVID HANEY; HANEY & HANEY, L.L.C.; DAVID M LANSFORD, PC DBA RODEN-SMITH PHARMACY; DAVID'S PHARMACY DBA THE MEDICINE SHOPPE; DAVID'S DRUG & SURGICAL SHOP; DAVIDSON DISCOUNT DRUGS, INC; DAVIE DISCOUNT DRUGS; DAVIE PILL BOX LLC ; DAVIES DRUGS; DAVIES PHARMACY; DAVIS / BURKETT FOOD CORP DBA DAVIS FOOD & DRUG #1; DAVIS / BURKETT FOOD CORP DBA DAVIS FOOD & DRUG #2; DAVIS / BURKETT FOOD CORP DBA DAVIS FOOD & DRUG #3; DAVIS / BURKETT FOOD CORP DBA DAVIS FOOD & DRUG #4; DAVIS BROTHERS PHARMACY; DAVIS BROTHERS PHARMACY - CHESTER; DAVIS CITY PHARMACY; DAVIS DRUGS LONE OAK INC ; DAVISON DRUG & STATIONERY; DAVISON PHARMACY; DAVY CROCKETT DRUG; DAWA PHARMACY LLC; DAWES FAMILY PHARMACY LLC ; DAY STREET PHARMACY ; DB COYLE ENTERPRISES DBA THE MEDICINE SHOPPE #654; DBS LLC DBA PIERPONT LANDING PHARMACY; DC 2008 INC DBA DON COODY PHARMACY; DC STILES, INC DBA PRESTON PHARMACY; DDP PHARMACY INC; DE2 LLC DBA PANAMA PHARMACY AT EMED DBA PANAMA PHARMACY #2; DEACONESS HOSPITAL, INC, DBA DEACONESS FAMILY PHARMACY GW; DEACONESS HOSPITAL, INC. DBA DEACONESS FAMILY PHARMACY; DEACONESS HOSPITAL, INC. DBA DEACONESS FAMILY PHARMACY DCDT; DEACONESS HOSPITAL, INC. DBA DEACONESS SPECIALTY PHARMACY; DEBBIES DRUGS; DEBBIE'S FAMILY PHARMACY; DEBBIE'S FAMILY PHARMACY, INC; DEBLAQUIERE ENTERPRISES, INC DBA WHITE CROSS PHARMACY; DEBLAQUIERE ENTERPRISES, INC DBA WHITE CROSS PHARMACY; DEBLAQUIERE ENTERPRISES, INC DBA WHITE CROSS PHARMACY; DEBLAQUIERE ENTERPRISES, INC

COMPLAINT - 29

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

DBA WHITE CROSS PHARMACY; DEBLIECK'S PHARMACY; DEDHAM PHARMACY & MEDICAL SUPPLY; DEEP CREEK PHARMACY; DEGROFF RX; DEL NORTE PHARMACY OF ELDORADO; DEL NORTE PHARMACY OF LAS VEGAS; DEL NORTE PHARMACY OF SANTA FE; DELAVAN EASY CARE PHARMACY; DELTA DRUGS OF PORT SULPHUR, LLC OR BROOKE LE; DELTA PHARMACY INC; DELTA PHARMACY INC.; DELTON FAMILY PHARMACY INC; DELUXE DRUG STORES LLC; DEMMY'S PHARMACY LLC; DENBIGH DRUGS, LLC; DEROSA PHARMACY AND HOME HEALTHCARE; DESERT HOSPITAL OUTPATIENT PHARMACY; DESERT LIFE PHARMACY LLC; DESERT PHARMACY; DESERT SKY PHARMACY LLC; DESOTO DRUG CO, INC. DBA MEDICINE SHOPPE 1376; DEVILLE'S LAWRENCEBURG PHARMACY; DEVILLE'S RISING SUN PHARMACY; DEWEY PHARMACY ; DEWEY PHARMACY LTC; DHARAJ BROS LLC D/B/A CARRICK PHARMACY; DIABETIC AND PRESCRIPTION CENTER DBA PRESCRIPTION CENTER; DIAMOND BRIDGE PHARMACY LLC DBA MELCON'S PHARMACY; DIAMOND PHARMACY; DICKS PHARMACY; DIGHTON PHARMACY; DILDAX CORPORATION DBA MEDIC PHARMACY; DILLON COMMUNITY PHARMACY, INC.; DILLON FAMILY PHARMACY I, INC.; DILLSBORO DRUG STORE; DILWORTH DRUGS, LLC; DILWORTH DRUGS, LLC; DIPNA RX INC; DISCOUNT EMPORIUM INC. DBA DRUG EMPORIUM #1; DISCOUNT EMPORIUM INC. DBA DRUG EMPORIUM #2; DISCOUNT EMPORIUM INC. DBA DRUG EMPORIUM #3; DIX DRUG STORE; DIXIE INDEPENDENT ENTERPRISES, LLC DBA ANDERSON PHARMACY; DIXON SNYDERS PHARMACY; DK PHARMACY; DKY ENTERPRISES INC. DBA 8TH AVENUE PHARMACY; DLG PHARMACY LLC DBA OAKES FAMILY PHARMACY; DMA ENTERPRISES LLC, DBA HICKMAN'S PHARMACY; DMS PHARMACY, LLC; DMS RX INC.; DOCTOR'S ORDERS PHARMACY #2 ; DOCTOR'S ORDERS PHARMACY #3; DOCTOR'S PHARMACY; DOCTOR'S PHARMACY; DOKIMOS PHARMACY INC. DBA DOKIMOS NEVADA CITY PHARMACY; DONATO HEALTH LLC DBA "GOLDEN ISLES PHARMACY"; DONEGAL PHARMACY; DONELL'S PHARMACY, INC; DONELL'S TRI-CITY PHARMACY; DONG SEO PHARMACY LLC; DONLON DRUG INC DBA DONLON PHARMACY; DONORA UNION PHARMACY; DORA DISCOUNT PHARMACY; DOUBLE SPRINGS PHARMACY LLC; DOUGHERTY'S HOLDINGS, INC.; DOUGHERTY'S PHARMACY FOREST PARK DALLAS, LLC; DOUGHERTY'S PHARMACY MCALESTER, LLC; DOUGLAS DISCOUNT PHARMACY, INC.; DOVER COMMUNITY PHARMACY; DOWN HOME PHARMACY; DOWNEY DRUG ALEXANDRIA LLC; DOWNING PHARMACY GROUP, INC DBA CAPE FEAR PHARMACY; DOWNS PHARMACY; DOWNSOUTH DRUGS; DOWNTOWN DRUG; DOWNTOWN DRUG LTC; DRAFFENVILLE PHARMACY ; DREIER PHARMACY & GIFT SHOPPE; DREIER PHARMACY AND GIFT SHOP ; DREXEL PHARMACY, LLC; DRILLING MORNINGSIDE PHARMACY, INC; DRIPPING SPRINGS PHARMACY; DRISCOLL PHARMACY, INC.; DRUG MART; DRUG RITE 3 PHARMACY DBA HOYT PHARMACY; DRUG WORLD OF AMENIA LLC; DRUG WORLD OF COLD SPRING LLC; DRUG WORLD OF CROTON LLC; DRUGCO EXPRESS; DRUGCO HEALTH; DRUGCO PHARMACY - AHOSKIE; DRUGCO PHARMACY - LITTLETON; DRUGCO PHARMACY - NASHVILLE; DRUGCO PHARMACY AT RHG; DS RX LLC DBA ACME PHARMACY; DSW ENTERPRISES, INC. DBA)WALTON DRUG; DTLA RX PHARMACY, APC DBA SOUTH PARK PHARMACY; DUFFETT HOLDINGS 2, LLC, DBA MINUTEMAN PHARMACY; DUFFETT HOLDINGS, LLC DBA, C & C DISCOUNT PHARMACY; DULARI CORP. ; DUNCAN'S EXPRESS PHARMACY; DUNCAN'S PHARMACY; DUNCAN'S PHARMACY OF GREENFIELD; DUNDEE PHARMACY INC; DUNNELLON DISCOUNT DRUGS; DUNNE'S PHARMACY; DUNNE'S PHARMACY - LTC; DUPONT PHARMACY, INC. C/O JAMES PERROU; DURA MED INC; DBA CORNER DRUG PHARMACY AND KINGSLAND PHARMACY; DURAN CENTRAL PHARMACY; DUVALL ENTERPRISES INC DBA ROSE DRUG OF DARDANELLE; DUVAL'S PHARMACY INC.; DUVAL'S PHARMACY INC.; DVB INC DBA MAIN STREET CHEMIST; DYNAMIC CARE PHARMACY LLC; E & S PHARMACY INC; E&F FOWLER INC. DBA HORSESHOE HEALTH & MEDICINE; EAGLE GROVE PHARMACY, INC.; EAGLE PHARMACY HIDEAWAY; EAGLE PHARMACY INC; EAGLE PHARMACY OF FARWELL, PC; EANNELLI PHARMACY ; EAST AUSTIN MEDICINE SHOP; EAST BERLIN PHARMACY NCPA ID # 336343; EAST BURKE PHARMACY; EAST COUNTY PHARMACY; EAST END EXPRESS PHARMACY, INC; EAST END PHARMACY, INC; EAST JEFFERSON MEDICAL PHARMACY; EAST KENTUCKY DRUG INC; EAST POINT PHARMACY; EAST SIDE PHARMACY ASSOCIATES, LTD. D/B/A MEDICINE SHOPPE 0605; EAST TENNESSEE DISCOUNT DRUG; EASTERN PHARMACY; EASTERN SHORE PHARMACY; EASTERN VALLEY DRUGS; EASTMAN DRUGS INC; EASTOVER DRUG, LLC; EASTRIDGE-PHELPS PHARMACY; EASTRIDGE-PHELPS PHARMACY; EASTRIDGE-PHELPS PHARMACY; EASTSIDE PHARMACY; EASTSIDE PHARMACY; EASTSIDE PHARMACY SERVICES, LLC; EASTWOOD PHARMACY; EASY CARE PHARMACY 2; ECKERDS PHARMACY 101; ECKERDS PHARMACY 102; ECKERDS PHARMACY 103; ECKERDS PHARMACY 106; ECKERDS PHARMACY 107; ECKERDS PHARMACY 108; ECONO-MED OF WALNUT RIDGE, INC.; ECONO-MED PHARMACY, INC.; ECONOMY DISCOUNT PHARMACY; ECONOMY DRUG; ECONOMY DRUG COMPANY; ECONOMY

COMPLAINT - 30

PHARMACY; ECONOMY PHARMACY EXPRESS; EDGELEY PHARMACY; EDGEMAN HEALTH LLC DBA THE MEDICINE STORE; EDGEMONT PHARMACY; EDGEWOOD PHARMACY; EDISON PHARMACY DBA LANE DRUG CO; EDS PHARMACY; EDWARD V. BEAM PHARMACY, INC.; EDWARDS DISCOUNT PHARMACY; EHARDT'S PHARMACY #1; EHARDT'S PHARMACY #2; EHARDT'S PHARMACY #6; EHARDT'S PHARMACY BROWN CITY; EHARDT'S PHARMACY CAPAC; EHARDT'S PHARMACY CASS CITY; EHARDT'S PHARMACY MARLETTE; EHARDT'S PHARMACY SANDUSKY ; EKMKK PHARMACY, LLC; EL CAMPO PROFESSIONAL PHARMACY; EL DORADO DRUG STORE; EL TORO PHARMACY; ELEMEL, DBA THE HOMETOWN PHARMACY ; ELENI INTERNATIONAL DBA NEW LONDON SPECIALTY PHARMACY ; ELGIN PHARMACY; ELGIN PHARMACY, INC; ELITE PHARMACY LLC; ELITE PHARMACY LLC; ELITE PHARMACY NEW PHILADELPHIA LLC; ELK CITY RX INC DBA GRANDVIEW PHARMACY; ELKHORN DRUG ; ELKHORN PHARMACY; ELKHORN PHARMACY; ELKTON HEALTHCARE SERVICES INC. DBA ELKTON FAMILY PHARMACY; ELLA COMMUNITY PHARMACY 1, LLC; ELLA COMMUNITY PHARMACY 2, LLC; ELLENTON DISCOUNT PHARMACY; ELLIOTT PLAZA PHARMACY; ELLISON MANAGEMENT, PLLC; DBA ELLISON FAMILY PHARMACY; ELMA PHARMACY; ELMWOOD PHARMACY 5203 LEAVWENWORTH OMAHA, NE 68106; ELSBERRY PHARMACY/MEDICINE SHOPPE 2028; ELWYN PHARMACY; ELY DRUGS OF BOWLING GREEN; ELY DRUGS, INC.; ELYSIAN ENTERPRISES INC DBA GARY DRUG CO; EMERGING RX, LLC; EMERSON APOTHECARY; EMMITSBURG PHARMACY; EMPIRE PROFESSIONAL PHARMACY; ENCINO MEDICAL PHARMACY INC; ENGLEKING RX LINCOLN PLAZA LLC, DBA ENGLEKING RX; ENGLEKING RX LLC; ENGLEKING RX MARENGO LLC, DBA ENGLEKING RX; ENGLISH PLAZA PHARMACY; EPHRAIM MARKET FRESH PHARMACY; EPHRATA PHARMACY LLC; EPIC CARE PHARMACY LLC; EPSB LLC DBA BOATWRIGHT PHARMACY ATOKA; ERIC'S RX LLC; ERIE ENTERPRISES INC DBA ERIE DRUGS; ERIE PHARMACY, LP; ERNEST KNIGHT DRUGS D/B/A MISTY'S PHARMACY; ERNIE'S PHARMACY; LONDON APOTHECARY INC; ERNIE'S PHARMACY AND WELLNESS CENTER INC.; ERXCITY CORP.; ESCO DRUG CO INC; ESTILL CLINIC PHARMACY; ETEL PHARMACY LLC; ETOWAH PHARMACY; EVA DRUGS, INC DBA QUALITY DISCOUNT DRUGS; EVANS EXPRESS PHARMACY; EVANS PHARMACY; EVERGREEN PHARMACY ; EWING PHARMACY LLC; EXCHANGE PHARMACY; EXPRESS CARE PHARMACY; EXPRESS CARE PHARMACY LLC; EXPRESS DRUGS; EXPRESS DRUGS SAVANNAH PHARMACY; EXPRESS PHARMACY, INC.; EZRX PHARMACY; F B THOMAS DRUG STORE INC; F.M. LINDER & SON, LLC; FAIRBURY PHARMACY; FAIRFIELD BAY PHARMACY; FAIRHAVEN PHARMACY INC. DBA FAIRHAVEN PHARMACY; FAIRMOUNT DRUGS, INC; FAIRMOUNT PHARMACY ; FAIRVIEW PHARMACY; FAIRWAY DRUG, INC; FAIRWAY DRUGS; FALCON PHARMACY INVESTMENTS, LLC, DBA BARR'S PHARMACY; FALLS PHARMACY, INC.; FALLS RX LLC ; FAMCARE PHARMACY; FAMILIA FARMACIA INC; FAMILY CARE SPECIALTY PHARMACY; FAMILY DRUG; FAMILY DRUG CENTER; FAMILY DRUG OF SEYMOUR; FAMILY DRUG, INC; FAMILY FIRST PHARMACY, INC. (DBA BAYBORO PHARMACY); FAMILY MEDICAL CENTER PHARMACY; FAMILY MEDICAL SERVICES PHARMACY; FAMILY MEDS INC ; FAMILY PHARMACY; FAMILY PHARMACY; FAMILY PHARMACY; FAMILY PHARMACY ; FAMILY PHARMACY HUMBOLDT; FAMILY PHARMACY LINDEN; FAMILY PHARMACY MILAN; FAMILY PHARMACY OF JACKOSN; FAMILY PHARMACY SCOTTS HILL; FAMILY PHARMACY SOUTH AIKEN; FAMILY PHARMACY, INC; FAMILY PHARMACY, INC.; FAMILY PRESCRIPTION COUNTER; FAMILY PRESCRIPTION SHOP, INC; FAMILY PRESCRIPTION SHOP, INC; FAMILY WELLNESS PHARMACY ; FAMILYCARE SPECIALTY PHARMACY; FAMILYCARE SPECIALTY PHARMACY ; FAMILYCLINICPHARMACY,LLC; FAR HILLS PHARMACY; FARMACIA MONTROSE INC DBA THREE P DRUGS; FARMACIA SUNRAY ; FARMERS HOMECARE PHARMACY; FARMERS MARKET PHARMACY; FARMERS OCONEE PHARMACY; FARMERS PRESCRIPTION SHOP; FARMERS UPTOWN PHARMACY LLC; FARMVILLE FAMILY PHARMACY; FARRELL PHARMACY GROUP DBA CENTER PHARMACY; FAWCETT'S PHARMACY; FCRX INC ; FEDERALSBURG PHARMACY LLC, D/B/A CANTNERS DRUG STORE ; FERTILITY PHARMACY OF AMERICA LP; FHP PHARMACY SERVICES; FIESTA MLK PHARMACY; FILLMORE PHARMACY LLC; FINKSBURG PHARMACY INC; FINLEY PHARMACY PLLC; FINNAN FAMILY PHARMACY LLC; FIRCREST PHARMACY LLC; FIRO PHARMACY & SURGICALS; FIRST CARE PHARMACY OCOEE; FIRST MATIONAL PARMACY; FISHBURNE PHARMACY, LLC; FISHERVILLE PHARMACY, LLC; FISHTOWN PHARMACY; FITCHBURG FAMILY PHARMACY; FITZGERALD & HULING PHARMACY; FITZGERALD'S SEAMAN PHARMACY; FIVE POINTS PHARMACY; FIVE POINTS PHARMACY LTC; FLEETWOOD PHARMACY; FLEETWOOD PHARMACY OF LAURENS; FLEETWOOD PHARMACY OF WOODRUFF; FLENER INC, DBA PHARMACY EXPRESS; FLINT FAMILY PHARMACY LLC; FLOMATON MEDICAL CENTER PHARMACY ; FLORA PHARMACY, LLC AND CITY CENTER DRUGS, LLC; FLORENCE COMMUNITY PHARMACY, INC.; FLORENCE PRESCRIPTION SERVICES; FLORIDA PHARMACY INC.; FOOD GIANT

COMPLAINT - 31

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

DISCOUNT PHARMACY; FOOD LAND PHARMACY ; FOOTHILL PHARMACY ; FORBES PHARMACY CORP DBA MEDICAP PHARMACY; FORD DRUG, INC D/B/A KINGS PHARMACY; FORENO INC DBA THE MEDICINE SHOPPE; FOREST HEIGHTS PHARMACY, INC; FOREST HILLS PHARMACY; FOREST HILLS PHARMACY INC.; FOREST PHARAMCY ; FORK UNION PHARMACY; FORREST CITY FAMILY PHARMACY, LLC; FORT LEE PHARMACY & SURGICALS INC.; FORT LEWIS PHARMACY ; FORT VALLEY DRUG COMPANY LLC DBA FIVE POINTS PHARMACY; FORT WILLIAMS PHARMACY LLC; FORWARD PHARMACY OF CAMBRIDGE; FORWARD PHARMACY OF COLUMBUS; FORWARD PHARMACY OF COTTAGE GROVE; FORWARD PHARMACY OF DEERFIELD; FORWARD PHARMACY OF MCFARLAND; FOSSTON PHARMACY & GIFTS, INC. / DBA: NORD'S PHARMACY & GIFTS; FOSTER CORNER DRUG INC; FOSTER'S PHARMACY INC.; FOUCH & SON PHARMACY; FOUNTAIN INN RX LLC; FOUNTAIN LAKE FAMILY PHARMACY; FOUR B CORP. DBA HEN HOUSE; FOUR B CORP. DBA PRICE CHOPPER #12; FOUR CORNERS PHARMACY LLC; FOUR SEASONS PHARMACY, INC.; FOUR STATES PHARMACY; FOWLER'S PHARMACY NO1, INC.; FOX DRUG OF TORRANCE INCORPORATED; FOX DRUG STORE; FOX DRUG STORE; FOX DRUG STORE; FOX DRUG STORE INC.; FOX DRUG, INC.; FRANK & FRAN DRUGS, INC; FRANKLIN PHARMACY; FREDERICK PHARMACY; FREDS PHARMACY LLC DBA FREDS GRANSVILLE PHARMACY ; FREDS SUPERMARKET AND PHARMACY OF THREE RIVERS; FRED'S SUPER-PHARMACY INC.; FREEBURG COUNTRY MART; FREEBURG PHARMACY; FREEDOM APOTHECARY TOO INC.; FREEDOM PHARMACY; FREIDERICA PHARMACY; FRENCHTOWN DRUG STORE, INC DBA FRENCHTOWN PHARMACY3109192; FRICKS PHARMACY LLC; FRIDAY HARBOR DRUG; FRIENDLY PHARMACY; FRIENDLY PHARMACY, INC.; FRIENDSHIP PHARMACY INC.; FRIENDSHIP PHARMACY LLC; FRIENDSHIP PHARMACY LTC; FRISCO CITY PHARMACY ; FRONT RANGE PHARMACY; FRONTIER FAMILY PHARMACY; FRONTIER FAMILY PHARMACY; FRONTIER PHARMACY LLC; FULGHUM DRUGS; FULLERTON PHARMACY ; FUTRELL PHARMACY, INC; FYFFE PHARMACY LLC; G & R HEALTHMART PHARMACY ; G & R HEALTHMART PHARMACY #2; G MED II, LLC DBA NORTH GULFPORT DISCOUNT DRUGS; G&M OF OXFORD, INC; G&M OF OXFORD, INC; G.S.P. LONGTERM CARE INC.; GAC, INC. LLC DBA VIARX PHARMACY; GADE LLC DBA CARE PHARMACY; GADSDEN PHARMACY LLC; GAHM'S PHARMACY INC ; GAHM'S PHARMACY II, INC.; GAIL'S PHARMACY; GAINESVILLE PLAZA PHARMACY, INC; GALESVILLE PHARMACY; GALETON DRUG; GALLOWAY SANDS, LLC D.B.A. GALLOWAY-SANDS PHARMACY #2 ; GALLOWAY SANDS, LLC DBA GALLOWAY-SANDS PHARMACY #1; GAMMARIELLO RX INC DBA KATSAROS PHARMACY; GARDENDALE HEALTH MART PHARMACY LLC, DBA MILLS PHARMACY AT GARDENDALE; GARDENVILLE PHARMACY; GARDI DRUG COMPANY, LLC; GARFIELD LOWCOST PHARMACY LLC; GARNER FAMILY PHARMACY; GARNER FAMILY PHARMACY, KURI ENTERPRISE LLC; GARRETT DRUG COMPANY; GARY & LEO'S INC. DBA GARY & LEO'S PHARMACY; GARZA PHARMACY RX, LLC DBA THE MEDICINE SHOPPE PHARMACY ; GASTON FAMILY PHARMACY; GASTON PHARMACY LLC ; GATEWAY PHARMACY; GATEWAY PHARMACY; GATEWAY PHARMACY; GATEWAY PHARMACY GROUP; GATEWAY PHARMACY MANDAN; GATEWAY PHARMACY NORTH; GATEWAY PHARMACY OF CLARE, INC; GATEWAY PHARMACY OF PHOENIXVILLE INC; GATEWAY PHARMACY SOUTH; GATLIN FAMILY PHARMACY, LLC; GATRELL 6 ENTERPRISES LLC DBA WEIGANTS; GATUS ENTERPRISE, PLLC; GATUS PHARMA, LLC, THE MEDICINE SHOPPE OF APOPKA; GAUGHN'S DRUG STORE INC; GCC PHARMACY CORP (DBA BRONX EDEN PHARMACY); GDN PHARMACY DBA JAY'S PHARMACY; GEM PHARMACY; GENE A RILEY & THOMAS C RILEY PTRS DBA LEBANON SHOPS PHARMACY; GENE KIM DBA: SAN JACINTO PHARMACY; GENERAL APOTHECARIES, INC DBA ENGLEWOOD PHARMACY; GENTRY DRUGS; GEORGE'S FAMILY PHARMACY, INC.; GEORGE'S FAMILY PHARMACY, INC.; GEORGE'S FAMILY PHARMACY, INC.; GEORGE'S FAMILY PHARMACY, INC.; GEORGE'S FAMILY PHARMACY, INC.; GEORGE'S FAMILY PHARMACY, INC.; GEORGE'S FAMILY PHARMACY, INC.; GEORGE'S PHARMACY EAST SIDE, LLC; GEORGETOWN DRUG COMPANY LLC; GERDES PHARMACY, INC.; GERICARE LTC; GERMANTOWN PHARMACY LLC ; GIANT DISCOUNT PHARMACY; GIBBS PHARMACY; GIBSON DISCOUNT PHARMACY; GIBSON PHARMACY; GIBSON PHARMACY, LLC; GIBSON SALES LP DBA DRUG EMPORIUM ; GIBSON SALES LP DBA DRUG EMPORIUM #210; GIBSON SALES LP DBA DRUG EMPORIUM #220; GIBSON SALES LP DBA DRUG EMPORIUM #230; GIBSON SALES LP DBA DRUG EMPORIUM #240; GIBSON SALES LP DBA DRUG EMPORIUM #251; GIBSON SALES LP DBA DRUG EMPORIUM #262; GIBSON SALES LP DBA DRUG EMPORIUM #273; GIBSON SALES LP DBA DRUG EMPORIUM #284; GIBSONPHARMACY SERVICES LLC; GIBSONVILLE PHARMACY; GILCHRIST PHARMACY #2; GILCHRIST PHARMACY, INC.; GIUFFRIA INC DBA CHATEAU DRUGS; GKN RX INC; GLACIER PHARMACY LLC; GLADBROOK FAMILY PHARMACY; GLADE PHARMACY, LLC; GLEN ULLIN PHARMACY; GLENDALE PHARMACY ; GLENN'S CORNER PHARMACY, LLC; GLENNS PHARMACY ;

COMPLAINT - 32

GLENPOOL PHARMACY INC DBA MEDICAP PHARMACY ; GLENVIEW PROFESSIONAL PHARMACY; GLOBE PHARMACY ; GLS PHARMACY LLC; GMAP D/B/A ALLEGHANY FAMILY PHARMACY; GMAP D/B/A UNION PHARMACY; GNH INC DBA NEW HOPE FAMILY PHARMACY; GOLCONDA PHARMACY; GOLDEN COVE PHARMACY; GOLDEN GATE PHARMACY; GOLDEN PHARMACY; GOLDEN PLAINS PHARMACY SERVICES, LLC; GOOCHLAND PHARMACY; GOOD BROTHERS PHARMACY ; GOOD DAY PHARMACY #1; GOOD DAY PHARMACY #10; GOOD DAY PHARMACY #12; GOOD DAY PHARMACY #14; GOOD DAY PHARMACY #15; GOOD DAY PHARMACY #2; GOOD DAY PHARMACY #3; GOOD DAY PHARMACY #7; GOOD DAY PHARMACY #8; GOOD HOMES PHARMACY LLC; GOOD HOPE PHARMACY; GOOD LIFE DISCOUNT PHARMACY; GOOD LIFE PHARMACY - ALBION; GOOD LIFE PHARMACY - LOUP CITY; GOOD MEDICINE, LLC DBA LYMAN PHARMACY; GOODING PHARMACY; GOODMAN DRUG COMPANY PLLC; GOODRICH PHARMACY ANDOVER; GOODRICH PHARMACY ANOKA; GOODRICH PHARMACY BLAINE; GOODRICH PHARMACY ELK RIVER; GOODRICH PHARMACY LTC; GOODRICH ST FRANCIS; GORDON'S DRUG STORE; GORDON'S PHARMACY AND GIFTS, LLC; GORE GREEN COUNTRY DRUG, INC.; GOSNEY PHARMACY; GRAEBER'S PHARMACY INC; GRANBY PHARMACY INC. DBA CENTER PHARMACY; GRANBY PHARMACY INC. DBA CENTER PHARMACY; GRAND CARE PHARMACY; GRAND CARE PHARMACY INC; GRAND HEALTH PHARMACY INC; GRAND PHARMACY; GRAND PHARMACY RALLS COUNTY; GRAND POINTE PHARMACY, LLC; GRANDVIEW PHARMACY SERVICES, LLC DBA ALBERS MEDICAL PHARMACY; GRANGER PHARMACY; GRANITE DRUGS LLC DBA PHARM-A-SAVE GRANITE FALLS; GRANITE PHARMACY FRENCHTOWN; GRANITE PHARMACY HEALTH SOLUTIONS; GRANITE PHARMACY LLC; GRANITE PHARMACY MISSOULA; GRANITE PHARMACYLIBBY; GRAPEVINE DRUG RX; GRASSY SPRAIN PHARMACY INC.; GRAT RIVER PHARMACY ; GREAT RIVER PHARMACY LLC; GREATER CARE PHARMACY; GREEN CROSS PHARMACY; GREENBRIER MEDICAL ARTS PHARMACY, INC; GREENBRIER MEDICAL ARTS PHARMACY, INC ; GREENBRIER MEDICAL ARTS PHARMACY, INC ; GREENE COUNTY DRUG STORE. LLC; GREENE PHARMACY; GREENEVIEW PHARMACY LLC DBA IHS PHARMACY-JAMESTOWN; GREENFIELD PHARMACY; GREENSBURG MED INC DBA PRECISION CARE PHARMACY ; GREENVILLE DRUG STORE INC; GREENVILLE PHARMACY; GREENWAY PHARMACY; GREENWOOD DRUG, INC; GREENWOOD DRUGS; GREGWIRE DRUG STORE; GRETNA DRUG COMPANY INC; GREY & TEAL, LLC DBA ROCKY POINT PAVILION PHARMACY; GREYSTONE VILLAGE PHARMACY; GRIFFITH & FEIL DRUG, INC.; GRIFFITH FAMILY PHARMACY; GRIFFITH FAMILY PHARMACY OF MORGAN COUNTY; GRIFFITH FAMILY PHARMACY ROCKWOOD; GRIPKA PHARMACY, LLC (DBA: THE MEDICINE STORE); GRI-SAN, INC DBA SUNSHINE DRUGS OF OCALA; GROVE PHARMACY; GRUBB'S PHARMACY OF DC INC.; GRUBB'S PHARMACY SE, INC.; G-THRIFT CORP DBA GUNNISON PHARMACY; GTTBPHARMACY,LLC; GUARDIAN ANGEL PHARMACY; GUIDEPOINT PHARMACY #101; GUIDEPOINT PHARMACY #102; GUIDEPOINT PHARMACY #103; GUIDEPOINT PHARMACY #106; GUIDEPOINT PHARMACY #107; GUIDEPOINT PHARMACY #109; GUIDEPOINT PHARMACY #111; GUIDEPOINT PHARMACY #113; GUIDEPOINT PHARMACY #115; GUIDEPOINT PHARMACY#112LTC; GULF SHORES FAMILY PHARMACY; GUN BARREL CITY PHARMACY; GUN LAKE PHARMACY; GUNN DRUG COMPANY; GUNNISON FAMILY PHARMACY; GURDON PHARMACY LLC; GUS' PHARMACY, LLC D/B/A KENNEDY PHARMACY; GUYMON CLINIC PHARMACY, LLC DBA CLINIC PHARMACY; GUY'S PHARMACY OF SUMMIT; GUY'S FAMILY PHARMACY, INC.; GUY'S PHARMACY OF BROOKHAVEN; GUY'S PHARMACY OF CRYSTAL SPRINGS; GUY'S PHARMACY OF HAZLEHURST; GUY'S PHARMACY OF TYLERTOWN; GWIDT PHARMACY INC; GWIDT PHARMACY INC DBA OCONTO FALLS PHARMACY; GWIDT PHARMACY INC, DBA OCONTO FALLS PHARMACY; GWIDT PHARMCY INC, DBA GWIDT PHARMACY; GWINNETT DRUGS; H & H PHARMACY INC; H & H PHARMACY INC DBA DR. IKE'S PHARMACY; H & H PHARMACY OAK HALL; H&R PHARMACY , INC; HABERLE'S GRAND CENTRAL PHARMACY #26 DBA APPLE MARKET PHARMACY #26; HACKETTS DISCOUNT DRUGS ; HAGERMAN PHARMACY; HAHNEMANN APOTHECARY INC,; HAKIM HEALTHCARE CORPORATION DBA SEIFERT DRUG 1560425; HALE CENTER CLINICAL PHARMACY LLC; HALLER'S PHARMACY AND MEDICAL SUPPLY; HALL'S CAREMART PHARMACY AND HALL'S ALEDO MEDICINE STORE PHARMACY; HALSEY DRUG; HAMILTON COUNTY DRUG; HAMILTON DISCOUNT PHARMACY; HAMPTON LIGGETT DRUGS (MARK HERTZ); HAMPTON MEDICAL PHARMACY; HAMPTON PHARMACY; HANA GRAND PHARMACY,INC; HANA HEALTHMART,CORP; HANA PHARMACY,INC; HANAI, INC DBA: HEARTLAND PHARMACY III; HANCOCK PHARMACY INC DBA WALDEN DRUG; HANEY'S DRUG CORNER; HANSABA LLC DBA SACHSE DISCOUNT PHARMACY; HANSON PHARMACY AND WELLNESS CENTER; HAPPY DRUGGIST-KRD; HAPPY DRUGGIST-WJD; HAPPY DRUGGISY-MD; HAPPY MED INC. DBA SIERRA PHARMACY; HARDIN COUNTY PHARMACY LLC; HARDING ROAD PHARMACY; HARI KRISHNA PHARMACY INC. DBA HEMET CARE PHARMACY;

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

HARLEYVILLE DRUG, LLC; HARMON'S DRUG STORE, INC; HARMON'S DRUG STORE, INC; HARMON'S DRUG STORE, INC; HARMONS PHARMACY #01; HARMONS PHARMACY #02; HARMONS PHARMACY #07; HARMONS PHARMACY #14; HARMONS PHARMACY #16; HARMONS PHARMACY #18; HARMONS PHARMACY #21; HARMONS PHARMACY #24; HARMONS PHARMACY #33; HARMONS PHARMACY #46; HARMONS PHARMACY #48; HARMONS PHARMACY #61; HARMONS PHARMACY #65; HARMONS PHARMACY #73; HARMONS PHARMACY #82; HARMONS PHARMACY #86; HARMONS PHARMACY #87; HARMONS PHARMACY #88; HARMONS PHARMACY #91; HARMONY; HARMONY DME LLC/ ELGIN MEDICINE SHOP ; HARPELL CHEMISTS INC.; HARRIS PHARMACY; HARRIS PHARMACY ; HARRISBURG CLINIC PHARMACY; HARRISON FAMILY PHARMACY, PC; HARRY RACE PHARMACY; HARRY'S PHARMACY INC; HART PHARMACY INC; HARTFORD PHARMACY LLC; HARTSDALE PHARMACY JOSEPH ARCHINA; HARTSVILLE PHARMACY ; HARTZELLS PHARMACY INC; HARVEST DRUG & GIFT; HARVEY DRUG ABILENE LLC (DBA HARVEY DRUG) ; HARVEY DRUG LLC (DBA HARVEY DRUG) ; HAWA PHARMACY ; HAWKINS RX, LLC; HAWKINSVILLE DRUG COMPANY ; HAYDEL'S DRUG STORE #2; HAYDEL'S DRUG STORE INC; HAYDEN PHARMACY; HAYDENS PHARMACY #3; HAYDENS PHARMACY #4; HAZELTON PHARMACY; HAZLET PHARMACY INC; HB DRUGS INC DBA HB PHARMACY; HBD RX INC; HC GOOD NEIGHBOR PHARMACY; HCA PHARMACY & MEDICAL EQUIPMENT; HEADLAND PHARMACY LLC; HEALING PHARMACY; HEALING WONDERS LLC DBA JOE PHARMACY; HEALTH AID UNLIMITED DBA MEDICINE SHOPPE; HEALTH AND WELLNESS PHARMACY LLC ; HEALTH CARE PIONEERS DBA: VIVARX; HEALTH CARE PROVIDERS, INC; HEALTH CLINIC PHARMACY LLC ; HEALTH DELIVERY PHARMACY; HEALTH FIRST PHARMACY; HEALTH ON SOUTH RX; HEALTH PARK PHARMACY, LLC; HEALTH PARK PHARMACY, LLC; HEALTH PLUS PHARMACY; HEALTH PLUS PHARMACY CORP; HEALTH RITE PHARMACY ; HEALTHCARE MEDICAL SUPPLIES INC DBA EZCARE PHARMACY ; HEALTHFIRST PHARMACY OF WAKE FOREST LLC; HEALTHMAX CORPORATION; HEALTHPLUS PHARMACY ; HEALTHPLUS PHARMACY OF BRIGHTON ; HEALTHPLUS PHARMACY OF HOWELL INC; HEALTHRIDGE PHARMACY; HEALTHRIDGE PHARMACY; HEALTHSMART PHARMACY; HEALTHSMART PHARMACY OF CLAYTON, LLC; HEALTHSMART VIEWMONT PHARMACY; HEALTHSOURCE PHARMACY II INC; HEALTHSOURCE PHARMACY III B INC.; HEALTHSOURCE PHARMACY, INC.; HEALTHVILLE PHARMACY LLC; HEARTHSMART PHARMACY CLAREMONT,NC 28610; HEARTLAND DISCOUNT PHARMACY LLC; HEARTLAND FAMILY PHARMACY; HEARTLAND PHARMACY; HEARTLAND PHARMACY 2, LLC.; HEARTLAND PHARMACY ARKADELPHIA; HEARTLAND PHARMACY BENTONVILLE; HEARTLAND PHARMACY CABOT; HEARTLAND PHARMACY CONWAY; HEARTLAND PHARMACY FAYETTEVILLE ; HEARTLAND PHARMACY GENTRY; HEARTLAND PHARMACY LAKE PLACID, INC; HEARTLAND PHARMACY MANSFIELD; HEARTLAND PHARMACY MARKHAM; HEARTLAND PHARMACY MOUNTAIN HOME,; HEARTLAND PHARMACY ROGERS; HEARTLAND PHARMACY SPRINGDALE; HEARTLAND PHARMACY, LLC & HEARTLAND PHARMACY 2, LLC.; HEBERT REXALL PHARMACY; HEBERT REXALL PHARMACY LTC; HEDGES PRESCRIPTION SHOP OF SARASOTA INC DBA HEDGES HEALTHMART PHARMACY; HELALOZY INC, DBA THE HOMETOWN PHARMACY; HELIE, INC. D/B/A NORTHERN BEDFORD PHARMACY; HELLS CANYON HEALTH AND WELLNESS PHARMACY, LLC 1309221; HEN HOUSE; HEN HOUSE; HEN HOUSE; HEN HOUSE ; HENDERSON FAMILY PHARMACY; HENDERSON'S DRUG STORE, LLC; HENDRICKS PHARMACY; HENRY PHARMACIST GROUP; HENRY ROBERTS EXPRESS PHARMACY; HENRYETTA DRUG, LLC; HENRYS PHARMACY LLC; HEPPS PRESCRIPTION PHARMACY; HERBERTS PHARMACY; HERBS UNITED DRUGS, INC DBA THE PHARMACY DEPOT; HERBST APOTHECARY INC; HERBST PHARMACY; HERBST PHARMACY; HERBST PHARMACY; HERCHE BLOOR PHARMACY; HEREFORD PHARMACY; HEREFORD PHARMACY INC.; HEREFORD PHARMACY LTC; HERITAGE CHEMISTS INC; HERITAGE PHARMACY; HERITAGE PHARMACY; HERITAGE PHARMACY EAST; HERITAGE PHARMACY GATEWAY MALL INC; HERITAGE PHARMACY MAIN; HERITAGE SQUARE PHARMACY; HERNDON PHARMACY ; HEROD DRUG, LLC; HERRON PHARMACY LLC DBA SUMPTER PHARMACY; HHP LLC DBA HARTLEY HOMETOWN PHARMACY ; HIBBS PHARMACY; HICKSVILLE PHARMACY & HOME MEDICAL, INC; HIDENWOOD PHARMACY, INC; HIGDON HEALTHMART; HIGGANUM PHARMACY LLC DBA NUTMEG PHARMACY ; HIGHLAND DRUG INC.; HIGHLAND PHARMACY; HIGHLAND PHARMACY LLC; HIGHLAND PHARMACY LTC; HILAND PHARMACY INC ; HILAND'S THIRTEEN INC. DBA THE PHARMACY ON HILAND; HILGERS FAMILY PHARMACY; HILL CITY PHARMACY INC; HILL CITY PHARMACY INC ; HILL PHARMACEUTICALS LLC DBA GLENN'S APOTHECARY; HILL PHARMACEUTICALS LLC DBA GLENN'S APOTHECARY AND GLENN'S PRESCRIPTION CENTER; HILLCREST PHARMACY; HILLCREST PHARMACY & COMPOUNDING OF LANCASTER; HILL'S DRUG STORE, INC.; HILL'S DRUG STORE, INC.; HILL'S DRUG STORES, INC.;

COMPLAINT - 34

HILLSBOROUGH PHARMACY & NUTRITION; HILLTOP MARKET PHARMACY; HILS, LLC (DBA HILS PHARMACY); HILS, LLC (DBA HILS PHARMACY); HIMRAJ BROS LLC D/B/A THE MEDICINE SHOPPE; HINA'S HOMECARE PHARMACY; HINA'S PHARMACY; HINESVILLE PHARMACY; HINGHAM CENTRE PHARMACY; HINKLE PHARMACY; HINSDALE PHARMACY ASSOCIATES, INC; DBA ELM PLAZA PHARMACY; HINTON PHARMACY; HIOTT'S PHARMACY; HITCHCOCK RX INC - JACK'S DISCOUNT PHARMACY; HIXSON PHARMACY ; HK GALLERIA PHARMACY INC,; HKC RX LLC; HMT PHARM DBA BROWNINGS PHARMACY; HMV LLC SBA PRIME RX PHARMACY ; HOBBS NURSING HOME PHARMACY; HOBBS PHARMACY; HODGEMAN COUNTY PHARMACY, LLC; HODGES FAMILY PHARMACY LLC; HODGINS DRUG STORE INC; HOGAN'S PHARMACY, INC. ; HO-HO-KUS PHARMACY; HOLDER SOUTHERN DRUG CO DBA HOLDER DRUG; HOLLAND CENTER RX LLC; HOLLEY PHARMACY, INC. DBA HOLLEY PHARMACY; HOLLIDAYSBURG PHARMACY LLC; HOLLY PARK PHARMACY ; HOLLY PHARMACY; HOLLY PHARMACY ; HOLLY SPRINGS PHARMACY; HOLLY STREET DRUGS, LLC; HOLMES PHARMACY AT SAWMILL ; HOLMES PHARMACY INC. DBA HOLMES PHARMACY AT HAMILTON ; HOLMESBURG PHARMACY ; HOME HEALTH SOLUTIONS DBA MEDICAL PARK PHARMACY; HOME TOWN DRUG STORES INC. DBA PEOPLES DRUG; HOME TOWN PHARMACY; HOMESTEAD PHARMACY; HOMETOWN DRUG; HOMETOWN DRUG COMPANY; HOMETOWN DRUGS OF COTTAGE GROVE INC. DBA/MCCOYS PHARMACY; HOMETOWN DRUGS OF PRINEVILLE DBA CLINIC PHARMACY; HOMETOWN DRUGS OF ROSEBURG DBA HOMETOWN DRUGS ; HOMETOWN DRUGS OF SUTHERLIN DBA SUTHERLIN DRUG; HOMETOWN DRUGS OF SWEET HOME DBA ECONOMY DRUGS; HOMETOWN MARKET & PHARMACY; HOMETOWN MARKET & PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY; HOMETOWN PHARMACY ; HOMETOWN PHARMACY EXPRESS; HOMETOWN PHARMACY GAINESVILLE; HOMETOWN PHARMACY LLC; HOMETOWN PHARMACY WHITESBORO; HOMETOWN PHARMACY, LLC; HOMETOWN VILLAGE PHARMACY LLC; HOMETOWNPHARMACY OF JACKSON; HONEOYE FALLS PHARMACY; HOOD PHARMACY LLC; HOPE PHARMACY, LLC; HOPKINS DRUGS; HOSE PHARMACIES, INC. DBA SHARPSBURG PHARMACY; HOSKINS DRUG STORE NO. 2 INC; HOSPITAL DISCOUNT DRUGS; HOSPITAL DISCOUNT-WEST; HOSPITAL DRIVE PHARMACY INC; HOWARD BEACH APOTHECARY INC.; HOWARD PHARMACY LLC DBA MIDTOWN PHARMACY; HOWARDS PHARMACY LLC; HOWELL & HEGGIE DRUG COMPANY; HRX LTD DBA MEDICAP PHARMACY; HTRX, LLC; HUBBARD PHARMACY; HUBBELL PHARMACY LLC DBA BROOKLYN PHARMACY; HUDACKO'S PHARMACY INC.; HUDSON DRUG SHOP; HUDSON PHARMACY & SURGICAL ; HUDSON PHARMACY, INC.; HUGHES PHARMACY SERVICES, INC.; HUGO EXPRESS PHARMACY, LLC; HULIN PHARMACY INC DBA DOCTORS PARK PHARMACY; HUMBLE RX LLC DBA PORTER PHARMACY; HUNT DRUG LTC; HUNT SILVER LAKE DRUG INC; HUNTERS INC DBA CORNER DRUG AND DBA VICTOR DRUG; HURLEY DRUG COMPANY INC; HURON MARKET PHARMACY LLC; HURRICANE FAMILY PHARMACY; HUX ENTERPRISES LLC, DBA PICKERINGTON PHARMACY; HV HEALTHCARE INC. DBA VO PHARMACY ; HYDE DRUG STORE; HYDE DRUG STORE; HYDE PHARAMCY INC; HYGEIA HOLDINGS LLC DBA THE MEDICINE SHOPPE #1850; HYLAND'S PHARMACY, LLC-SHAMROCK; HYLAND'S PHARMACY, LLC-WHEELER; ICARERX, INC DBA GAMMELS CLINIC PHARMACY; ICPM, LLC DBA CHANDLER DRUGS ; IDABEL EXPRESS PHARMACY, LLC; IDER DISCOUNT DRUGS, INC. ; IHS PHARMACY & GIFTS; IJJ GROUP INC DBA PALMDALE MEDICAL PHARMACY; ILLINI CLINIC PHARMACY; ILLINI CLINIC PHARMACY, INC; IMPERIAL PHARMACY; IN FOCUS PHARMACY; IN THE WOODS APOTHECARY INC DBA: SIREN PHARMACY; INDEPENDENT PHARMACIST RELIEF SERVICES DBA RITZVILLE DRUG COMPANY; INDIAN RIVER PHARMACY, INC; INDIANA EXCEPTIONAL MEDICAL CARE, LLC; INDIO MEDICAL PHARMACY; INDISPENSABLE HEALTH, LLC DBA GRASS LAKE COMMUNITY PHARMACY; INFINITY DRUGS LLC; INFINITY PHARMACY; INLAND PHARMACY; INOLA DRUG, INC.; INSPIRE PHARMACY INC; INTERLINK DRUGS; INTRON LLC, DBA ST. LOUIS HILLS PHARMACY; INTUNE SOLUTIONS CORPORATION (DBA THE MEDICINE SHOPPE); INWOOD PHARMA INC D/B/A INWOOD PHARMACY; IOLA PHARMACY CLINIC; IOLA PHARMACY, INC.; IONE PHARMACY ; IPLAZA PHARMACY,INC DBA PLAZA PHARMACY; IRON BRIDGE APOTHECARY; IRON COUNTY DRUG STORE; IRONCITY PHARMACY; IRONCITY PHARMACY LTC; IRVINE HEALTH CARE PHARMACY; IRVINE PHARMACY; IRVING PHARMACY; ISABEL'S PHARMACY INC.; ISLAND PHARMACY INC; ISLAND PRESCRIPTION CENTER; ITALY FAMILY PHARMACY INC ; IVERSON CORNER DRUG LTC; IVERSON CORNER DRUG, INC; IVYLEA PHARMACY,INC.; IVYWILD PHARMACY ; J & B PHARMACARE LLC DBA LINO'S PHARMACY #2; J & J 26 MGT LLC D/B/A YAFIT PHARMACY; J & J PHARMACY INC DBA MILLER PHARMACY; J & R PHARMACY INC; J D BROWN & CO; J RUTOWSKI & SONS INC DBA SINCLAIR

COMPLAINT - 35

PHARMACY; J RUTOWSKI INC DBA TILE PHARMACY; J RUTOWSKI OF ELMA INC DBA CY'S ELMA PHARMACY; J RUTOWSKI OF WANAKAH INC DBA WANAKAH PHARMACY; J&H PHARMACY; J&J PHARMACY; J&J PHARMACY&GIFTS; J&M DRUG @ CREST EDMOND; J&M DRUG @ CREST NORMAN; J&M DRUG @ HOMELAND; J&M PHARMACY AND COMPOUNDING CENTER LLC; JABO'S PHARMACY, INC.; JAC STORES INC / DAVID FALK; JACK'S MARKET PHARMACY; JACKSON APOTHECARY, LLC; JACKSON DRUGS, INC; JACKSON DRUGS, LLC; JACKSON HEIGHTS DRUGS; JACKSON HEIGHTS PHARMACY; JACKSON PHARMACY, INC; JACKSON VILLAGE PHARMACY LLC DBA HACKENSACK MERIDIAN VILLAGE PHARMACY; JACOBS FAMILY PHARMACY; JAE IL PHARMACY INC. D/B/A CORNER PHARMACY; JAMES PHARMACY; JAMESTOWN PHARMACY; JAMESTOWN VALUE-RITE PHARMACY; JAMMAL PHARMS INC DBA MEDICAP PHARMACY #8342; JANEO, LLC DBA ELEMENTS PHARMACY; JARED BROWN INC DBA SALEM PHARMACY; JARRETTSVILLE PHARMACY, INC; JASPER DRUG STORE; JASPER DRUG STORE; JASPER DRUG STORE AT FOOTHILLS; JASTARBUCK, LLC D/B/A CARERX SPECIALTY PHARMACY; JAX PHARMACY; JAX PHARMACY; JAY VIDHI PHARMACY LLC. D/B/A SUNLIGHT PHARMACY; JAYHAWK PHARMACY; JAYHAWK PHARMACY @ MISSION WOODS INC. ; JAYHAWK PHARMACY WEST; JAY'S PHARMACY; JB PHARMACY; JBM ENTERPRISES, LLC DBA YORKVILLE PHARMACY; JBRXLLC DBA LYTLE PHARMACY; JBY INC. D.B.A. STAR DRUGS PHARMACY; JC PHARMACY LLC DBA KOLLHOFF PHARMACY; JCH PHARMACY HOLDINGS, INC.; PUCCI'S PHARMACY ; JCH PHARMACY LA, INC.; JCL PHARMACY INC DBA FRANKS PHARMACY; JEBA INVESTMENTS GROUP; JEFF CITY PHARMACIST GROUP; JEFF DALTON, INC.; JEFF'S PHARMACY, INC. DBA STEVE'S PHARMACY; JEFFERSON DRUGS; JEFFERSON PHARMACY; JEFFERSON VALLEY PHARMACY; JEFFREY A. ANDERSON DBA ANDERSON DRUGS; JEFFREY ANDERSON DBA ANDERSON DRUGS LTC; JERRY MCWILLIAMS PHARMACY INC. (DBA MCWILLIAMS PHARMACY); JERSEY SHORE PHARMACY; JETS PHARMACY LLC; JGS PHARMACIES, INC. DBA DOLLAR DRUG; JILL PHARMACY CORP DBA ROCK RIDGE PHARMACY; JILL'S GENUINE CARE PHARMACY LLC; JIM CASH PHARMACY, LLC; JIM'S COMMUNITY PHARMACY; JIM'S PHARMACY, LLC; JJ BEANS AT HOWARDS LLC; JJ BEANS AT MOONEYS LLC; JJ BEANS AT P&S LLC; JJ BEANS LLC; JJJ SMITH INC DBA SMITH FAMILY PHARMACY ; JLM PHARMACY INC DBA HOME CARE PHARMACY; JLSCO DBA LEE'S MARKETPLACE NORTH OGDEN PHARMACY; JMES DRUG STORE, LLC; JMK RX & WELLNESS, INC DBA MIDVIEW DRUG; JOBATH ENTERPRISES, INC D/B/A HAYSI DRUG CENTER; JOCOTHS ENTERPRISES, INC D/B/A FAMILY DRUG VANSANT; JOES PHARMACY EXPRESS; JOHN D KEEGAN DBA HEIGHTS TERRACE PHARMACY; JOHN PHILIP STOLL, R.PH./CLARKTON DRUG; JOHN'S PHARMACY; JOHN'S PHARMACY ALTENBURG; JOHN'S PHARMACY CHARLESTON; JOHN'S PHARMACY GIDEON; JOHN'S PHARMACY POPLAR BLUFF; JOHN'S PHARMACY PUXICO; JOHN'S RX; JOHNSON'S PHARMACY ; JOHNSONS PHARMACY OF HAZLETON; JOHNSTON COUNTY PHARMACIES, INC DBA REALO DISCOUNT DRUG - FOUR OAKS; JOLIET PROFESSIONAL PHARMACY, CORP.; JONES & COUNTS PHARMACY; JONES & JOSLIN, PLLC; JONES DRUG LLC; JONES DRUG STORE; JONES DRUG STORE; JONES DRUGS 001; JONES DRUGS 002; JONES DRUGS 005; JONES DRUGS 006; JONES PRESCRIPTION SHOP, INC.; JONESTOWN PHARMACY; JONICO INC DBA BERLIN PHARMACY ; JONICO INC DBA YOUGH VALLEY PHARMACY; JONK, LLC DBA YORK & CO. PHARMACY; JOPPA ROAD PHARMACY; JORDAN DRUG, INC.; JOSEPH REINA PHARMACY, INC D/B/A J RX PHARMACY; JOULE PHARMACY GROUP, INC.; JP&F INC. DBA PRICE PHARMACY; JPM PHARMACIES, LLC; JRRX LLC DBA MEDICAP PHARMACY; JSK RX LLC DBA VALRICO PHARMACY; JSW, LLC DBA GREELEY COUNTY DRUG ; JULIE PHARMACY ; JUSTIN FAMILY PHARMACY; JW2, LLC DBA: DESERT CANYON PHARMACY; K & J RX INC; K & J RX INC; K & K PHARMACY; K&P PHARMACY, LLC DBA HOSPITAL DISCOUNT PHARMACY-CENTRAL; K&S PHARMACIES OF SOUTHERN ILLINOIS LTD, DBA MOODY HEALTH MART PHARMACY; KABS PHARMACY; KABS PHARMACY; KABS PHARMACY; KABS PHARMACY; KABS PHARMACY; KAHLER PHARMACY ; KALORAMA PHARMACY; KANAB UNITED DRUG; KANAN PHARMACY AND MEDICAL SUPPLIES; KANSAS PHARMACY; KAPLERS PHARMACY; KARE DRUG #4; KARE, INC; KAREMORE PHARMACY; KARWASKI PHARMACY INC. DBA THE MEDICINE SHOPPE; KASH AND KARRY PHARMACY LLC; KASHAT PHARMACY; KASP LLC/DBA NORTHGATE FAMILY PHARMACY & MED. EQUIP; KATY DRUG PARTNERSHIP, DBA KATY MEDICAL COMPLEX PHARMACY; KATZER PHARMACY INC; KAUP PHARMACY, INC.; KAVANAUGHRX; KB PHARMACY, LLC; KDJ HEALTHCARE INC DBA 986 PHARMACY #8010; KEAVENY DRUG INC; KEESEVILLE PHARMACY, INC; KELLER APOTHECARY; KELLEY R. JOHNSON, LLC DBA/ PRESCRIPTION SHOPPE OF GEORGETOWN; KELLEY-ROSS & ASSOC., INC. ; KELLEY-ROSS CAPITOL HILL PHARMACY; KELLEY-ROSS LONG TERM CARE PHARMACY; KELLY PHARMACY, INC; KEMP FAMILY PHARMACY; KEN'S THRIFTY WAY PHARMACY & HOME MEDICAL INC; KEN'S THRIFTY WAY PHARMACY AND HOME MEDICAL INC;

COMPLAINT - 36

KENANSVILLE PHARMACY; KENNIES PHARMACY LITTLESTOWN; KENNIES PHARMACY SPRING GROVE; KENNIES PHARMACY TANEYTOWN; KEN'S SUNFLOWER PHARMACY; KENT PHARMACY; KENTCO LLC; KENTON DRUG COMPANY; KENTROY LLC; KENTS FOODS JER KEN INC; KESSLER PHARMACY SERVICES, LLC DBA ALBERS MEDICAL PHARMACY; KESTER DRUGS INC. DBA OSWALD'S PHARMACY; KETTLE FALLS PHARMACY ; KETY, INC DBA THE HOMETOWN PHARMACY; KEX RX PHARMACY; KEX RX PHARMACY; KEX RX PHARMACY; KEX RX PHARMACY; KEX RX PHARMACY; KEY DRUGS; KEY DRUGS AT DEXTER; KEY DRUGS AT NORTHWEST; KEY PHARMACY; KEYES DRUG INC.; KEYSTONE PHARMACY, INC; KGJ ENTERPRISE, LLC.; KIKO ENTERPRISES L.L.C DBA THE MEDICINE SHOPPE #0961; KILLEN DRUGS; KILLION'S PHARMACY; KIMPER PHARMACY ; KIMPHARMACY JS, INC; KIMROS MEDICINE PLACE; KIMSEY PHARMACY LLC; KINES FAMILY PHARMACY, INC.; KING PHARMACY ; KING PHARMACY ; KING PHARMACY & COMPOUNDING LLC; KINGS DRUG & SURGICAL CORP.; KING'S HOMETOWN PHARMACY; KINGS PARK SLOPE INC.; KING'S PHARMACY; KING'S PHARMACY HAYESVILLE; KINGS THIRD AVENUE PHARMACY, INC.; KIOWA COUNTY PHARMACY; KIOWA DRUG PHARMACY; KISI CORP DBA HEALTH CHOICE PHARMACY; KIZER PHARMACY LLC; KKN PHARMACY CORPORATION DBA THE DRUGGIST ; KKP HOLDINGS, LLC; KLEIN DRUG SHOPPE; KLEIN'S ASSUREMED SOLUTIONS, INC.; KLEIN'S PHARMACY & ORTHOPEDIC APPLIANCES, INC.; KLINGENSMITH DRUG INCORPORATED; KLINGENSMITH DRUG INCORPORATED; KLINGENSMITH DRUG INCORPORATED; KLINGENSMITH DRUG INCORPORATED; KLINGENSMITH DRUG INCORPORATED; KLINGENSMITH DRUG INCORPORATED; KLINGENSMITH DRUG INCORPORATED; KM HEALTHCARE INC.; KM2 HEATHCARE INC; KMG PHARMACY LLC; KNISLEY PHARMACY LIMITED,DBA MCFADDEN PHARMACY; KNOX PROFESSIONAL PHARMACY ; KNS BROS LLC D/B/A BESTCARE PHARMACY; KODO CARE, INC.; KOERNER WHIPPLE PHARMACY; KOHAL PHARMACY INC; KOHAL PHARMACY INC; KOHAL PHARMACY INC ; KOHLL'S EXTENDED CARE; KOHLL'S PHARMACY & HOMECARE; KOHLL'S PHARMACY & HOMECARE; KOHLL'S PHARMACY & HOMECARE; KOHLL'S PHARMACY & HOMECARE; KOHLL'S PHARMACY & HOMECARE; KOHLL'S PHARMACY & HOMECARE; KOHLL'S PHARMACY & HOMECARE; KOHLL'S PHARMACY & HOMECARE, INC; KOHLL'S RX; KOHLL'S RX; KOHLL'S RX; KOHLL'S RX; KOHLL'S RX; KOHLL'S RX LTC; KOHLL'S RX LTC; KOHLL'S RX LTC; KOMOTO MEDICAL PHARMACY; KOMOTO PHARMACY, INC.; KONK PHARMACY INC DBA B&T PHARMACY; KONSELLA HEALTHMART PHARMACY; KOONCE DRUG COMPANY, INC.; KOOTENAI DRUG AND HARDWARE, INC.; KOVACS-FREY PHARMACY; K-PACK PHARMACY; KREMER PHARMACY; KREMER PHARMACY ALTAMONT; KREMMLING MERCANTILE LLC; KRESSATYS PHARMACY; KRIEN PHARMACY INC; KRISHNA RX INC DBA CARE PHARMACY ; KSAR, LLC; KSC, INC DBA LAFAYETTE PHARMACY; KSR HEALTH CARE LLC DBA INVARA PHARMACY; KUEKER FAMILY PHARMACY LLC (DBA HESSTON PHARMACY),; KUMARX PHARMACY, APC DBA OLD PASADENA PHARMACY ; KURT'S PRESCRIPTION CENTER PHARMACY ; KVH INC. DBA DUVALL FAMILY DRUGS; KYOTO PHARMACY; L & N CO. DBA NEWARK COMMUNITY PHARMAVY; L AND N PHARMACY INC DBA SUN & SEA PHARMACY ; L&J PHARMACY INC; L&R LLC; L.D.C. PHARMACY CORP. D/B/A HEALTHCARE PHARMACY; L.I. EZRA APOTHECARY LTD; L.M. JADE, INC.; LA BOTICA PHARMACY ; LA FAMILIA PHARMACY INC DBA LA FAMILIA PHARMACY; LA JARA PHARMACEUTICAL CENTER INC. ; LAB DISCOUNT DRUGS, INC.; LACEY DRUG CO.; LACEY'S MARIETTA PHARMACY; LACKEY FAMIY PHARMACY; LADNER DRUGS, INC.; LADNER DRUGS, INC.; LADONNA POEHLER LLC DBA MEDICINE SHOPPE OF NEWTON, IL; LADUE PHARMACY, LLC; LAFAYETTE PHARMACY; LAGRANGE PHARMACY; LAGRANGE PHARMACY URBANA; LAHSER MEDICAL PHARMACY LLC; LAKE CUMBERLAND PHARMACY; LAKE CUMBERLAND PHARMACY #2; LAKE HEALTH SERVICES, INC. DBA LAKE PHARMACY; LAKE ODESSA PHARMACY; LAKE OF DECATUR INC DBA COLEE'S CORNER DRUGS; LAKE OF DECATUR, INC DBA DALE'S SOUTHLAKE PHARMACY; LAKE PHARMACY; LAKE REGIONAL PHARMACY ; LAKE REGIONAL PHARMACY - ELDON ; LAKE REGIONAL PHARMACY - OSAGE BEACH ; LAKE SEMINOLE PHARMACY ; LAKE WORTH PHARMACY; LAKE WYLIE PHARMACY; LAKELAND PHARMACY ; LAKELAND PHARMACY #2; LAKELAND PHARMACY #3; LAKELAND PHARMACY #7; LAKESHORE APOTHACARE, INC DBA THE MEDICINE SHOPPE 1564; LAKESHORE PHARMACY, INC.; LAKESIDE PHARMACY; LAKESIDE PHARMACY; LAKESIDE PHARMACY; LAKESIDE PHARMACY, LLC; LAKETOWN PHARMACY PLLC; LAKEVIEW PHARMACY; LAKEWOOD RANCH PHARMACY ; LAKHANI RX INC DBA GARDEN DRUG; LAKIN DRUG, LLC; LAMAR PLAZA DRUG STORE; LAMAR'S PHARMACY; LAMBERT DRUG STORE, INC; LAMOURE DRUG STORE; LANDY'S PHARMACY; LANINGHAM'S THRIFTY WAY, INC; LANTZ'S PHARMACY & GIFTS; LAONA PHARMACY; LAPALCO DRUGS, LLC; LAPEER PHARMACY; LARCHMONT PHARMACY LLC; LARK REXALL DRUGS, INC.; LARRY'S FAMILY PHARMACY; LARRY'S PHARMACY;

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

LARRY'S PRESCRIPTIONS. INC.; LATTA DRUG COMPANY, INC.; LAVALE PHARMACY INC; LAVELLA PHARMACIES LLC D/B/A HILLTOP PHARMACY; LAVELLA PHARMACIES LLC D/B/A HILLTOP PHARMACY; LAWRENCE HYDE CORP, DBA LAWRENCE PHARMACY; LAWS DRUG CO INC; LAX COTSWOLD LLC; LAX GROUP LLC; LAX LLC; LAYTON FAMILY PHARMACY ; LC FAMILY PHARMACY ; LCRG BROS LLC D/B/A WELLCARE PHARMACY; LCSCRIPTS PHARMACY; LEACHVILLE DISCOUNT DRUG; LEC PHARMA LLC DBA VALUCARE CENTER PHARMACY; LEE AND PICKELS DRUGS TROUPEVILLE; LEE AND PICKELS DRUGSTOEE; LEE KING PHARMACY; LEE'S PHARMACY; LEE-GOODRUM PHARMACY; LEES INLET APOTHECARY; LEE'S MARKETPLACE ; LEE'S MARKETPLACE HEBER PHARMACY; LEE'S MARKETPLACE LOGAN PHARMACY; LEE'S MARKETPLACE RICHMOND PHARMACY; LEES PHARMACY NORTH; LEFAVE PHARMACY AND HME; LEGENDS PHARMACIST GROUP; LEHAN PHARMACY; LE-MAC PHARMACY INC.; LENLAK, INC DBA BEST RX PHARMACY; LENLOCK RX, LLC; LEONARD PHARMACY; LEPANTO DISCOUNT DRUG; LEROY PHARMACY; LETITRIDE, INC DBA CHENOA RX AND FAIRBURY PHARMACY; LEVY'S PHARMACY AND SURGICAL; LEWISBURG PHARMACY; LEWISTOWN PHARMACY, INC.; LEWISVILLE DRUG COMPANY, INC.; LEXINGTON DRUGS LLC; LEXINGTON PHARMACIST GROUP; LEXINGTON PRESCRIPTON CENTER; LFR ENTERPRISES, LLC DBA; FLOYD'S FAMILY PHARMACY #2; LIBERTY DRUG; LIBERTY HILL PHARMACY & COMPOUNDING CENTER; LIC PHARMACY CORP; LIFE CHANGE PHARMACY 1 ; LIFE CHANGE PHARMACY 2; LIFE PHARMACY; LIFELINE PHARMACY; LIHUE CLINIC PHARMACY; LIHUE PHARMACY.; LIHUE PROFESSIONAL PHARMACY; LILLIAN PHARMACY, INC; LIMESTONE PHARMACY, PLLC; LINCOLN PHARMACY; LINCOLN PHARMACY; LINCOLN PHARMACY LLC; LINCOLN PHARMACY LTC; LINCOLN RX INC; LINCOLNTON INVESTMENTS LCC; LINDA VISTA PHARMACY; LINDBERG PHARMACY; LINDEN PHARMA INC; LINDENWOOD DRUG; LINDHURST PHARMACY; LINDSAY DRUG CO INC; LINESVILLE PHARMACY; LINEX ENTERPRISES LLC DBA PRONTO PHARMACY; LINSON PHARMACY LTD; LION PHARMACY; LISS PHARMACY; LITTLE ACORN PHARMACY LLC; LITTLE DRUGS OF DEMOPOLIS; LITTLE DRUGS, LLC; LITTLE NECK DRUG STORE INC; LITTLE SILVER FAMILY PHARMACY LLC.; LITTLE VILLAGE PHARMACY, INC; LIVE OAK PHARMACY; LIVEWELL PHARMACY LLC; LIVINGSTON COMMUNITY PHARMACY; LIVONIA FAMILY PHARMACY ; LJB INC DBA JEFF'S PRESCRIPTION SHOP; LJCC SERVICES, LLC DBA SALIDA PHARMACY AND FOUNTAIN; LK MANSFIELD LLC D/B/A WEATHERS DRUGS; LOCKWOOD PHARMACY; LOGAN & SEILER, INC DBA L & S PHARMACY; LOLO DRUG; LOMA LINDA PHARMACY; LONE GROVE PHARMACY; LONG LANE DISCOUNT PHARMACY LLC; LONG RX LLC; LONG TERM CARE RX; LONG VALLEY PHARMACY; LORENZO APOTHECARY, LLC; LORETTO DRUGS; LORIS DRUG STORE; LORIS DRUG STORE; LORXINC ; LIVE OAK PHARMACY ; LOUIS MORGAN DRUGS #4; LOUIS MORGAN DRUGS #4 INC; LOUISVILLE PHARMACY INC DBA MEDICINE CENTER PHARMACY; LOVE OAK LLC; LOVVORN DRUG COMPANY, LLC; LOWCOUNTRY PHARMACY, LLC; LOWELL'S PHARMACY; LOWES DRUG; LOXLEY DRUGS; LS PHARMACY; LSL-RX INC; LSL-RX, INC DBA THE MEDICINE SHOPPE; LTC MED EX DIRECT; LTC PRESCRIPTION PROVIDERS; LTC PRESCRIPTION PROVIDERS #2; LUCERNE PHARMACY, INC.; LUCKIE DRUG, LLC; LUCKIE DRUG, LLC; LUKE PILL LLC DBA: PILLQUEST PHARMACY; LUKE'S FAMILY PHARMACY LLC; LULA PHARMACY & FOOTHILLS GIFT SHOP; LUNA PARK PHARMACY INC; LUTHERVILLE PHARMACY; LUXEMBURG PHARMACY, LLC ; LVRX LLC.; LYNETTE R GLOCKNER, INC D/B/A MATHEWS PHARMACY ; LYNN'S LA VEGA PHARMACY; LYNN'S PHARMACY HEWITT; LYON'S CORNER DRUG; M AND S DRUGS; M&D PHARMACY, LLC.; M&M PHARMACY, LLC; M&S PHARMACY, INC.; MAAG PRESCRIPTION CENTER LLC; MABANK FAMILY PHARMACY; MABIE PHARMACY AND BLUMON INC; MABRYS DRUG & HOME CARE; MACE'S PHARMACY, INC.; MACE'S PHARMACY, INC.; MACIAG AND TAWADROS LLC, DAB ALLSTAR PHARMACY; MACKENTHUN BECK PHARMACY, INC; MAC'S DRUGS; MAC'S PHARMACY #2 (DBA MAC'S EDGEMOOR); MAC'S PHARMACY AT BROWN'S CREEK (DBA CITY DRUG); MAC'S PHARMACY AT SOUTH PETERS LLC. ; MAC'S PHARMACY INC.; MAC'S PHARMACY OAK RIDGE; MAC'S PHARMACY TOWNSEND; MADDENS PHARMACY; MADINA PHARMACY LLC; MADISON ANENUE PHARMACY, INC.; MADISON DRUG; MADISON DRUG COMPANY, INC; MADISON PHARMACY & GIFTS INC; MADISON PHARMACY & HOMECARE, INC; MADISON PHARMACY T/A IANNARONE INC; MADISON RX LLC; MADSEN INC - MEDICAP PHARMACY #8019; MADURA PHARMACY ; MAG RX LLC (DBA VILLAGE PHARMACY); MAGGY PHARMACY INC; MAGNOLIA DRUG CO; MAGNOLIA PHARMACY; MAGNOLIA PHARMACY LLC; MAHANNA PHARMACY; MAHASKA DRUG; MAICO PHARMACY; MAIN DRUG CO; MAIN STREET DRUG; MAIN STREET DRUG; MAIN STREET DRUG INC.; MAIN STREET PHARMACY; MAIN STREET PHARMACY 3 LLC ; MAIN STREET PHARMACY OF SAFETY HARBOR; MAIN STREET RX, LLC; MAINLINE PHARMACY; MAINLINE PHARMACY - BLAIRSVILLE; MAINLINE PHARMACY - CRESSON; MAINLINE PHARMACY - DAVIDSVILLE; MAINLINE PHARMACY - HARRISON CITY; MAINLINE PHARMACY - HASTINGS;

COMPLAINT - 38

MAINLINE PHARMACY - MURRYSVILLE; MAINLINE PHARMACY - NANTY GLO; MAINLINE PHARMACY - PORTAGE; MAINLINE PHARMACY - SOMERSET; MAINSTREET DRUGS, INC.; MALAKOFF PRESCRIPTION SHOP, INC; MALONEY PRESCRIPTION PHARMACY; MANCHESTER DOWN HOME PHARMACY; MANCHESTER PRESCRIPTION CENTER; MANGALMURTI LLC; MANIAR PHARMACY INC D/B/A HAMPSHIRE PHARMACY ; MANITOWOC PHARMACIES INC; MANITOWOC PHARMACIES INC ; MANITOWOC PHARMACIES INC., DBA PULASKI PHARMACY; MANNINGS 8TH AVE INC.; MANNINGS PHARMACY CORP.; MAP PHARMACY INC DBA HEALTH RX; MAPLE RX LLC; MAPLE RX NY LLC; MAPLESVILLE PHARMACY; MAQUOKETA PHARMACY, INC. DBA M&M CARE; MAQUOKETA PHARMACY, INC. DBA OSTERHAUS PHARMACY; MARBEN PHARMACY; MARCELINE FAMILY PHARMACY; MARCHANTS PHARMWAGON (DBA: SANTAQUIN PHARMACY AND DIABETES CENTER; MARCROM'S PHARMACY, INC.; MARCUS HOOK PHARMACY; MARIETTA PHARMACY, LLC; MARINCO PHARMACY INC; MARINETTE MENOMINEE PRESCRIPTION CENTER LTD; MARION FAMILY PHARMACY; MARKETPLACE PHARMACY; MARK'S DISCOUNT DRUGS ; MARK'S FAMILY PHARMACY, LLC; MARMAC PHARMACY; MARMADUKE FAMILY PHARMACY/DAVID EDDINGTON ; MARRAS PHARMA CORP; MARSHALL MEDIC PHARMACY INC.; MARSHALL W. DAVIS DRUGS INC. DBA DAVIS DRUGS; MARSHALLS DRUG STORE; MARSHFIELD CLINIC PHARMACY LLC; MARSHFIELD CLINIC PHARMACY LTC; MARTIN TIPTON PHARMACY; MARTINSBURG PHARMACY; MARTINSVILLE PHARMACY; MARTY'S PHARMACY & COMPOUNDING CENTER; MATHES PHARMACY INC.; MATHES PHARMACY STORE 2 INC.; MATOVICH ENTERPRISES INC, DBA: STILLWATER FAMILY PHARMACY; MAT'S PHARMACY; MATT ENNIS LLC DBA UNITED DISCOUNT PHARMACY; MATTE'S PHARMACY INC.; MATTHEWS DRUG STORE; MATTHEWS PHARMACY; MATTS COASTAL PHARMACY; MAUCH CHUNK PHARMACY; MAUMELLE FAMILY PHARMACY LLC ; MAX CARE PHARMACY; MAX DISCOUNT PHARMACY ; MAX DRUGS, INC; MAXCARE PHARMACY; MAXWELL PHARMACY, INC.; MB&T PHARMACY INC; MCALESTER EXPRESS PHARMACY, LLC; MCBAIN FAMILY PHARMACY ; MCCAYSVILLE DRUG CENTER INC; MCCLEARY HEALTHMART PHARMACY; MCCOY TYGART DRUG STORE INC; MCDOUGALL'S DRUG CENTER; MCDOWELLS PHARMACY INC. ; MCFARLANE-HILLMAN PHARMACY; MCFARLIN PHARMACY INC; MCGREGOR PHARMACY; MCGUFFEE DRUGS, INC.; MCGUFFEE DRUGS, INC. DBA LITTLES PHARMACY; MCHANEY DRUG, PA; MCKEAN STREET PHARMACY; MCKENNEY PHARMACY ; MCKINNEY DRUG STORE INC D/B/A COMMUNITY PHARMACY OF SPRINGDALE; MCKINNEY'S APOTHECARY; MCKINNON PHARMACY, INC (DBA MILLS PHARMACY AT LEEDS); MCLAUGHLIN PHARMACY INC.; MCLESKEY-TODD PHARMACY OF GREER INC; MCMINNVILLE DRUG CENTER; MCNABB PHARMACY, INC; MCNAMEE INC DBA FAMILY PHARMACY; MD PHARMACY LLC; MDSLC, INC DBA STOCKMEN'S DRUG; MEADOWCREST PHARMACY, LLC; MEADOWS RX INC DBA HILLSIDE RX; MED ARTS PHARMACY; MED CENTER PHARMACY; MED MART LEX, LLC; MED PHARM LTC; MED.ONE PHARMACY, INC DBA BOONSBORO PHARMACY ; MEDCARE, INC DBA MEDCARE PHARMACY AND HOME MEDICAL; MEDCENTER PHARMACY; MEDCENTER PHARMACY; MEDHELP RX LLC; MEDI THRIFT INC; MEDI-AGE PHARMACEUTICALS INC. DBA RICK'S DISCOUNT DRUGS; MEDIC PHARMACY; MEDIC PHARMACY; MEDIC PHARMACY; MEDIC PHARMACY; MEDIC PHARMACY; MEDIC PHARMACY ; MEDIC PHARMACY OF BRYANT INC; MEDICA PHARMACY BLOOMFIELD; MEDICA PHARMACY SPRINGFIELD; MEDICAL ARTS PHARMACY; MEDICAL ARTS PHARMACY; MEDICAL ARTS PHARMACY; MEDICAL ARTS PHARMACY; MEDICAL ARTS PHARMACY; MEDICAL ARTS PHARMACY ; MEDICAL ARTS REXALL PHARMACY ; MEDICAL ASSOCIATES PHARMACY; MEDICAL ASSOCIATES PHARMACY LTC; MEDICAL CENTER PHARMACY; MEDICAL CENTER PHARMACY; MEDICAL CENTER PHARMACY; MEDICAL CENTER PHARMACY; MEDICAL CENTER PHARMACY OF ROCKINGHAM INC; MEDICAL CENTER PHARMACY,LC; MEDICAL CENTER WEST PHARMACY MEDCTR INC; MEDICAL CITY PHARMACY; MEDICAL CLINIC PHARMACY, INC; MEDICAL COURT PHARMACY; MEDICAL MALL RX INC; MEDICAL PARK PHARMACY; MEDICAL PARK PHARMACY OF GREAT BEND, P.A.; MEDICAL PARK PHARMACY OF ROCKINGHAM INC; MEDICAL PARK PHARMACY OF VA, INC.; MEDICAL PAVILION PHARMACY; MEDICAL PLAZA PHARMACY; MEDICAL SHOPPE, LTD DBA STEPHENS PHARMACY; MEDICAL SQUARE PHARMACY; MEDICAL TREE PHARMACY; MEDICAL VILLAGE PHARMACY; MEDICAP PHARMACY; MEDICAP PHARMACY #8213; MEDICAP PHARMACY 8079; MEDICAP PHARMACY 8287; MEDICAP PHARMACY 8362; MEDICAP PHARMACY 8391; MEDICAP PHARMACY 8396; MEDICAP PHARMACY 8400; MEDICAP PHARMACY 8422; MEDICAP PHARMACY 8427; MEDICAP PHARMACY 8435; MEDICAP PHARMACY 8438; MEDICAP PHARMACY 8440; MEDICATE PHARAMCY; MEDICATE PHARMACY; MEDICATE PHARMACY; MEDICENTER ALTERNATIVE CARE PHARMACY ; MEDICENTER PHARMACY; MEDICENTER PHARMACY ; MEDICENTER PHARMACY ; MEDICENTER PHARMACY ; MEDICENTER PHARMACY ; MEDICENTER

COMPLAINT - 39

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

PHARMACY ; MEDICENTER PHARMACY ; MEDICENTER PHARMACY ; MEDICINE AND MORE LTC; MEDICINE CENTER; MEDICINE CENTER RX LLC; MEDICINE COUNTER PHARMACY; MEDICINE MAN INC, T//A THE MEDICINE SHOPPE; MEDICINE MAN RX LLC; MEDICINE MART LTC, LLC; MEDICINE MART PHAMACY; MEDICINE ROOM; MEDICINE SHOPPE #0651; MEDICINE SHOPPE #1938; MEDICINE SHOPPE #2015; MEDICINE SHOPPE #2127; MEDICINE SHOPPE #2153; MEDICINE SHOPPE #2171; MEDICINE SHOPPE #233; MEDICINE SHOPPE #751; MEDICINE SHOPPE (OLLERMAN INC); MEDICINE SHOPPE 0354; MEDICINE SHOPPE 1422; MEDICINE SHOPPE 1710; MEDICINE SHOPPE 2119; MEDICINE SHOPPE 383; MEDICINE SHOPPE OF SOMERSET, INC; MEDICINE SOLUTIONS; MEDICINE STOP II; MEDICINE STOP OF ELGIN; MEDICINE WORLD INC; MEDISAV PHARMACY #1; MEDISAV PHARMACY #2; MEDISAV PHARMACY #3; MEDI-SAVE PHARMACY; MEDI-SAVE PHARMACY INC.; MEDI-SERVICE OF CHARLOTTE, DBA FRANKLIN STREET PHARMACY; MEDI-THRIFT PHARMACY; MEDIZINE MAN INC. DBA PLATTE VALLEY PHARMACY ; MEDLIFE PHARMACY & COMPOUNDING; MEDMAN23, INC; MEDPARK PROFESSIONAL PHARMACY; MEDRX INC DBA MEDIC SPECIALTY PHARMACY; MEDS ENVY, INC DBA WOW PHARMACY ; MED-SAVE 2 LLC; MED-SAVE 3 LLC; MED-SAVE 4 LLC; MED-SAVE LLC; MEDSKER'S FAMILY PHARMACY & GIFT SHOP, DBA; MEDSOURCE PHARMACY; MEDSOURCE PHARMACY; MEGS PHARMACY INC DBA CRIVITZ PHARMACY; MELANCON PHARMACY ; MELANIE'S HOMETOWN PHARMACY; MELBRAN DRUGS INC DBA: MELBRAN PHARMACY; MELLORS DRUG STORE; MELROSE PHARMACY INC.; MENDOCINO COAST PHARMACY; MERCER MS, LLC; MERCER PHARMACY; MERIDIAN PHARMACY MANAGEMENT, INC.; MERL INC DBA HOAGLAND PHARMACY; MERL INC DBA HOAGLAND PHARMACY LTC; MERRYFIELD PHARMACY ; MERU PHARMACY INC. D/B/A SUNRISE PHARMACY; MESA PHARMACY OF PUEBLO, INC; METHODIST HEALTH, INC. DBA DEACONESS FAMILY PHARMACY HENDERSON; METIER PHARMACY LLC; METROPOLIS DRUGS II , INC; MEXICARE PHARMACY; MHK PHARMACY CORPORATION ; MICHAEL BAKER PHARMACY INC.; MICHAEL PATTON (UPPER DARBY PHARMACY); MICHAEL'S PHARMACY; MIDAS RX PHARMACY LLC; MIDDLE VILLAGE PHARMACY ; MIDDLETOWN APOTHECARY, INC. D/B/A MIDDLETOWN PHARMACY; MIDDLETOWN CHEMISTS INC. D/B/A NEIGHBORX PHARMACY; MIDDLETOWN FAMILY PHARMACY LLC; MIDDLETOWN PHARMACIST GROUP; MIDDLETOWN PHARMACY ; MIDTOWN DRUGS; MIDTOWN PHARMACY EXPRESS, LLC; MIDTOWN PHARMACY, INC; MIDTOWN PHARMACY, LTC; MID-VALLEY PHARMACY LLP; MIDWEST FAMILY HEALTH OF PHILLIPSBURG, INC.; MIDWEST FAMILY HEALTH OF PLAINVILLE, LLC; MIDWEST FAMILY HEALTH OF RUSSELL, LLC; MIDWEST FAMILY HEALTH OF SMITH CENTER, LLC; MIGUEL'S PHARMACY; MIKE STUART ENTERPRISE, INC DBA LAKELAND PHARMACY #4/KRAMER'S PHARMACY; MIKES MEDICAL PHARMACY; MILAN PHARMACY INC DBA KING PHARMACY; MILFORD PHARMACY SERVICES; MILL HALL PHARMACY INC; MILL STREET PHARMACY, INC.; MILLBROOK PHARMACY, INC.; MILLER ROAD PHARMACY; MILLERSBURG PHARMACY, INC.; MILLINGTON PHARMACY LLC; MILLS PHARMACY AT BLUFF PARK, INC; MILLS PHARMACY AT BROOKWOOD, INC; MILLS PHARMACY AT CORNER, LLC; MILLS PHARMACY AT EUTAW LLC; MILLS PHARMACY AT MCCALLA, INC; MILLS PHARMACY AT MIDFIELD, LLC; MILLS PHARMACY AT PARKWAY, INC; MILLS PHARMACY AT PINSON, INC; MILLS PHARMACY AT PLEASANT GROVE, LLC; MILLS PHARMACY AT WOODLAWN, LLC; MILLS SPECIALTY PHARMACY, LLC; MILLSTONE PHARMACY; MILLTOWN PHARMACY (ADVANCED RX SOLUTIONS, LLC) ; MINDEN FAMILY PHARMACY LLC; MINERVA PHARMACY INC DBA MEDICINE CENTER PHAMACY; MING AND H DRUGS; MINNICH'S PHARMACY INC.; MINTON RX, INC DBA MIZELLE'S DISCOUNT DRUG CO; MISSION DRUG, LLC.; MISSION WELLNESS HEALTHCARE, LLC; MISSISSIPPI DISCOUNT DRUGS #2 LLC; MISSISSIPPI DISCOUNT DRUGS LLC; MITCHELL & JOHNSON PHARMACY DBA ISLAND PHARMACY; MITCHELL DRUG COMPANY; MITCHELL'S MAIN STREET PHARMACY; MITCHELL'S MEDIMART PHARMACY ; MITCHELL'S PARK STREET PHARMACY, INC.; MIX IT RX; MIZBES,INC DBA CALABASAS PHARMACY & HEALTHCARE CENTER; MLH-RX, LLC D/B/A ELDON DRUG COMPANY; MLM DRUG LLC DBA, BAILEYTON DRUG COMPANY ; MMRXHEALTH SOLUTIONS INC; MODEN-GIROUX INC. D/B/A MIDDLEPORT FAMILY HEALTH CENTER; MODEN-GIROUX INC. D/B/A TRANSIT HILL PHARMACY; MODERN APOTHECARY, LLC; MOHAWK VALLEY DRUGS LLC; MOM AND POP DRUG #1 SPECIALTY; MOMBA PHARMACY SERVICES LLC DBA WALTMIRE PHARMACY; MONDOVI PHARMACY; MONETTE DISCOUNT DRUG; MONROE DRUGS, LLC; MONROE PHARMACY INC; MONTEVALLO DRUG; MONTICELLO DRUGS, INC; MONTPELIER PHARMACY INC.; MONTROSS PHARMACY INC.; MOORE FAMILY PHARMACY; MOORE FAMILY PHARMACY ALLEGAN; MOORE FAMILY PHARMACY HAMILTON; MOORE FAMILY PHARMACY SOUTH HAVEN; MOORE FAMILY STORES, INC / TRENT MOORE; MOORE THAN MEDICINE, LLC; MOORE'S PHARMACY; MOORESVILLE PHARMACY EAST, LLC DBA HEALTHSMART PHARMACY; MOOSE DRUG COMPANY; MOOSE PHARMACY OF KANNAPOLIS; MOOSE

COMPLAINT - 40

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

PHARMACY OF LOCUST; MOOSE PHARMACY OF MONROE; MOOSE PHARMACY OF MT. HOLLY; MOOSE PHARMACY OF SALISBURY; MOOSE PROFESSIONAL PHARMACY; MORAN'S PHARMACY; MORE THAN MEDICINE; MOREHEAD PHARMACIST GROUP; MORELAND & DEVITT, INC.; MORELAND & DEVITT, INC.; MORELAND & DEVITT, INC.; MORGAN'S MEDICINE, PLLC; MORRIS DRUG COMPANY INC.; MORRISON'S RX INC.,; MORRISTOWN PHARMACIST GROUP; MORRISTOWN PHARMACY; MORRISVILLE PHARMACY AND COMPOUNDING; MORTAR AND PESTLE, LLC DBA NORTHSIDE DRUGS; MORTAR AND PESTLE, LLC DBA THE MEDICINE CABINER; MORTAR AND PESTLE, LLC DBA THE MEDICINE CABINET; MORTAR AND PESTLE, LLC DBA THE MEDICINE CABINET; MORTAR AND PESTLE, LLC DBA THE MEDICINE CABINET; MORTON ALWAN PHARMACY; MORTON'S HILLTOP PHARMACY; MOSBY'S DRUG STORE; MOSHANNON VALLEY PHARMACY; MOSHEIM DRUG LLC DBA THE MEDICINE SHOPPE # 1994; MOULTRIE PHARMACY AT CADDO LLC; MOULTRIE PHARMACY AT LANGTOWN LLC; MOUNT CARMEL MEDICAL INC DBA MT. CARMEL PHARMACY; MOUNT CARROLL PHARMACY ; MOUNT GAY PHARMACY, INC; MOUNT HOREB FAMILY PHARMACY; MOUNT MORRIS SNYDERS PHARMACY; MOUNT SHASTA PHARMACY; MOUNT VERNON DRUG, INC.; MOUNT VERNON PHARMACY; MOUNTAIN STREET PHARMACY,INC; MOUNTAIN APOTHECARY INC D.B.A BANNER ELK PHARMACY; MOUNTAIN PLAZA PHARMACY ; MOUNTAIN VIEW PHARMACY; MOWEAQUA PHARMACY; MOWRY MEDICAL PHARMACY; MOWRY PLAZA PHARMACY; MOYE'S DRUG STORE; MR DISCOUNT DRUGS; MRR PHARMA INC DBA SCARPA PHARMACY &SURGICAL SUPPLIES ; MS MGC, INC. DBA MEDICINE SHOPPE 1696; MT AIRY PHARMACY ; MT CARMEL PHARMACY; MT CITY PHARMACY; MT CRISTO PHARMACY LLC/ A WSPC MEMBER; MT FAMILY RX INC. DBA: FAMILY PHARMACY; MT NEBO THRIFT CORP. DBA MT NEBO PHARMACY; MT VERNON PHARMACY ; MT. VERNON PHARMACY AT FALLSWAY, INC.; MUECKE PRESCRIPTION SHOPPE; MUELLER DRUGS, INC; MUKTA LLC (DBA: BESTRX PHARMACY); MULLEN PHARMACY, PA DBA GRANT COUNTY DRUG; MUNSEY ENTERPRISES INC.; MURRAY DRUGS, INC; MURRAY'S BOARDMAN PHARMACY; MURRAY'S CONDON PHARMACY; MURRAYVILLE PHARMACY; MUSTANG DRUG; MY CARE PHARMACY; MY COMMUNITY PHARMACY LLC; MY DR'S PHARMACY LLC; MY TOWN PHARMACY ; MYERS MEDICAL PHARMACY; MYMED PHARMACY INC; MYRTLE DRUGS; MYRTLE RX LLC; N&N VILLAGE PHARMACY INC; NALLE PHARMACY; NAMBE DRUGS LA; NAMBE DRUGS LA; NANCY PHARMACY, L.L.C.; NANTASKET PHARMACY, INC.; NAO RX DBA THE MEDICINE SHOPPE; NAPIER PHARMACY INC DBA PANAMA PHARMACY; NASHVILLE FAMILY PHARMACY; NATHAN PHARMACY ; NATIONAL FAMILY PHARMACY; NATIONAL HEALTH PHARMACY, LTD,DBA PROFESSIONAL BLDG PHARMACY; NATION'S MEDICINES; NATION'S MEDICINES #C2; NATION'S MEDICINES #T1; NATION'S MEDICINES #T2; NCA PHARMACY; NEFF DRUGS 22 LLC; NEFF DRUGS 31 LLC ; NEFF DRUGS 8 LLC; FAIRDALE PHARMACY; NEFF SURGICAL PHARMACY ; NEIDIG HEALTH CARE, LTD DBA MEDI-WISE PHARMACY; NEIGHBORHOOD PHARMACIES INC; NEIGHBORHOOD PHARMACY; NEIGHBORHOOD PHARMACY; NELSON FAMILY PHARMACY; NEW AMSTERDAM DRUG MART INC; NEW ATHENS PHARMACY; NEW CASTLE PHARMACY; NEW GRAND BAY PHARMACY LLC; NEW HAVEN HEALTH AID PHARMACY; NEW LONDON PHARMACY INC; NEW MADRID PHARMACY INC.; NEW MARKET PHARMACY ; NEW PENINSULA PHARMACY ESCANABA LLC; NEW ROCHELLE PHARMACY INC; NEW ROCHELLE PRESCRIPTION CENTER INC; NEW SALEM PHARMACY; NEW SEVEN MILE PHARMACY LLC; NEW VISTA PHARMACY; NEW WORLD PHARMACY, LLC; NEWARK PHARMACY; NEWBERRY EXPRESS PHARMACY, LLC; NEWBURGH PHARMACY INC.; NEWBURY PHARMACY, INC. DBA SPECTRUM PHARMACY; NEWFANE PHARMACY, INC.; NEWHARD PHARMACY INC; NEWHARD PHARMACY LTC; NEWPORT HILLS DRUG CORPORATION DBA COAST HILLS PHARMACY (QUALITY DRUGS HOLDING CORPORATION); NEWPORT PHARMACY; NEWTKO, INC D.B.A PORT ALLEGANY PHARMACY; NEWTON DRUG CO LLC DBA HEALTHSMART PHARMACY NEWTON; NEWTON GROVE DRUG CO. INC.; NEWTON'S PHARMACY INC; NIAGARA APOTHECARY INC; NICE PHARMACY; NICHOLAS L SMITH PHARMACY LLC; NICHOLAS L. SMITH PHARMACY, LLC; NICHOLASVILLE PHARMACIST GROUP; NICHOLASVILLE PHARMACY SERVICES, INC ; NICKEL CITY PHARMACY; NIDAY DRUG COMPANY ; NIKI LLC DBA HIGH STREET DISCOUNT PHARMACY ; NILKANTH AMS INC (DBA CHOICE PHARMACY); NISHA PHARMACY INC DBA ALPHA DRUGS; NOBLE PHARMACY; NOMORA, DBA THE MEDICINE SHOPPE 1527; NOOKSACK VALLEY DRUG; NORLAND AVENUE PHARMACY, LLC; NORRIS FERRY DRUG; NORTH BRUNSWICK PHARMACY; NORTH HAVEN PHARMACY, INC; NORTH LAKE MEDICAL PHARMACY 1; NORTH LAKE MEDICAL PHARMACY 2; NORTH LAUREL DISCOUNT DRUGS, INC DBA QUINN PHARMACY; NORTH LIBERTY PHARMACY; NORTH MAIN PHARMACY; NORTH OLMSTED LOWCOST PHARMACY ; NORTH PARK PRESCRIPTION PHARMACY; NORTH PHILLY PHARMACY; NORTH PLATTE PHARMACY INC DBA U-SAVE PHARMACY; NORTH POLE PRESCRIPTION LAB INC. DBA ALASKA FAMILY PHARMACY; NORTH SCOTT

COMPLAINT - 41

PHARMACY; NORTH STREET PHARMACY; NORTH VILLAGE PHARMACY ; NORTH WARREN PHARMACY & GIFT; NORTHERN ARIZONA PHARMACY, LLC; NORTHERN PHARMACY; NORTHGATE PHARMACY; NORTHLAND MEDICAL BUILDING PHARMACY; NORTHROCK PHARMACY, LLC; NORTHSIDE PHARMACY; NORTHSIDE PHARMACY ; NORTHSIDE PHARMACY INC; NORTHSIDE REXALL PHARMACY; NORTHTOWN DRUG LLC; NORTHWEST PHARMACY; NORWOOD PHARMACY; NORWOOD PHARMACY; NOSTRUMRX PHARMACY ; NOVA STAR PHARMACY; NOVACARE PHARMACY.; NPL DRUGS INC; NRF, INC DBA COUCH PHARMACY; NS HEALTH CARE LLC; NUEVO HEALTH; NUNDA FAMILY PHARMACY LLC; NUTMEG PHARMACY MOODUS, LLC DBA NUTMEG PHARMACY ; NUTMEG PHARMACY NEW LONDON LLC DBA NUTMEG PHARMACY; NY DRUGS INC DBA CASTLE HILL COMMUNITY PHARMACY ; NY NORTHERN PHARMACY2 INC; O'REILLY FAMILY PHARMACY LLC; OAK GROVE PHARMACY; OAK GROVE PHARMACY JFK, INC; OAK HILLS PHARMACY; OAK LANE PHARMACY; OAK STREET PHARMACY LLC; OAKHURST HEALTH INVESTORS, INC DBA OAKHURST PHARMACY; OAKWOOD APOTHECARY; OCALA PHARMAC LLC; OCEAN BREEZE PHARMACY; OCEANIA CHEMIST INC D/B/A PHARMACY 7; OCILLA PHARMACY; OCONTO PHARMACY; ODEDRA ENTERPRISES INC DBA CRYSTAL MEDICAL CENTER PHARMACY ; ODENVILLE DRUGS, INC; OFFICE PRACTICE OF PHARMACY LLC; OHDE PHARMACY; OHIO APOTHECARIES, LLC; OKEECHOBEE DISCOUNT DRUGS; OKEMAH PHARMACY, LLC; OKMULGEE DISCOUNT PHARMACY, LLC; OKULEY'S PHARMACY INC; OLDE TOWNE PHARMACY INC.; OLDENS PHARMACY INC; OLDHAM PHARMACIST GROUP; OLYMPIA PLAZA PHARMACY, INC; OM VIRISAAR PHARMACY INC, (FELDMANS PHARMACY AT CHARTWELL DBA); OMAC PHARMACY; OMEGA PHARMACY LLC; OMRO PHARMACY; ONAMIA PHARMACY LLC DBA ONAMIA DRUG; ONB MEDS, INC. DBA HANGER PHARMACY & WELLNESS; ONE HEALTH PHARMACY - GLENDIVE; ONE HEALTH PHARMACY - LEWISTOWN; ONE TO ONE PHARMACY; ONE TO ONE PHARMACY; ONEHEALTH PHARMACY; OPELIKA MEDICAL ARTS PHARMACY INC; OPP PHARMACY LLC; OPTIMAL PHARMACY ; OQUIRRH MOUNTAIN PHARMACY, LLC; ORANGE EXPRESS PHARMACY ; ORANGE EXPRESS PHARMACY ; ORANGE PHARMACY; ORDWAY PHARMACY; OREGON SNYDERS PHARMACY; OREM FAMILY PHARMACY; ORLANDO PHARMACY DBA SDDDC LLC; ORWIGSBURG APOTHECARY LLC; OSWEGO DRUG STORE; OSWEGO VALLEY PHARMACY, INC; OWEGO PHARMACY INC; OWEN PHARMACIST GROUP; OWL PHARMACY; OZONA PHARMACY LLC, DBA VILLAGE DRUG; P & S PHARMACY LLC DBA WURTSBORO PHARMACY; P & S PHARMACY LTC; P & S REXALL PHARMACY, INC; P&S PHARMACY, INC. OF ROGERSVILLE D/B/A U-SAVE DRUG CENTER; PACE PHARMACY, LLC; PACETTI'S APOTHECARY, INC DBA SPRINGBORO PHARMACY; PACIFIC RX INC DBA MEDICINE SHOPPE 2120; PACKARD DISCOUNT PHARMACY ; PACKER APOTHECARY; PADEK HEALTHCARE INC(DBA :PADEK HEALTHCARE PHARMACY); PADEK HEALTHCARE PHARMACY II; PADUCAH PHARMACY INC; PALACE DRUG; PALACE DRUG OF SALEM; PALACE DRUG SILVER CLIFF; PALACIOS PRESCRIPTION SHOPPE; PALESTINE FAMILY PHARMACY; PALISADE PHARMACY; PALM PHARMACY; PALMER PHARMACY LLC ; PALMERS DRUG; PALMETTO DRUG; PALMETTO SPECIALTY PHARM, LLC DBA PALMETTO PHARM; PALMYRA PHARMACY LLC; PALMYRA PHARMACY LLC; PALOS HILLS PHARMACY; PALUTIS ENTERPRISES, LLC DBA: C&C PHARMACY; PAM LAYTON ; PANGUITCH DRUG; PAPA BEAR RX INC; PARADISE PROFESSIONAL PHARMACY INC; PARAMOUNT DRUG, LLC; PARAMUS PHARMACY INC; PARA-PHARM, INC. DBA MEDICAL PHARMACY; PARIS APOTHECARY; PARIS CLINIC PHARMACY, INC; PARIS LLC; PARK AVE APOTHECARY LLC; PARK AVE PHARMACY; PARK AVENUE PHARMACY, INC; PARK CHEMISTS LLC; PARK PHARMACY LLC; PARK PLAZA PHARMACY ; PARK PROFESSIONAL PHARMACY; PARKE WARNER PHARMACY; PARKER DRUG, INC.; PARKER'S CITY PHARMACY, INC.; PARKERSBURG PHARMACY; PARKLAND HEALTH MART PHARMACY; PARKLAND HEALTH MART PHARMACY; PARKLAND HEALTH MART PHARMACY; PARKLAND HEALTH MART PHARMACY; PARKLAND HEALTH MART PHARMACY; PARKLAND HEALTH MART PHARMACY; PARKLAND HEALTH MART PHARMACY; PARKLAND HEALTH MART PHARMACY ; PARKLAND HEALTH MART PHARMACY ; PARKS PHARMACY INC; PARKS PHARMACY INC; PARKSIDE PHARMACY; PARKVIEW MEDICAL PLAZA PHARMACY ; PARKVIEW MEDICAL PLAZA PHARMACY LTC; PARKVIEW PHARMACY, INC. ; PARKWAY DRUGS OF ONEIDA COUNTY ; PARKWAY DRUGS OF ONEIDA COUNTY NORTH INC; PARKWAY DRUGS OF ONEIDA COUNTY SOUTH INC ; PARKWAY PHARMACY; PARKWAY PHARMACY; PARKWAY PHARMACY, INC.; PARMET INC DBA PARKLAND DRUGS; PARMET INC. DBA METCALFE DRUGS; PARSONS DRUG COMPANY; PARSONS-BIAS, INC DBA PARSONS DRUG; PATRICK SQUARE PHARMACY; PAT'S PHARMACY; PATTERSON FAMILY PHARMACY, INC.; PATTERSON'S DRUG STORE, INC.; PAUL J RUWE INC DBA RUWE FAMILY PHAMACY - BELLVUE; PAUL J RUWE INC DBA RUWE FAMILY PHARAMCY - FLORENCE; PAUL J RUWE INC DBA RUWE FAMILY PHARMACY - LATONIA ; PAUL J

COMPLAINT - 42

RUWE INCE DBA RUWE FAMILY PHARMACY - COVINGTON; PAUL SCHIMEL; PAULS LTC PHARMACY; PAULS PHARMACY; PAUL'S PHARMACY EAST; PAWLEYS ISLAND PHARMACY ; PAYLESS DRUGS; PAYLESS DRUGS; PAYLESS DRUGS; PAYLESS DRUGS, INC. DBA FAIRFIELD PAYLESS DRUGS; PAYLESS PHARMACIES, INC. GLENWOOD SOUTH PHARMACY + MARKET; PAYSON FOOD CORP. DBA PAYSON MARKET; PAYSON RX EXPRESS; PB GARDENS DRUGS LLC; PBW PHARMACY INC DBA MEDICINE CENTER PHARMACY; PCCA, INC DBA DUNWOODY PHARMACY; PCH MEDICAL PHARMACY; PCO KTA LLC; PEARMAN PHARMACY, INC & PARIS CLINIC PHARMACY, INC; PEARSONS MEDICAL GROUP PHARMACY; PECHIN PHARMACY; PECOS STREET PHARMACY, INC DBA MEDICAL ARTS PHARMACY; PECOS STREET PHARMACY, INC DBA MEDICAL ARTS PHARMACY (LTC); PEE JAY INC DBA PRESCRIPTIONS UNLIMITED VC; PEE JAY, INC DBA PRESCRIPTIONS UNLIMITED; PEMBROKE PHARMACY; PENDLETON STAR PHARMACY, INC.; PENINUNSULA PHARMACY PLUS; PENINUNSULA PHARMACY INC; PENNMARK PHARMACY; PEOPLES DRUG & GIFT; PEOPLES DRUG STORE; PERFECT HEALTH, LLC DBA; FLOYD'S FAMILY PHARMACY; PERINE ENTERPRISES INC.DBA DOUG'S PHARMACY; PERKINS DRUG; PERKINS PHARMACIES, INC; PERSONRX INCORPORATED; PESHTIGO PHARMACY; PESHTIGO PHARMACY HEALTH CARE SERVICES; PETER PAN PHARMACY; PETERSBURG PHARMACY; PETERSON MARKET LLC; PETROLIA PHARMACY; PEVELY RX, INC. DBA MEDICINE SHOPPE 1985; PEXTON PHARMACY; PHAMCO DRUGS INC (DBA PHAMCO DRUGS); PHAMCO INC (DBA COLONIAL DRUGS & SURGICALS); PHARMA DONNA LLC DBA VALLEY APOTHECARY; PHARMA TOPCARE INC DBA BTV PHARMACY; PHARMACARE, LLC; PHARMACARE, LLC; PHARMACEUTICAL SYNERGY INC DBA DAVE'S PHARMACY; PHARMACOLE, INC DBA MOUNDSVILLE PHARMACY; PHARMACOLE, INC DBA NEW MARTINSVILLE PHARMACY; PHARMACOLE, INC DBA PINE GROVE PHARMACY; PHARMACOLE, INC DBA SISTERSVILLE PHARMACY; PHARMACON, LLC D/B/A CARE MORE PHARMACY; PHARMACQ, INC.; PHARMACY 1; PHARMACY 1 AT THE MHC; PHARMACY ARTS; PHARMACY ASSOCIATES OF DODGE CITY, INC. DBA GIBSON'S PHARMACY; PHARMACY CARE, INC; PHARMACY CENTER INC, DBA COLUMBIA PHARMACY ; PHARMACY DIRECT DELIVERY LLC DBA FREEDOM PHARMACY; PHARMACY EMPORIUM LLC; PHARMACY EXPRESS IN TOWER PLAZA; PHARMACY FIRST L; PHARMACY HEALTH SOLUTIONS LLC DBA RIVERSIDE VILLAGE PHARMACY; PHARMACY HEALTH SOLUTIONS LLC RIVERSIDE VILLAGE PHARMACY; PHARMACY IN THE SQUARE; PHARMACY MANAGEMENT LLC; PHARMACY OF NORRISTOWN, LLC; PHARMACY PLUS, INC.; PHARMACY PLUS, INC.; PHARMACY PLUS, INC.; PHARMACY PLUS, INC.; PHARMACY PLUS, INC.; PHARMACY PLUS, INC.; PHARMACY PLUS, INC.; PHARMACY SHOP INC. DBA ED SNELL'S PHARMACY SHOP & OXYGEN; PHARMACY SPECIALIST GROUP III INC; PHARMACY SPECIALIST GROUP INC; PHARMACY TOWN LLC; PHARMALOOP, LLC D/B/A VAN'S DELIVERY PHARMACY; PHARMAX INC DBA MINH PHARMACY; PHARMGIRLS, P.C. DBA CLINIC PHARMACY; PHARMOLOGY TISHOMINGO ACQUISITION LLC; PHARM-PRO, INC. DBA MORGAN CARE PHARMACY; PHARMRX PHARMACY LLC; PHILADELPHIA PHARMACY INC. NCPCP NPI 1336142835; PHILIP E PEPPER INC; PHILLIPS DRUGS INC DBA PHILLIPS PHARMACY ; PHILLY PHARMACY INC DBA MEDICINE CENTER PHARMACY; PHIL'S PILLS INC DBA THE MEDICINE SHOPPE PHARMACY; PHIPPS PHARMACY #3; PHIPPS PHARMACY #4; PHIPPS PHARMACY, #1; PHIPPS PHARMACY, HUNTINGDON; PHIPPS PHARMACY, SOUTHAVEN; PHIPPS PHARMACY, WAVERLY; PHL, INC DBA THE DRUG STORE AT SOUTH PITTSBURG; PICO CARE PHARMACY; PIEDMONT PHARMACY & GIFTS; PIEDMONT PHARMACY, INC; PIGGOTT PHARMACY; PIKE'S PHARMACY, INC; PIKEVILLE DISCOUNT DRUG; PILCHER-MCBRYDE DRUG COMPANY; PILGRIM PHARMACY, INC.; PILL BOX PHARMACY; PILL BOX PHARMACY INC DBA MEDIC PHARMACY #11; PILL BOX PHARMACY, LLC; PILLAR DRUG COMPANY LLC; PILOT POINT PHARMACY LTD DBA PELZEL'S HOMETOWN PHARMACY; PILOT POINT LLC, DBA S&J ARGYLE PHARMACY; PINE BROOK PHARMACY LLC DBA PINE BROOK PHARMACY; PINE KNOB PHARMACY #1, INC.; PINE KNOB PHARMACY #6, INC.; PINE MOUNTAIN PHARMACY INC; PINE PLAINS PHARMACY, INC; PINE RIDGE PHARMACY; PINEHURST MEDICAL CLINIC PHARMACY; PINON FAMILY PHARMACY; PIONEER DRUG LLC; PJP PHARMACY INC DBA FELICITY PHARMACY ; PK PHARMA, LLC; PLAIN CITY DRUGGIST-LTC; PLAINSBORO PHARMACY LLC; PLANET HEALTH PHARMACY CORP DBA PRESTON DRUGS; PLATEAU DRUGS, INC; PLAZA DRUG OF LONDON LLC; PLAZA PHARMACY; PLAZA PHARMACY ; PLEASANT HILL DRUG STORE; PLUM STREET PHARMACY LLC; PLUMSTED APOTHECARY INC; PLYMOUTH PARK PHARMACY, INC.; PMC PHARMACY, LLC; POCONO PHARMACY INC, NCPA # 1236597; POEHLER'S PHARMACY LLC; POLARFROGRX INC DBA SOWAL HEALTH & DRUG; POLK PHARMACY MANAGEMENT, LLC; MIDDLETON PHARMACY; PONIDAY, LLC; PONTIAC GENERAL HOSPITAL PHARMACY; PONTIAC PHARMACY; PONTIAC TRAIL PHARMACY; POOLER PHARMACY; POOLER PHARMACY; POOLE'S PHARMACY; POOLE'S PHARMACY CARE; POOLE'S PHARMACY CARE; POOLE'S

COMPLAINT - 43

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

PHARMACY CARE; POOLE'S PHARMACY CARE; POOLE'S PHARMACY CARE ; POOLE'S PHARMACY CARE HEALTH SOLUTIONS;  POOLE'S PHARMACY, INC.; POPKESS PHARMACY INC; POPLAR GROVE SNYDERS PHARMACY; PORT RICHMOND PHARMACY; PORT TOWNSEND PHARMACY INC DBA DON'S PHARMACY; PORTER PHARMACY; PORTER PHARMACY & GIFTS INC D/B/A DYKES PHARMACY; POTTER DRUG; POTTER DRUG; POTTER DRUG; POTTS CAMP FAMILY PHARMACY; POTTSTOWN DISCOUNT PHARMACY LLC; POTTSVILLE PHARMACY INC; POWELL DRUG; POWELLS BLOOMFIELD PHARMACY; POWER'S PHARMACY INC.; POWERS PHARMACY NO.1, INC.; POWERS PHARMACY OF LORIS; PPG SCRIPT INC DBA RXXPRESS HEALTH MART PHARMACY; PRAIRIE GARDENS PHARMACY; PRAIRIE HILLS PHARMACY; PRATER DRUGS, INC.; PRATER'S PHARMACY; PRATER'S PHARMACY ; PRATHNA INC DBA APEX CARE PHARMACY 1; PRATTS REXALL DRUGS INC; PRECISION CARE CORP D/B/A PRECISION CARE PHARMACY-MOHNTON;  PRECISION CARE CORP DBA PRECISION CARE PHARMACY; PREFERRED CARE PHARMACY BETTENDORF; PREFERRED CARE PHARMACY CEDAR RAPIDS; PREFERRED CHEROKEE PHARMACY DALTON; PREFERRED FAMILY PHARMACY, LLC; PREFERRED PHARMACY; PREFERRED PHARMACY SEVIERVILLE; PREFERRED PHARMACY TELLICO GREENS, LLC; PREFERRED PHARMACY, INC ; PREMIER PHARMACY AND WELLNESS CENTER, LLC ; PREMIER PHARMACY INC.; PREMIER PHARMACY SERVICES, INC.; PREMIER PHARMACY SERVICES, INC.; PREMIER PHARMACY SERVICES, INC.; PRESCRIPTION CENTER LLC DBA ALASKA FAMILY PHARMACY; PRESCRIPTION CENTER OF MEDINA, LLC DBA THE MEDICINE SHOPPE 0463; PRESCRIPTION CENTER PHARMACY; PRESCRIPTION PHARMACY, PLLC (DBA: RX PHARMACY); PRESCRIPTION PLACE OF DEFUNIAK SPRINGS INC; PRESCRIPTION PLACE OF NICEVILLE ; PRESCRIPTION SHOP INC; PRESCRIPTION SHOP PUEBLO, CO. 81005; PRESCRIPTIONS CORNER DRUG, INC; PRESCRIPTIONS PLUS PHARMACY, LLC; PRESCRIPTIONS TO GEAUX #1; PRESSMAN INC. DBA PILL BOX PHARMACY & MEDICAL SUPPLY; PRICE CHOPPER; PRICE CHOPPER; PRICE CHOPPER; PRICE CHOPPER; PRICE CHOPPER #40; PRICE CHOPPER #18; PRICE CHOPPER #20; PRICE CHOPPER #21; PRICE CHOPPER #25; PRICE CHOPPER #37; PRICE CHOPPER #39; PRICE FAMILY PHARMACY; PRICE PHARMACY GQ; PRIME CARE PHARMACY; PRIME PLUS PHARMACY LLC; PRIMEMED PHARMACY; PRIMERA CARE PHARMACY; PRIMERX PHARMACY, INC; PRINCEVILLE PHARMACY LLC; PRN PHARMACIES, LTD - MEDICINE SHOPPE #503; PRO HEALTH PHARMACY; PROCARE PHARMACY; PROFESSIONAL PARK PHARMACY; PROFESSIONAL PARK TOO PHARMACY; PROFESSIONAL PHARMACY LLC; PROFESSIONAL PHARMACY LLC DBA ALASKA FAMILY PHARMACY ; PROFESSIONAL PHARMACY OF GREER INC; PROFESSIONAL PHARMACY OF OXFORD, LLC; PROFESSIONAL PHARMACY OF PENNSBURG, INC; PROFESSIONAL PHARMACY OF SOMERSET, LLC.; PROFESSIONAL PHARMACY, INC.; PROFESSIONAL PLAZA PHARMACY, LLC; PROGRESSION LLC DBA VILLAGE APOTHECARY; PROMED PHARMACY INC; PRONTO PHARMACY #4; PRONTO PHARMACY #5; PROPHARMA LLC DBA ROSS DRUG, INC; PROPST DISCOUNT DRUGS; PRORX PHARMACY; PROSPECT PHARMACY; PROVIDENCE RX, INC.; PRUETT'S CUT RATE PHARMACY, LLC; PSJ PHARMACY LLC; PTG2, LLC DBA PRESCRIPTIONS TO GEAUX #2; PUCKETT DISCOUNT PHARMACY; PUGH DRUG INC DBA PROSPERITY DRUG COMPANY ; PURDY COST LESS PRESCRIPTIONS; PUTNAM VALLEY PHARMACY; PVR DRUGS INC; PWP MEDICAL, INC DBA BETHEL PHARMACY; Q CARE PHARMACY; QCP WYLIE, LLC DBA QUALITY CARE PHARMACY; QUADRA HEALTHCARE INC ; QUALITY CARE PHARMACY; QUALITY PHARMACY; QUEENS PHARMACY; QUEENS PHARMACY; QUEEN'S PRICE CHOPPER PHARMACY #10; QUEEN'S PRICE CHOPPER PHARMACY #4 ; QUEEN'S PRICE CHOPPER PHARMACY #6; QUEEN'S PRICE CHOPPER PHARMACY #7; QUEENSBRIDGE PLAZA PHARMACY CORP; QUICK PHARMACY; QUICKCARE PHARMACY; QUICKFILL PHARMACY; QUICKRX PHARMACY; QUIK-STOP PHARMACY ; R & M FAMILY PHARMACY ; R AND R PHARMACY; R AND R PHARMACY TWIN FALLS; R AND Z HOLDINGS, INC. DBA CAPITOL HEIGHTS PHARMACY; R D TANYA & VED LLC; R J JOMICI INC., DBA JOMICI APOTHECARY; R$S DRUG STORE 1 LLC; R&J DRUG COMPANY; R&J DRUG COMPANY 2; R&J DRUGS; R&K PHARMACY, INC DBA TALLENT DRUG CO; R&K PHARMACY, INC DBA TALLENT DRUG STORE LTC; R&R HEALTH CARE SOLUTIONS, INC.; R&S DRUG STORE 2 LLC ; R&S DRUG STORE 3 LLC; R.G. DRUG CORP DBA APTHORP PHARMACY ; RAINCROSS PHARMACY; RAINSVILLE DRUGS; RALPH'S THRIFTWAY PHARMACY; RAM PHARMACY; RANDOL MILL LTC PHARMACY - ARLINGTON, TX ; RANDOL MILL PHARMACY - ARLINGTON, TX; RANDOLPH PHARMACY LLC; RANN DRUGSTORE INC. ; RAPOPORT PHARMACY; RAPPS PHARMACY; RAPPS PHARMACY WEST; RARITAN VALLEY PHARMACY; RARX II LLC; RAVENSWOOD PHARMACY; RAWHIDE DRUG LLC; RAYSOL DRUGS INC ; RC MCDONALD CO DBA MCDONALD PHARMACY; RDS PHARMACY INC D/B/A CENTURY PHARMACY; REALO DISCOUNT DRUG STORES OF JOHNSTON COUNTY, INC; REALO DISCOUNT DRUGS; REALO DISCOUNT DRUGS; REALO DISCOUNT DRUGS; REALO DRUGS; REALO DRUGS; REALO DRUGS ; REALO DRUGS ; REALO DRUGS ;

COMPLAINT - 44

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington  98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

REALO DRUGS ; REALO DRUGS ; REALO DRUGS ; REALO DRUGS ; REALO DRUGS #10; REALO DRUGS #11; REALO DRUGS #2; REALO DRUGS #3; REALO DRUGS #4; REALO DRUGS #5; REALO DRUGS #6; REALO DRUGS #7; REALO DRUGS #9; REALO EXTENDED CARE PHARMACY ; REAMS SPRINGVILLE MARKET LLC; REAMS PALACE DRUG INC; RECTOR DOWNTOWN DRUG; RED BIRD PHARMACY; RED BUD PHARMACY; RED CLIFFS FAMILY PHARMACY; RED CROSS PHARMACY; RED OAK DRUG; RED ROCK PHARMACY, LLC; REDDISH PHARMACY; RED'S PHARMACY, LLC; REED DISCOUNT PHARMACY, INC; REED'S FAMILY PHARMACY, LLC; REEDS DRUG STORE, LLC; REEF FAMILY PHARMACY LLC; REEVES DRUG STORE; REFUAH RX LLC; REGENTS PHARMACY; REGISTER CLIFF PHARMACY; REIDLAND PHARMACY INC; REINBECK PHARMACY, INC; RELIANT PHARMACY; RELIANT PHARMACY DBA PINE BROOK PHARMACY ; REMEDIES LAKESIDE; REMEDIES PHARMACY; REMEDIES PHARMACY, INC.; REMEDY DRUG; RENUE PHARMACY SHERMAN; RENUE RX #1; RENUE RX #1 - TELP; RENUE RX #12; RENUE RX #2; RENUE RX #2- TELP; RENUE RX #3; RENUE RX #4; RENUE RX #5; RENUE RX #6; RESIDENT CARE PHARMACY; RESOLUTION RX INC.; RESTORE RX SPECIALTY PHARMACY; REUTZEL PHARMACY INC; REVIVE PHARMACY; REX PHARMACY INC; REYNOLDS PHARMACY; REYNOLDS PHARMACY LLC; RGV HOMETOWN PHARMACY PLLC; RHSC LLC; RIALTO FAMILY PHARMACY; RIALTO HEALTHCARE GROUP INC DB RIALTO PHARMACY; RICCIO FAMILY PHARMACY; RICE'S PHARMACY; RICE'S PHARMACY; RICHARD'S PHARMACY; RICHARD'S PHARMACY; RICHARD'S PHARMACY; RICHARD'S PHARMACY; RICHMOND APOTHECARIES INC. DBA BREMO PHARMACY; RICHMOND HILL PHARMACY; RICHMOND SPECIALTY SCRIPT DBA: RICHMOND PHARMACY; RICHWOOD PHARMACY; RIDGE CHEMISTS, LLC; RIDGE DISCOUNT PHARMACY; RIDGE WOOD PHARMACY; RIDGEWOOD PHARMACY LLC; RIDGMAR PHARMACY; RIESBECK FOOD MARKETS, INC. DBA RIESBECK'S PHARMACY; RIESBECK'S PHARMACY #14; RIESBECK'S PHARMACY #17; RIESBECK'S PHARMACY #7; RIGGINS PHARMACY, INC; RIGGS DRUG; RIGGS DRUG JACKSBORO; RIGHT WAY MEDS; RIGHTWAY PHARMACY LLC; RIGLEYS PHARMACY LLC; RILEY'S DRUGS; RING DRUGS LTD; RINGS PHARMACY; RIO GRANDE PHARMACY; RIO GRANDE PHARMACY, LLC; RIOS PHARMACEUTICALS LTD DBA LINO'S PHARMACY ; RISTWAY, INC. DBA NEW STANTON PHARMACY; RITCHIE PHARMACY LLC; RITE CHOICE PHARMACY; RITTER EXPRESS PHARMACY, INC; RIVER CITY PHARMACY; RIVER OAK PHARMACY; RIVER ROAD PHARMACY ; RIVER ROAD PHARMCY & GIFTS; RIVERDALE PHARMACY ; RIVERSIDE PHARMACY; RIVERSIDE PHARMACY ; RIVERVIEW PHARMACY LLC DBA: RIVERVIEW PHARMACY; RIVERWALK PHARMACY; RIVESVILLE COMMUNITY PHARMACY, INC.; RJGRX, INC; RJRX3, LLC; RMC PHARMACY BROCKTON; RMC PHARMACY DAY STREET; RMC PHARMACY TEMESCAL VALLEY; RML PHARMACY, P.C.; ROAN DRUG CO. LLC DBA THE MEDICINE SHOPPE # 2141; ROARK'S PHARMACY, INC.; ROBERT D. MABE INC - ASHVILLE APOTHECARY; ROBERTS SCARLETT PHARMACY, INC; ROBINS PHARMACY; ROBINSON FAMILY PHARMACY LLC; ROBINSON WELLNESS PHARMACY (MENDHAM, NJ) ; ROCK CREEK PHARMACY; ROCK DRUG STORE; ROCKERS PHARMACY, LLC; ROCKVILLE CENTRE PHARMACY; ROCKY MOUNT MEDICAL PARK PHARMACY INC. ; ROCKY MOUNTAIN PHARMACY OF ESTES PARK; ROCKY POINT PAVILION PHARMACY; ROCKY TOP PHARMACY; RODERICK PHARMACY GROUP INC DBA RX EXPRESS PHARMACY; RODRIGUEZ FAMILY PHARMACY; ROGAN'S COUNTRY PHARMACY; ROGERS DRUG COMPANY; ROGERS DRUG STORE CPA; ROGERSVILLE PHARMACY LLC; ROGERSVILLE PHARMACY LTC; ROLAND DRUG STORE; ROLAND DRUG STORE 2 ; ROSAUERS PHARMACY #10; ROSAUERS PHARMACY #14; ROSAUERS PHARMACY #2; ROSAUERS PHARMACY #26; ROSAUERS PHARMACY #27; ROSAUERS PHARMACY #29; ROSAUERS PHARMACY #3; ROSAUERS PHARMACY #33; ROSAUERS PHARMACY #37; ROSAUERS PHARMACY #39; ROSAUERS PHARMACY #40; ROSAUERS PHARMACY #42; ROSAUERS PHARMACY #7; ROSAUERS PHARMACY #9; ROSE DRUG; ROSE DRUG ; ROSE DRUG OF RUSSELLVILLE INC ; ROSE HILL PHARMACY; ROSE NURSING PHARMACY SERVICE; ROSE PHARMACY; ROSE ROCK PHARMACY, LLC; ROSE'S PHARMACY LLC; ROSENKRANS PHARMACY INC.; ROSENKRANS PHARMACY INC. D/B/A HILTON FAMILY PHARMACY; ROSENKRANS PHARMACY INC. D/B/A OAKFIELD FAMILY PHARMACY; ROSE'S PHARMACY PLUS; ROSEWOOD PHARMACY; ROSHAN PHARMACEUTICALS AND SURGICALS INC; ROSS BRIDGE PHARMACY; ROTARY DRUG; ROTARY DRUG; ROWAN DRUG, INC DBA THE MEDICINE SHOPPE; ROWAN PHARMACIST GROUP, INC DBA TOTAL CARE PHARMACY #7; ROWE'S PHARMACY; ROWLAND HEIGHTS PHARMACY; ROXBURY PHARMACY INC DBA ENCORE PHARMACY; ROY BRENT JORDAN DBA JORDAN PHARMACY; ROY'S DISCOUNT PHARMACY, LLC; ROYAL OAK PHARMACY; ROYAL PHARMACY II ; ROYAL STREET PHARMACY ; ROYALS PHARMACY, LLC; ROYALTY PHARMACY; R P HEALTHCARE, INC.; RPCB LLC DBA REED'S PHARMACY; RPH NOW LLC DBA MEDICINE SHOPPE ; RPH SOLUTION INC; RRS RX INC DBA MEDICINE CHEST PHARMACY; RSB FAIRCLOTH INC DBA HEALTHKEEPERZ PHARMACY; RSP

COMPLAINT - 45

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

PHARMACEUTICAL CORPORATION; RTL INC DBA BERGEN POINT APOTHECARY; RTS FAMILY DISCOUNT PHARMACY INC; RTY PHARMACEUTICAL; RUSHVILLE PHARMACY. INC.; RUSSELL SPRINGS PHARMACY; RUSS'S MARKET PHARMACY #7; RUSS'S PHARMACY #1; RUSS'S PHARMACY #2; RUSS'S PHARMACY #21; RUTMEL, INC D/B/A LIVING WELL PHARMACY; RUTOWSKI OF ALDEN INC DBA ALDEN PHARMACY; RUTOWSKI OF AMHERST INC DBA FAMILY MEDICAL PHARMACY; RUTOWSKI OF EAST AURORA INC DBA LARWOOD PHARMACY; RUTOWSKI OF KENMORE INC DBA KENMORE RX CENTER; RUXTON PHARMACY; RX EXPRESS PHARMACY; RX FOR ALL PHARMACY CORP; RX MANAGEMENT LLC DBA PROFESSIONAL PHARMACY; RX PARTNERS 001, LLC; RX PLUS PHARMACIES INC DBA PROFESSIONAL PHARMACY; RX PROFESSIONALS INC D/B/A THE MEDICINE SHOPPE #1536; RX STORES LLC / DAVID FALK; RX-CARE PHARMACY, 1477640670; RXCAROLINA LLC D/B/A ADAMS FARM PHARMACY; RXEAGLE LLC DBA WINNINGHAM PHARMACY ; RXHOUND, INC DBA ICARERX PHARMACY; RXLTC, PLLC (DBA: RX PHARMACY LTC); RXPLUS LIMITED, LLC DBA BUENA VISTA DRUG; RXRN HEALTH INC DBA THE PHARMACY AT FLIPPIN STATION; RXSB, INC. DBA MEDICINE SHOPPE #793; RXSTARTUP JUNE LIMITED PARTNERSHIP DBA: MILTON'S PHARMACY; RYAN DRUGS LLC; RYAN MEDICAL PHARMACY; RYAN PHARMACY; RYAN RABON, INC. D/B/A THE MEDICINE SHOPPE #1427; RYE BEACH PHARMACY; RYKA INCORPORATED DBA MEYER PHARMACY; S & B DRUGS; S & B HEALTH SYSTEMS LLC DBA WEST COCOA PHARMACY AND COMPOUNDING; S & J PHARMACY; S & W PHARMACY INC; S & W PHARMACY, INC.; S AND R DRUGS INC DBA SEARS PHARMACY; S BROS PHARMACY ; S&K HEALTHCARE LLC, DBA GWINNETT PHARMACY; S&L PHARMACY; S&R DRUG CO; S&R DRUG CO; S.V.R.H.PHARMACY INC; S4 PHARMACY INC DBA CITY CARE PHARMACY; SABETHA HEALTHCARE, INC. DBA SABETHA FAMILY PHARMACY; SADLER APOTHECARY D/B/A SADLER HUGHES APOTHECARY; SAENZ MEDICAL PHARMACY MCALLEN INC; SAENZ MEDICAL PHAEMACY LONESTAR INC; SAENZ MEDICAL PHARMACY AT RENAISSANCE INC; SAENZ MEDICAL PHARMACY NOLANA INC; SAENZ MEDICAL PHARMACY NORTH LLC; SAENZ MEDICAL PHARMACY PENITAS INC; SAENZ MEDICAL PHARMACY RIDGE INC; SAG HARBOR PHARMACY INC (DBA SAG HARBOR PHARMACY); SAGINAW VALLEY PHARMACY; SAI DRUGS INC; SAINT PARIS PHARMACY; SAINT THOMAS RX LLC DBA ST. THOMAS APOTHECARY; SALE CREEK PHARMACY, INC DBA FIRST CARE PHARMACY; SALEH PHARMACY INC ; SALINAS PHARMACY; SALMON PHARMACY LLC; SALVEO INTEGRATIVE PHARMACY; SALYERSVILLE PHARMACIST GROUP; SAM LEAKE LLC DBA LEAKE FAMILY PHARMACY; SAM'S PRESCRIPTION SHOP, INC. DBA SAM'S HEALTH MART PHARMACIES; SAMUEL J ROBINSON PHARMACY INC; SAN JOAQUIN DRUG INC; SAN RANCHO PHARMACY; SAND RUN PHARMACY; SANDERS DRUGS LLC; SANDERSVILLE DRUG CO; SANDERSVILLE DRUG CO, LLC; SANFORD PHARMACY ( VAISHNO-DEVI LLC ); SANO VITA INC DBA RIVERGATE PHARMACY; SANTAQUIN MARKET INC. DBA MACEY'S SANTAQUIN; SANTEE DRUG CENTER, LLC; SAPULPA DRIVE-IN PHARMACY; SARALAND PHARMACY; SARNO PHARMACY, LLC; SATER PHARMACY; SATYAM PHARMACY INC; SAV MOR PHARMACY; SAV MOR PHARMACY; SAV MOR PHARMACY; SAV MOR PHARMACY; SAV MOR PHARMACY; SAV MOR PHARMACY; SAV MOR PHARMACY; SAVE MART PHARMACY - QUINLAN, TX; SAVEWAY MARKET, INC; SAV-MOR DRUG LLC; SAV-MOR DRUGS AND GIFTS, LLC; SAV-RITE FAMILY PHARMACY SOUTH, LLC; SB PHARMACY INC. ; SBB PHARMACEUTICAL LLC; SBK PHARMA LLC (DBA: FAMILY PHARMACY); SBV PHARMACY CORP DBA MARCIA PHARMACY; SCAREAST PHARMACY INC D/B/A WILMONT PHARMACY; SCENIC PHARMACY INC.; SCHAEPER PHARMACY INC; SCHIEBER FAMILY PHARMACY ; SCHMIDT & SONS PHARMACY OF BLISSFIELD, INC.; SCHMIDT & SONS PHARMACY OF CLINTON, INC.; SCHMIDT AND SONS PHARMACY OF TECUMSEH, INC; SCHMITZ'S ECONOMART PHARMACY; SCHROPP PHARMACY INC; SCHULZ & WROTEN PHARMACY INC.; SCITUATE PHARMACY , INC.; SCOTLAND COUNTY COMMUNITY HEALTH DEVELOPMENT SERVICES DBA MEMPHIS COMMUNITY PHARMACY; SCOTLAND COUNTY PHARMACY; SCOTLAND DRUG COMPANY; SCOTT CITY PHARMACY; SCOTT COUNTY PHARMACY, INC; SCOTT DRUGS ; SCOTT FAMILY PHARMACY, LLC; SCOTT PHARMACY, INC. (D/B/A SCOTT PHARMACY); SCOTT-COOK PHARMACY ; SCOTT'S APOTHECARY, LLC; SCOTTS PHARAMCY LLC (DBA VALU-MED PHARMACY FT GIBSON); SCOTTSBORO FAMILY PHARMACY LLC; SCRIPT COMPANY INC. DBA ALLMED DRUGS DBA MEDICAL PLAZA PHARMACY; SCRIPTBLISS INC. DBA ROGERS PHARMACY; SCRIPTS FOR LIFE INC ( DBA SEACREST PHARMACY); SEABRIGHT PHARMACY INC DBA BAYSHORE PHARMACY; SEAJ PHARMACY CORPORATION; SEASHORE DRUGS; SEBASTOPOL FAMILY PHARMACY, INC.; SECTION PHARMACY INC.; SECUNDUM ARTEM ENTERPRISES, INC. DBA THE MEDICINE SHOPPE URBANA; SEELEY SWAN PHARMACY; SEELY ENTERPRISES INC., DBA TERREL'S THRIFTWAY; SEIFERT DRUG #2; SEIFERT DRUG #3; SEITZ DRUG; SEMINOLE DRUG; SEMMES PHARMACY; SEMO DRUGS OF KENNETT,INC/CHAD REGISTER; SENECA PHARMACY, INC; SENOIA DRUG

COMPLAINT - 46

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

COMPANY INC.; SENTRY DRUG CENTER #11 INC ; SENTRY DRUG CENTER 16 INC ; SENTRY DRUG CENTER 3 LLC; SERGEANT BLUFF PHARMACY ; SERVICE DRUG; SERVICE DRUG; SERVICE DRUG - LTC; SERVICE DRUGS; SERVICE DRUGS; SEVEN HILLS DRUGS INC; SEVEN LAKES PRESCRIPTION SHOPPE, INC; SEWARD PHARMACY LLC; SG PHARMACY INC DBA BROTMAN MEDICAL PHARMACY ; SHADE MOUNTAIN PHARMACY LLC; SHAFFER PHARMACY ; SHANE'S PHARMACY; SHANNON PHARMACY, ; SHANZO INC DBA REGENTS PHARMACY; SHARBAUGH'S DRUGSTORE, INC; SHARON PHARMACY; SHARSHON PHARMACY INC; SHATTO'S FRONTIER DRUG; SHAVANO OAKS PHARMACY; SHAVANO OAKS PHARMACY @ WESTOVER HILLS; SHAVER PHARMACY AND COMPOUNDING CENTER; SHAW'S PHARMACY ; SHEARUE INC DBA CLEVELAND PHARMACY ; SHEBA DISCOUNT PHARMACY ; SHEBA PHARMACY 2; SHEBA PHARMACY 3; SHEEHANS PHARMACY INC; SHEFFIELD'S PRAGUE PHARMACY; SHELBYVILLE PHARMACY; SHERIDAN EXPRESS PHARMACY ; SHERIDAN FAMILY PHARMACY; SHERMANS PHARMACY; SHERN DRUG INC. DBA CECIL'S PHARMACY; SHERRIE D. PAYNE DBA PAYNE FAMILY PHARMACY; SHERWOOD'S DRUG SHOP; SHILOH PHARMACY; SHIV-SHAKTI RX INC. D/B/A ST. ELIZABETH'S PHARMACY; SHOP AND CARRY PHARMACY LTC; SHOP AND CARRY PHARMACY PHARMACY ; SHOP N SAVE RX; SHORE PHARMACY; SHORES SPECIALTY PHARMACY LLC.; SHOSHONE PHARMACY; SHP HOPELAWN LLC; SHP MANALAPAN; SHP PARK SLOPE LLC DBA SUPER HEALTH PHARMACY PARK SLOPE; SHP WESTCHESTER LLC; SHPH LLC DBA SHEPHERDSTOWN PHARMACY; SHREE ANJANEYA LLC; SHREE GHANSHYAM INC. DBA SMART CARE PHARMACY; SHREE JI CORPORATION DBA VALLEY DISCOUNT PHARMACY; SHREEJEE RX INC; SHREY PHARMACY LLC DBA PINE BROOK PHARMACY ; SHRI GOVIND LLC DBA FLAGLER PHARMACY; SHRIVERS PHARAMCY #11; SHRIVERS PHARMACY #10; SHRIVERS PHARMACY #3; SHRIVERS PHARMACY #4; SHRIVERS PHARMACY #7; SHRIVERS PHARMACY #8; SHRIVERS PHARMACY #9; SHRIVERS PHARMACY & WELLNESS III; SHRIVERS PHARMACY & WELLNESS IV; SHRIVERS PHARMACY AND WELLNESS; SHRIVERS PHARMACY AND WELLNESS II; SHRIVES PHARMACY #5; SHRIVES PHARMACY #6; SHUBHA LLC DBA AURO PHARMACY; SICOMAC PHARMACY; SICOMAC PHARMACY LTC; SIDDHAYE CORPORATION D/B/A MEDICAL PLAZA PHARMACY; SIDNEY PHARMACY INC; SID'S LTC; SID'S PHARMACY; SIERRA BLANCA PHARMACY ; SIGLER LTC; SIGLER MEDICAL ARTS PHARMACY; SIGLER PHARMACY; SIGLER PHARMACY AT LFPC; SIGLER PRAIRIE STAR PHARMACY; SILVER CREEK PHARMACY & GIFTS; SILVERTIP PHARMACY; SIMCARE PHARMACY; SIMCARE SURGICAL LTD. D/B/A: SIMCARE PHARMACY; SIMFAROSE PHARMACEUTICAL SPECIALTY, INC.; SIMONS DISCOUNT PHARMACY; SIMPLY WELL PHARMACY; SIMPSON PHARMACY,INC; SIMS HEALTHCARE, INC DBA IHS PHARMACY #3; SIMS PHARMACY (DBA GULF BREEZE APOTHECARY); SKICO INC. DBA: MILLER'S PHARMACY; SKINNERS PHARMACY; SLATE HILL NEIGHBORX PHARMACY; SLOAN'S MANHEIM PHARMACY ; SLOAN'S PHARMACY INC; SLTN PHARMACY SERVICES, LTD D/B/A GUIDEPOINT PHARMACY; SMALL TOWN PHARMACY; SMALL TOWN PHARMACY 2; SMITH COUNTY DRUG CENTER INC; SMITH DRUG; SMITH DRUG & HOME MEDICAL; SMITH DRUG & HOME MEDICAL; SMITH DRUG AND COMPOUNDING; SMITH DRUG AND COMPOUNDING; SMITH DRUG AND COMPOUNDING; SMITH DRUG CO, INC.; SMITH DRUG CO, INC. DBA MINFORD PHARMACY; SMITH DRUG CO.; SMITH PHARMACY; SMITH RIKER PHARMACY, INC DBA A & O CLINIC PHARMACY; SMITHLAND PHARMACY INC; SMITHS DRUG STORE; SMITH'S PHARMACY; SMITH'S PHARMACY & HOME HEALTH CARE CENTER OF KENBRIDGE, VA; SMITHTON PHARMACY; SMPH LLC; SMZA ENTERPRISES LLC; SNAPP LEE INC. DBA WEBER CITY DRUG CENTER; SNELLS PHARMACY; SNIDER'S DISCOUNT PHARMACY; SNITEMAN INC.; SNOW HILL PHARMACY INC.; SOCASTEE PHARMACY LLC; SOEY RX INC DBA LOWENS PHARMACY; SOHAN RX INC DBA AVENUE C PHARMACY; SOHUM RX LLC; SOIA LLC DBA BLOOMFIELD DRUG STORE; SOLANO PHARMACY; SOLANO PHARMACY #2; SOMERSET PHARMACY LC; SONI INC DBA US PHARMACY 001; SOO'S DRUG, INC; SORCON INC., DBA RITCH'S PHARMACY; SOUND SHORE PHARMACY NEELKANTH LLC ; SOUTH BAY PHARMACY; SOUTH COAST PHARMACY; SOUTH DEARBORN PHARMACY; SOUTH EAST PHARMACY; SOUTH END PHARMACY; SOUTH LAKE DRUG; SOUTH OAKS PHARMACY; SOUTH SIDE DRUG INC; SOUTH WEBSTER PHARMACY, LLC; SOUTHALL PHARMACY, PLLC; SOUTHERN DRUG CO-DARIEN; SOUTHERN DRUG CO-JESUP; SOUTHERN DRUG COMPANY; SOUTHERN MOODYCARE DBA ARLINGTON REXALL DRUGS; SOUTHERN PHARMACARE; SOUTHERN PHARMACY; SOUTHERN PHARMACY OF ARKANSAS; SOUTHERN RX, LLC DBA LITHIA SPRINGS PHARMACY ; SOUTHFIELD PHARMACY; SOUTHPOINTE PHARMACY; SOUTHWEST PHARMACY, INC; SPALDING PHARMACY; SPAMONY20 LLC, DBA CORNER STONE PHARMACY; SPAN & TAYLOR DRUG CO.; SPARTAN PHARMACY; SPARTAN PHARMACY; SPARTAN PHARMACY; SPEARS PHARMACY INC; SPECIALTY PHARMA SAI INC., DBA MKT SPECIALTY PHARMACY; SPECIALTY RX CONSULTING LLC DBA NUTMEG PHARMACY ;

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

COMPLAINT - 47

SPECIALTY RX LLC DBA HIGHLAND PHARMCY; SPECIALTY SCRIPT FREEHOLD LLC DBA CENTRASTATE SPECIALTY SCRIPT; SPENCES MEDICAL CENTER PHARMACY; SPENCES MEDICAL CENTER PHARMACY; SPINDALE DRUG COMPANY, INC; SPRING CITY PHARMACY, LLC; SPRING PARK PHARMACY; SPRINGFIELD DRUG STORE, LLC; SPRINGFIELD PHARMACY; SPRINGTOWN PHARMACY; SPROUT'S DRUG STORE; SPRUCE MOUNTAIN PHARMACY INC.; ST BERNARD DRUGS 2 LLC; ST BERNARD DRUGS LLC; ST CLAIR DRUG COMPANY DBA GERALDINE DRUGS; ST GEORGE FAMILY PHARMACY; ST JAMES PHARMACY; ST LUKE PHARMACY INC; ST PAUL CORNER DRUG; ST. CLOUD PHARMACY AND WELLNESS CENTER INC; ST. FRANCIS DISCOUNT PHARMACY LLC ; ST. JOHN VALLEY LTC; ST. JOHN VALLEY PHARMACY; ST. JOHNS DRUG; ST. JUDE PHARMACY; ST. LUKES LOWCOST PHARMACY; ST. SIMONS DRUG CO.; ST.MARY PHARMACY; STAMFORD APOTHECARY, LLC D.B.A CHELSEA PHARMACY; STAMFORD APOTHECARY, LLC D.B.A CHELSEA PHARMACY; STANDARD DRUG; STANDARD PHARMACY; STANFORD DRUG; STAN-KEL PHARMACIES, INC. DBA STANLEY PHARMACY; STANLEY & TURNER DRUG CO. INC. DBA STANLEY PHARMACY COMPOUNDING CENTER; STANLEYVILLE FAMILY PHARMACY, INC; STANTON DRUGS, INC.; STAR DISCOUNT PHARMACY; STAR DISCOUNT PHARMACY; STAR DISCOUNT PHARMACY; STAR DISCOUNT PHARMACY; STAR DISCOUNT PHARMACY, INC; STAUFFERS OF KISSEL HILL; STAYTON PHARMACY LLC; STEDMAN DRUG CENTER; STEEL TOWN PHARMACY INC; STEELE PHARMACY; STEEN PHARMACY, LLC DBA PROFESSIONAL PHARMACY; STERLING PHARMACY; STERLING PHARMACY; STERLING PHARMACY GROUP; STERLING RETAIL KC; STEVEN G SPRUILL D/B/AMADDOX DRUGS; STEVERSON PHARMACY SERVICES,INC DBA KING DISCOUNT DRUG; STEVE'S DISCOUNT DRUGS, INC; STEWART PHARMACY LLC, DBA: STEWART'S BASIN FAMILY PHARMACY; STOCKMEN'S DRUG; STOKES PHARMACY INC; STOLLS PHARMACY, INC.; STONE PLAZA PHARMACY; STONE'S PHARMACY; STONE'S PHARMACY INC; STOVALL'S PRESCRIPTION SHOP, INC; STRATTON PHARMACY; STRAWBERRY HILLS PHARMACY ; STREU'S PHARMACY; STRICKLAND'S CASH & SAVE DISCOUNT PHARMACY INC.; STRONG-HURT PHARMACY; STROUD DRUG; STUCKEY PHARMACY, LLC; STUCKI FAMILY PHARMACY LLC; SUBLIMITY PHARMACY SERVICES, INC.; SUBURBAN PHARMACY ; SULLIGENT DRUG; SULLIVAN DRUGS INC.; SULLIVAN DRUGS INC.; SULLIVAN DRUGS OF LITCHFIELD, INC.; SULLIVAN DRUGS OF STAUNTON, INC.; SULLIVAN WHOLSALE DRUG CO D/B/A SULLIVAN DRUGS; SULLIVAN'S DISCOUNT DRUGS; SULTAN PHARMACY & NATURAL CARE; SULTANA RX INC (DBA LIGHTHOUSE PHARMACY); SUMAS DRUG INC; SUMMERTON DRUGS COMPOUNDING & DISPENSARY, LLC ; SUMMIT HEALTH PHARMACY INC; SUMMIT PARK PHARMACY, INC; SUMMIT PHARMACY OF IOWA, INC; SUMRALL DRUG STORE; SUN DISCOUNT PHARMACY; SUN HEALTH SYSTEMS LLC; SUN PHARMACY; SUN PHARMACY OF BRADENTON; SUN PHARMACY OF VENICE; SUNFRESH; SUNNY PHARMACY; SUNRAY DRUGS 56TH & MARKET ST; SUNRAY DRUGS 60TH STREET; SUNRAY DRUGS BALTIMORE AVE; SUNRAY DRUGS C STREET; SUNRAY DRUGS CHESTNUT PLAZA; SUNRAY DRUGS LLC; SUNRAY DRUGS SPECIALTY; SUNRAY GERMANTOWN AVE; SUNRAY PROGESS PLAZA; SUNRISE RX INC.; SUNSET PHARMACY INC; SUNSHINE FAMILY PHARMACY; SUNWAY PHARMACY; SUPER 1 PHARMACY #30; SUPER 1 PHARMACY #35; SUPER DISCOUNT DRUGS; SUPER DISCOUNT PHARMACY LLC; SUPER HEALTH PHARMACY; SUPER HEALTH PHARMACY CROFTON; SUPER HEALTH PHARMACY NJ LLC; SUPER SAVER PHARMACY #11; SUPER SAVER PHARMACY #12; SUPER SAVER PHARMACY #17; SUPER SAVER PHARMACY #18; SUPER SAVER PHARMACY #27; SUPER SAVER PHARMACY #28; SUPER SAVER PHARMACY #4; SUPER SAVER PHARMACY #9; SUPER V DRUGS; SUPERIOR CARE PHARMACY INCORPORATED; SUPERPHARM INC D/B/A FLAG PHARMACY; SUPERPHARM INC D/B/A FLAG PHARMACY; SUPREME PHARMACY ; SURE DRUGS; SURGOINSVILLE PHARMACY; SUSSEX PHARMACY; SUTTER PHARMACY; SUTTER PHARMACY SOLUTIONS; SUTTON PHARMACY; SWAN SERV-U PHARMACY; SWARTZ CREEK FAMILY PHARMACY LLC; SWEET SPRINGS PHARMACY; SWEETGRASS PHARMACY; SWEETGRASS PHARMACY CAROLINA PARK; SWEETGRASS PHARMACY CAROLINA PARK LTC; SWIPHT PHARMACY INC; SWISHER AND LOHSE PHARMACY; SWORDS' FAMILY PHARMACY; SYMART DRUG CO. INC. DBA PRESCRIPTION CENTER OF OSSINING; SYNERGY HEALTHCARE, INC, DBA ROBICHAUX'S PHARMACY; SYRACUSE COMMUNITY HEALTH PHARMACY; T & C PHARMACY INC; T E E M TRADING COMPANY INC DBA TOPEKA PHARMACY; T&E TAYLOR, INC DBA COMMUNITY DRUG ; T&T CARE, INC DBA: T&T PHARMACY; T&T CARE, INC DBA: T&T PHARMACY 2; TABLE ROCK PHARMACY; TABLETS PHARMACY INC; TABOR CITY MEDICINE MART, INC.; TACKETT COMPOUNDING PHARMACY; TACKETT PHARMACY AND NUTRITION CENTER; TACONIC PHARMACY INC.; TADZIU INC DBA THE HOMETOWN PHARMACY; TAHELQUAH MEDICAL CENTER PHARMACY INC; TAHLEQUAH DRUG COMPANY LLC ; TAK HEALTHCARE INC; TALLAPOOSA RX LLC DBA TALLAPOOSA DRUGS; TANGLEWOOD DRUGSTORE; TANGLEWOOD PHARMACY, INC; TAYLOR

COMPLAINT - 48

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

COUNTY DRUG CO., INC D/B/A KNIGHT'S PHARMACY; TAYLOR DRUG; TAYLOR DRUG OF AMERICAN FORK; TAYLOR DRUG OF LINDON; TAYLOR PHARMACY GROUP, INC DBA FOLKSTON PHARMACY ; TAYLORSVILLE DRUG CO INC; TC FLYNN'S PHARMACY; TDS INC; TDS INC. DBA CRYSTAL FALLS PHARMACY; TDS INC. DBA NORWAY PHARMACY; TDS INC. DBA THE DRUG STORE OF IRON MOUNTAIN; TEASLEY DRUG; TEHAMA PHARMACY AND TRADING COMPANY, INC. DBA ELMORE PHARMACY; TEKO PHARMACY; TEL-12 PHARMACY ; TEMPERANCE APOTHECARY LLC, DBA CRARY DRUG; TEMPLE PHARMACY INC; TEN ACRES PHARMACY; TENS PHARMACY; TEPPER PHARMACY; TERRACE APOTHECARY INC DBA HAWORTH APOTHECARY; TERRADISE PROPERTIES DBA THE MEDICINE SHOPPE #1503; TERRY'S PHARMACY INC; TERRY'S PHARMACY INC JACKSBORO; TEXAS ROAD APPLEGARTH, LLC DBA TEXAS ROAD PHARMACY; THE APOTHECARY SHOP; THE APOTHECARY SHOPPE OF NORTHEAST ARKANSAS DBA DELTA COMMUNITY PHARMACY; THE APOTHECARY SHOPPE PHARMACY; THE BORDEN COMPANY, LLC DBA BORDEN FAMILY PHARMACY; THE CORNER DRUG STORE LLC; THE CORNER DRUGSTORE; THE CROSS PHARMACY; THE DAILY DOSE PHARMACY; THE DICKSON APOTHECARY DBA THE MEDICINE SHOPPE #1873; THE DOWNTOWN DRUGSTORE LLC; THE DRUG STORE AT STEVENSON; THE DRUG STORE INC.; THE DRUG STORE INC.; THE DRUG STORE, INC; THE DRUGSTORE AT OU; THE HASKELL DRUG STORE, INC.; THE HEALTH SHOPPE DBA LIFE PHARMACY; THE HOMETOWN PHARMACY; THE HOMETOWN PHARMACY; THE HOMETOWN PHARMACY; THE HOMETOWN PHARMACY; THE HOMETOWN PHARMACY; THE HOMETOWN PHARMACY; THE HOMETOWN PHARMACY; THE HOMETOWN PHARMACY LTC; THE MARKET PHARMACY; THE MED SHOP PHARMACY; THE MED SHOP PHARMACY; THE MEDICINE CABINET - WARD STREET, LLC; THE MEDICINE CABINET OF ALMA, LLC; THE MEDICINE CABINET OF BRUNSWICK, LLC; THE MEDICINE CABINET OF DUBLIN, LLC; THE MEDICINE CABINET OF LAKE CITY; THE MEDICINE CABINET OF WAYCROSS - DOWNTOWN, LLC; THE MEDICINE CABINET OF WAYCROSS, LLC; THE MEDICINE CABINET, LLC; THE MEDICINE SHOPPE; THE MEDICINE SHOPPE; THE MEDICINE SHOPPE; THE MEDICINE SHOPPE; THE MEDICINE SHOPPE; THE MEDICINE SHOPPE ; THE MEDICINE SHOPPE ; THE MEDICINE SHOPPE #0563; THE MEDICINE SHOPPE #0804; THE MEDICINE SHOPPE #2151; THE MEDICINE SHOPPE 0108; THE MEDICINE SHOPPE 1554; THE MEDICINE SHOPPE LTC; THE MEDICINE SHOPPE PHARMACY; THE MEDICINE SHOPPE PHARMACY #1731; THE PECK GROUP, INC. DBA TIPTON PHARMACY; THE PHARMACIE SHOPPE; THE PHARMACY EXPERIENCE NETWORK; THE PHARMACY, LLC; THE PILL PEDDLER PHARMACY, LLC ; THE PRESCRIPTION SHOP; THE PRESCRIPTION SHOPPE; THE RX SHOPPE INC.; THE VILLAGE PHARMACY AND COMPOUNDING; THE VILLAGE PHARMACY AND COMPOUNDING; THE VILLAGE PHARMACY AND COMPOUNDING #2; THE VILLAGE PHARMACY AND COMPOUNDING #3; THE VILLAGE PHARMACY AND COMPOUNDING #4; THEATRE PHARMACY COMPANY INC.; THEDRUGSTORE ON EAST STATE ; THEMARSHRX DBA GUIDEPOINT PHARMACY 112; THEPHARMACY, LLC DBA THE PHARMACY AT WELLINGTON; THILO PHARMACY SERVICES LLC; THOMAS DRUG COMPANY DBA BRUMFIELD'S DRUGS; THOMAS DRUG STORE OF DUNN, INC.; THOMAS DRUGS; THOMAS DRUGS; THOMAS DRUGS INC; THOMAS WILSON PHARMACY, INC.; THOMASTON PHARMACY PLLC; THOME ENTERPRISES LLC DBA HOWARD'S DRUG; THOMPSON DRUG SOUTH, INC.; THOMPSON PHARMACY; THOMPSON PHARMACY AND MEDICAL; THOMPSON PHARMACY INTOWN; THOMPSON PHARMACY OLESON'S EAST; THOMPSON PHARMACY OLESON'S WEST; THOMPSON'S PHARMACY; THOMSON DRUG COMPANY; THORNES DRUG CENTER, INC; THORNHILL'S PHARMACY; THORNHILL'S PHARMACY; THREE GUYS PHARMACY, INC DBA TOTAL CARE PHARMACY; THREE NOTCH PHARMACY LLC ; THREE OAKS PHARMACY, LLC; THRIFT TOWN DRUGS LLC ; THRIFT-TOWN HEALTHMART PHARMACY; THRIFTWAY PHARMACY; THRIFTWAY PHARMACY; THRIFTWAY PHARMACY ; THRIFTY MAC DISCOUNT DRUG, INC. ; THRIFTY PHARMACY; THRIFTY PHARMACY EDMOND; THRIFTY PHARMACY III, INC; THRIFTY WHITE PHARMACY; THROGGS NECK PHARMACY; THURMAN'S PRO-MED PHARMACY; THURMAN'S PRO-MED PHARMACY MORRIS COUNTY; THURMONT PHARMACY ; TIDEWATER DRUG AND HEALTH CARE ; TIFFANY NATURAL PHARMACY ; TIGER DRUG COMPANY INC; TIM MITCHELL MEDICAL, INC ; TIMBER RIDGE PHARMACY INC; TIM'S PHARMACY; TIN RX 805; TIN RX 806; TIN RX 807; TIN RX 808; TIN RX AT THE TOWER; TIN RX CASTRO SAN FRANCISCO; TIN RX LATIMERS PHARMACY; TIN RX OLD TIME DRUGS; TINLEY PARK PHARMACY, INC; TIPTON PHARMACY; TITUSVILLE MS,LLC; TJD ENTERPRISES LLC - DOEHRINGS PHARMACY; TLC MEDICAL ARTS PHARMACY ; TLC PHARMACY; TLC PHARMACY & MEDICAL EQUIPMENT #1; TLC PHARMACY & MEDICAL EQUIPMENT #2; TMJ INC DBA: JOLLEY'S PHARMACY REDWOOD; TNL PHARMACY CORPORATION DBA HONG'S PHARMACY; TOLEDO PHARMACY; TOM'S PHARMACY, LLC; TOMAHAWK PHARMACY, LLC; TOMASSETTI DRUG CORP; TOMLINSON PHARMACY; TOMLYN, INC. DBA MEDICINE

COMPLAINT - 49

SHOPPE 0128; TOMPKINSVILLE DRUGS,LLC; TOMPKINSVILLE RX INC; TOM'S FAMILY PHARMACY; TOM'S NEW PLACE, LLC DBA STANDARD PHARMACY @ HEALTHFIRST; TONYS MEDICENTER PHARMACY ; TONYS PHARMACY; TOP NOTCH PHARMACY ; TOP VALUE PHARMACY LLC; TOTAL CARE PHARMACY 1; TOTAL CARE PHARMACY 2; TOTAL CARE PHARMACY 3; TOTAL CARE PHARMACY 4; TOTAL CARE PHARMACY 5; TOTAL DOSE PHARMACIES; TOTAL PHARAMACY CARE; TOTAL PHARMACY CARE #3; TOTAL PHARMACY CARE #4; TOTAL PHARMACY CARE #5; TOTAL PHARMACY CARE #6; TOTAL PHARMACY CARE OF BELFRY; TOTAL PHARMACY ENNIS; TOTALCARERX,INC.; TOTALCARERX,INC.; TOWER PHARMACY; TOWN & COUNTRY DRUG; TOWN AND COUNTRY PHARMACY; TOWN AND COUNTRY PHARMACY, INC DBA WEAVER PHARMACY; TOWNE DRUGS LLC; TOWNVILLE, INC.; TPS COMPOUNDING AND LONG TERM CARE PHARMACY ; TRAINOR-CLEVENGER DRUG STORE; TRAPP PHARMACY; TREMONT PHARMACY; TRI CITY RX PHARMACY, INC.; TRIMBLE PHARMACIST GROUP; TRINITY DISCOUNT DRUGS LLC; TRINITY PHARMACY ; TRINITY PHARMACY INC; TRIPHARMA INC; TROTTA'S WEST STREET PHARMACY INC.; TROY PHARMACY LLC; TRUCARE PHARMACY; TRUCARE PHARMACY, LLC; TRUE CARE PHARMACY; TRUE CARE PHARMACY 3; TRUE PHARMACY; TRUE PHARMACY ON DEVINE; TRUMM DRUG CLINIC PHARMACY; TRUMM DRUG ELBOW LAKE; TRUMM DRUG GLENWOOD; TRUMM DRUG INCORPORATED; TRUMM DRUG PARKERS PRAIRIE; TRUPTISUDHIR PHARMACY CORP DBA SIRISHA PHARMACY; TRUTT'S PHARMACY LLC; TT HEALTHCARE INC; TTT HEALTHCARE INC; TU QUYNH PHARMACY, INC.; TUALATIN PHARMACY; TUSTIN NEWPORT PHARMACY INC DBA TUSTIN PHARMACY; TWIN CITY DRUG CO ; TWIN CITY DRUGS, INC. DBA: HICKORY HILL PHARMACY; TWIN CITY PHARMACY; TWIN CITY PHARMACY, INC.; TWIN CITY PHARMACY, INC.; TWIN PHARMACY CORP; TWINS PHARMACY 2 CORP; TWINSRX LLC DBA KEYSTONE PHARMACY NEW ALEXANDRIA, PA; TWINSRX LLC DBA KEYSTONE PHARMACY, TURTLE CREEK, PA; TWO FISHES INC (DBA ROGER'S FAMILY PHARMACY) ; TXPHARMACISTS LLC; TYSON DRUGS INC; TYSON DRUGS INC; U.S. COMPLETE CARE; U.S. DRUGS INC DBA AMERICAN DRUGS; ULTRA CARE PHARMACY; ULTRA CARE PHARMACY ; UMA PARVATI LLC, DBA: NILES WELLCARE PHARMACY; UNCHAINED RX, INC DBA BUENA VISTA FAMILY PHARMACY; UNION CENTER PHARMACY; UNION DRUGS; UNION DRUGS ; UNION PHARMACY; UNION PRESCRIPTION CENTER; UNION PRESCRIPTION CENTER I INC; UNITED DRUG & LIQUOR INC.; UNITED RX LLC; UNLIMITED RX, LLC DBA TRU-VALU DRUGS OF SANFORD; UPLAND FAMILY PHARMACY; UPPER DARBY FAMILY PHARMACY; UPSTATE FAMILY DRUGS LLC; UPTOWN PHARMACY, LLC; UPTOWN PHARMACY, LLC DBA ESSENTRA PHARMACY; UR CARE PHARMACY MD LLC; URX 2 DBA UNITY PHARMACY ; URX 3,LLC DBA UNITY PHARMACY ; URX 4,LLC DBA UNITY PHARMACY ; URX, LLC DBA UNITY PHARMACY ; URX6, LLC DBA ARROW PHARMACY ; U-SAVE PAVILION PHARMACY; U-SAVE PHARMACY KEARNEY; USPRX INC - U-SAVE PHARMACY OGALLALA; V L S ALLEON DRUGS INC; VAIDEHI INC; VAIL RANCH PHARMACY; VALLE VERDE PHARMACY; VALLEY CARE PHARMACY; VALLEY DRUG CO; VALLEY DRUG INC; VALLEY DRUG OF MALTA, INC.; VALLEY DRUGS, INC; VALLEY GRANDE PHARMACY; VALLEY MEDICAL PHARMACY; VALLEY MEDICAL PHARMACY DBA MANOR DRUG MEDICAL & MOBILITY; VALLEY PHARMACY; VALLEY PHARMACY; VALLEY PHARMACY; VALLEY PHARMACY & DME; VALLEY PHARMACY & DME OF EAST ALABAMA; VALLEY PHARMACY, INC; VALLEY PRESCRIPTION AND COMPOUNDING PHARMACY; VALMED PHARMACY SOLUTIONS, LLC; VALPARAISO PROFESSIONAL PHARMACY, P.C.; VALU DISCOUNT, INC. DBA VALUMARKET; VALU DISCOUNT, INC. DBA VALUMARKET; VALUE CENTER PHARMACY; VALUE SPECIALTY PHARMACY, LLC; VALU-MED PHARMACY; VAL-U-MED PHARMACY; VALUMED PHARMACY, LLC DBA MURPHYS PHARMACY; VALURITE DISCOUNT PHARMACY; VALU-RITE PHARMACY; VAN HOUTEN PHARMACY; VANDEL DRUG LLC; VARSHA CORP. DBA ALVARADO COMMUNITY PHARMACY-LTC; VASO RPH SOLUTION INC ; VEDIC PHARMACY DBA GURLEYS PHARMACY ; VEERAJ LLC; VENKAT PHARM INC; VG WELLNESS PHARMACY, INC.(DBA: VERMONT GALLERIA PHARMACY); VIA LIDO DRUG CORPORATION DBA VIA LIDO DRUGS (QUALITY DRUGS HOLDING CORPORATION); VICTOR DRUG; VICTORIA HOLST, DBA THE MEDICINE STORE; VICTORS MEDICENTER PHARMACY ; VICTREE, LLC; VIENNA DRUG CENTER,INC.; VIHARSH LLC DBA POWAY PHARMACY; VILAS LTC PHARMACY; VILAS PHARMACY; VILAS PHARMACY; VILAS PHARMACY; VILAS PHARMACY; VILAS TELEPHARMACY; VILLA RICA DRUGS; VILLAGE APOTHECARY INC DBA COLLEGE HILL PHARMACY & MEDICAL; VILLAGE APOTHECARY INC DBA WEST GATE PHARMACY; VILLAGE OF GILBERT PHARMACY LLC; VILLAGE PHARMACY; VILLAGE PHARMACY; VILLAGE PHARMACY; VILLAGE PHARMACY; VILLAGE PHARMACY; VILLAGE PHARMACY; VILLAGE PHARMACY AT SPRINGHOUSE; VILLAGE PHARMACY CORP (DBA VILLAGE APOTHECARY); VILLAGE PHARMACY ELLSWORTH; VILLAGE PHARMACY GLENWOOD; VILLAGE PHARMACY OF HAMPSTEAD INC; VILLAGE PHARMACY OF LOCKPORT, INC.; VILLAGE

COMPLAINT - 50

PHARMACY OF NOKOMIS, LLC; VILLAGE PHARMACY OF WAKE FOREST, LLC; VILLAGER TELEPHARMACY; VINA PHARMACY ; VINE PHARMACY; VINEYARD SCRIPTS; VIP PHARMACY; VISELS PHARMACY; VISTA PHARMACY LLC; VISTACARE PHARMACY SERVICES 2, LLC; VISTACARE PHARMACY SERVICES, LLC; VOHS PHARMACY, INC.; VORAC PHARMACY LLC; VORAC PHARMACY LLC; VPRP INC DBA VILLA PARK PHARMACY; VRAJ INC DBA ACE PHARMACY; VRAJ PHARMACY LLC, DBA ALL CARE PHARMACY; VSLV PHARMACY INC D/B/A TAPPAHANNOCK PHARMACY 4803905; VYTO'S PHARMACY 1; VYTO'S PHARMACY 2; VYTO'S PHARMACY 3; WAGNER PHARMACY; WAGNER'S MOUNT IDA PHARMACY; WALHALLA PRESCRIPTION SHOP; WALKER DRUG; WALKER PHARMACY; WALL DRUGS OF JOHNSONVILLE, INC.; WALL DRUGS OF PAMPLICO, INC.; WALLACE COUNTY DRUG; WALLACE PHARMACY INC.; WALLY SHONG PHARMACY; WALLYS PHARMACY; WALPOLE PHARMACY; WALPOLE PHARMACY, INC.; WALT CHURCHILL'S MARKET PHARMACY ; WALTER CWIETNIEWICZ DBA ELLIS PRESCRIPTION PHARMACY ; WALTERS PHARMACY ; WALTER'S PHARMACY INC.; WALTON & WALTON, INC.)DBA WALTON DRUG OF MORENCI; WALTON DRUG COMPANY INC; WAMEGO DRUG STORE, INC; WARD'S PHARMACY LLC; WARREN MS,LLC; WARRENS DRUG STORE, INC; WARRENSVILLE DRUG; WASEMS INC; WASEM'S LTC; WASHINGTON HEIGHTS PHARMACY; WASHINGTON SQUARE PHARMACY, INC.; WASHINGTON THRIF-T-WAY; WASHINGTONVILLE PHARMACY, INC. / MARK FREITAS; WATCH CITY PHARMACY; WATCH CITY PHARMACY; WATERFRONT FAMILY PHARMACY; WATERTOWN PHARMACY ; WATERTOWN PHARMACY DBA SPRING PARK PHARMACY; WATERTOWN PHARMACY DBA WATERTOWN RX LTC; WATERWAY PHARMACY LLC; WATSONVILLE PHARMACY ; WAYFIELD PHARMACY INC; WAYNE COUNTY PHARMACY ; WAYNE DRUG CO INC; WCS PHARMACY; WE CARE PHARMACY, LLC; WEAR DRUG; WEAR DRUGS INC DBA BRACKIN DRUGS; WEAR LTC; WEATHERWAX FAMILY PHARMACIES, INC.; WEATHERWAX FAMILY PHARMACIES, INC.; WEAVERVILLE PHARMACY; WEBB'S FAMILY PHARMACY 3, LLC; WEBB'S FAMILY PHARMACY, INC; WEBB'S FAMILY PHARMACY, LLC; WEBB'S FORT MYERS PRESCRIPTION SHOP, INC; WEBSTER DRUGS INC; WEBSTER PHARMACY; WEDGEWOOD PHARMACY; WELDON PHARMACY, INC; WELLCARE PHARMACY; WELLCARE PHARMACY LLC; WELLCREEK PHARMACY BETHALTO; WELLCREEK PHARMACY CHARLESTON; WELLCREEK PHARMACY MIDDLETON; WELLNESS MART PHARMACY ; WELLRX PHARMACY INC; WELLS BROS. PHARMACY SERVICES, LLC; WELLS DISCOUNT DRUGS, INC; WELLS DRUG; WENONA PHARMACY ; WESLACO PHARMACY INC.; WEST ALONDRA MEDICAL PHARMACY; WEST END PHARMACY; WEST END PHARMACY; WEST END RX CORPORATION; WEST GEORGIA HOME MEDICAL EQUIPMENT CO. INC DBA HOLMES PHARMACY; WEST GORDON PHARMACY; WEST HARTFORD APOTHECARY; WEST HEMPSTEAD PHARMACY; WEST KNOX PHARMACY, LLC; WEST OLYMPIA PHARMACY, PLLC; WEST OLYMPIA PHARMACY, PLLC; WEST PERRY PHARMACY; WEST SIDE PHARMACY, INC; WESTBURY PHARMACY, INC; WESTER DRUG, INC DBA WESTER DRUG; WESTER DRUG, INC DBA WESTER DRUG; WESTERN DRUG LTC; WESTERN DRUG PHARMACY; WESTERN DRUG, INC; WESTERN MEDICAL PHARMACY,INC.; WESTLAKE DRUG & GIFTSHOP; WESTPORT APOTHECARY INC; WESTSIDE PHARMACY INC; WESTSIDEFAMILY PHARMACY LLC; WEXLER'S LAKE MILTON PHARMACY; WH PHARMACY 1, LLC; WHEATLAND APOTHECARY LLC DBA OROVILLE CARE PHARMACY ; WHEATRIDGE DRUG STORE, LLC DBA WHEAT RIDGE PROFESSIONAL PHARMACY; WHEELER DRUG CORP DBA CEDAR BLUFF PHARMACY; WHEELER PHARMACY, LLC DBA THE DRUG STORE; WHISPERING PINES PRESCRIPTION SHOPPE, LLC; WHITAKER DRUGS, LLC; WHITAKER PHARMACARE, INC.; WHITE FLINT FAMILY PHARMACY; WHITE HALL PHARMACY, LLC.; WHITE HALL PHARMACY, LLC. ; WHITE MARSH PHARMACY; WHITE MEMORIAL MEDICAL PLAZA PHARMACY; WHITE PIGEON PHARMACY; WHITEHALL PHARMACY; WHITEHALL PHARMACY LLC DBA DOCTOR'S ORDERS PHARMACY ; WHITE'S PHARMACY; WHITESELL LONG TERM CARE PHARMACY; WHITESELL PHARMACY; WHITESTONE PHARMACY ; WHITING COMMUNITY PHARMACY, INC. ; WHITLEY'S PHARMACY; WHITTIER COMMUNITY PHARMACY; WHITTIER INTERCOMMUNITY PHARMACY; WHOLE HEALTH PHARMACY ; WHOLE HEALTH PHARMACY, INC., DBA CLEARSPRING PHARMACY, LTD.; WICHITA COUNTY PHARMACY ; WIENNER, INC. DBA MT. VERNON PHARMACY; WIGGINS DRUGS LIMITED; WIGGINS DRUGS LIMITED; WIGGINS DRUGS LIMITED; WIGGINS DRUGS, LIMITED; WIL SAV DRUGS SWEETWATER; WILCO DRUGS, LLC; WILDCAT PHARMACIST GROUP; WILKES APOTHECARY LLC D/B/A FIEVET PHARMACY; WILKES APOTHECARY LLC D/B/A FIEVET PHARMACY ; WILLIAM C MILLER, DBA MILLER DRUG; WILLIAMS PHARMACY HOLDINGS #1, LLC - SOUTH FORK PHARMACY; WILLIAMSBURG DRUG 1963; WILLIAMSBURG DRUG CO., INC; WILLIAMSPORT PHARMACY; WILLOW BARK PHARMACY 1; WILLOW BARK PHARMACY 2; WILLOW CREEK PHARMACY; WILMINGTON PHARMACY; WILMORE PHARMACIST GROUP; WILSON BEARDEN PHARMACY; WILSON PHARMACY;

COMPLAINT - 51

TERRELL MARSHALL LAW GROUP PLLC
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com

WILSON'S PHARMACY; WILSON'S SAV MOR DRUGS; WILSONVALUE DRUG STORE; WINDHAM PHARMACY; WINEGARS SUPERMARKETS INC; WINFIELD HOLDINGS, LLC DBA WINFIELD DRUGS; WINFIELD PHARMACY, INC.; WINKELMANN RX, INC. DBA WINKELMANN DRUG; WINKELMANN SONS DRUG CO; WINN WAY PHARMACY; WINNEBAGO SNYDERS PHARMACY; WINONA DRUGS; WINSHIPS PHARMACY; WINSHIPS PRESCRIPTION CENTER; WIREGRASS COMMUNITY PHARMACY; WISDOM DRUG LLC (VANDIVORT DRUG); WISNER APOTHECARY; WOLF RIVER PHARMACY; WOLFE'S PHARMACY; WOLKAR DRUG; WOODBINE PHARMACY ; WOODBRIDGE PHARMACY; WOODFORD FAMILY PHARMACY; WOODHILLS RX CORP.; WOODLANDS PHARMACY; WOODSBORO PHARMACY, INC. DBA VILLAGE PHARMACY ; WOODSPRINGS PHARMACY; WOODWARD PHARMACY ; WOODWARD SQUARE PHARMACY ; WOODY WEAVER PHARMACY; WOODY'S DOWNTOWN PHARMACY ; WOODY'S LONGBRANCH PHARMACY ; WOODY'S PHARMACY INC; WOORI PHARMACY, INC; WORTHY PHARMACY, LLC; WRAY'S CHALET PHARMACY; WRAY'S THRIFTWAY PHARMACY; WRIGLEY S RX PHARMACY; WRIGLEYS PHARMACY 1; WRIGLEYS PHARMACY 2; WRIGLEYS PHARMACY 3; WRIGLEYS PHARMACY 4; WRIGLEYS PHARMACY 6; WRIGLEYS PHARMACY 7; W-S ASSOCIATES INC DBA APPLE DISCOUNT DRUGS; W-S ASSOCIATES INC DBA APPLE DISCOUNT DRUGS #2; WURLITZER FAMILY PHARMACY; WYANDOTTE PHARMACY, INC.; WYANDOTTE PHARMACY, LLC; WYATT'S PHARMACY; WYATT'S TORCH INC. TA BELL PHARMACY; WYCKLOFF SPECIALTY SCRIPT DBA: THE LOBBY PHARMACY; WYNNE APOTHECARY; XPRESS PHARMACY INC; YALAMANCHILI PHARMACY INC DBA DELTA DRUGS; YALE DRUG INC; YASIK 2 INC, DBA AVONORA PHARMACY; YATES PHARMACY; YE OLDE SHOPPE DBA THE APOTHECARY AT ST JAMES; YEE'S PRESCRIPTION PHARMACY ; YELLOW RIVER PHARMACY; YMA PHARMACY INC.; YNAAM LLC DBA NOUR PHARMACY; YODER'S PHARMACY; YOKES PHARMACY #10; YOKES PHARMACY #11; YOKES PHARMACY #12; YOKES PHARMACY #13; YOKES PHARMACY #14; YOKES PHARMACY #15; YOKES PHARMACY #16; YOKES PHARMACY #17; YOKES PHARMACY #18; YOKES PHARMACY #19; YOKES PHARMACY #21; YOKES PHARMACY #22; YOKES PHARMACY #3; YOKES PHARMACY #4; YOKES PHARMACY #5; YOKES PHARMACY #7; YOKES PHARMACY #8; YOKES PHARMACY #9; YORBA LINDA PHARMACY; YORK PHARMACY; YORK STREET PHARMACY ; YORKE PHARMACY; YORKTOWN PHARMACY; YOU 1ST PHARMACY, LLC DBA YOU 1ST PHARMACY; YOUNG'S PHARMACY & GENERAL STORE, LLC; YOUNG'S DRUG AND GENERAL STORE; YOUNG'S DRUG STORE LLC; YOUR GORDONSVILLE PHARMACY; YOUR HOMETOWN PHARMACY, INC; YOURCHOICE PHARMACY; YREKA PHARMACY; YUKON PHARMACY INC (DBA: WEST POINTE PHARMACY); ZARCHY PHARMACY RX LLC; ZAVER PHARMACEUTICALS, INC DBA TOWN & COUNTRY DRUGS; ZIBERT PHARMACEUTICAL SERVICES INC.; ZION PHARMACY; ZMC PHARMACY; AUBURN PHARMACY, INC.; FRUTH, INC.; and OSBORN DRUGS, INC.,

     Plaintiffs,

  v.

PRIME THERAPEUTICS, LLC,

     Defendant.

COMPLAINT - 52

**TERRELL MARSHALL LAW GROUP PLLC**
1700 Westlake Avenue North, Suite 300
Seattle, Washington 98109
TEL. 206.816.6603 • FAX 206.319.5450
www.terrellmarshall.com