UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

PROTECTING ACCESS TO RETAIL PHARMACY LLC, *et al.*,

Plaintiffs,

v.

PRIME THERAPEUTICS LLC,

Defendant.

Case No. C26-2335-RAJ-MLP

ORDER

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1) The Court ADOPTS the Report and Recommendation.

(2) Defendant's Motion to Compel Arbitration (dkt. # 49) and Motion to Dismiss (dkt. # 52) are DISMISSED as moot without prejudice to refiling.

The Clerk is directed to send copies of this Order to the parties and to Judge Peterson.

Dated this 23rd day of November, 2026



The Honorable Richard A. Jones
United States District Judge